# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00571-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00572-ADA |
| *Plaintiff,* | § | CIVIL ACTION 6:20-cv-00573-ADA |
| | § | CIVIL ACTION 6:20-cv-00574-ADA |
| | § | CIVIL ACTION 6:20-cv-00575-ADA |
| | § | CIVIL ACTION 6:20-cv-00576-ADA |
| | § | CIVIL ACTION 6:20-cv-00577-ADA |
| | § | CIVIL ACTION 6:20-cv-00578-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00579-ADA |
| | § | CIVIL ACTION 6:20-cv-00580-ADA |
| | § | CIVIL ACTION 6:20-cv-00581-ADA |
| | § | CIVIL ACTION 6:20-cv-00582-ADA |
| | § | CIVIL ACTION 6:20-cv-00583-ADA |
| GOOGLE LLC, | § | CIVIL ACTION 6:20-cv-00584-ADA |
| *Defendant.* | § | CIVIL ACTION 6:20-cv-00585-ADA |

## JOINT MOTION TO ENTER DISPUTED SCHEDULING ORDER

**TO THE HONORABLE COURT:**

Pursuant to the Court's Order to meet and confer in advance of the Rule 16 Case Management Conference and the Court's Order Governing Proceedings ("OGP"), the Parties have reached agreement concerning the Scheduling Order on everything except for one issue highlighted in the attached Proposed Scheduling Order is attached as Exhibit A.

Date:  October 30, 2020          Respectfully submitted,

                            By:  */s/ James L. Etheridge*
                                  James L. Etheridge
                                  Texas Bar No. 24059147
                                  Ryan S. Loveless
                                  Texas Bar No. 24036997
                                  Brett A. Mangrum
                                  Texas Bar No. 24065671
                                  Travis L. Richins
                                  Texas Bar No. 24061296
                                  Jeff Huang
                                  Etheridge Law Group, PLLC
                                  2600 E. Southlake Blvd., Suite 120 / 324
                                  Southlake, TX 76092
                                  Tel.: (817) 470-7249
                                  Fax: (817) 887-5950
                                  Jim@EtheridgeLaw.com
                                  Ryan@EtheridgeLaw.com
                                  Brett@EtheridgeLaw.com
                                  Travis@EtheridgeLaw.com
                                  Jeff@EtheridgeLaw.com

                                  Mark D. Siegmund
                                  State Bar No. 24117055
                                  mark@waltfairpllc.com
                                  Law Firm of Walt, Fair PLLC.
                                  1508 North Valley Mills Drive
                                  Waco, Texas 76710
                                  Telephone: (254) 772-6400
                                  Facsimile: (254) 772-6432

                                  *Counsel for Plaintiff WSOU Investments, LLC*


                                  */s/   Michael E. Jones*
                                  Michael E. Jones (Texas Bar No. 10929400)
                                  Patrick C. Clutter (Texas Bar No. 24036374)
                                  **Potter Minton, P.C.**
                                  110 North College, Suite 500
                                  Tyler, Texas, 75702
                                  +1 (903) 597-8311
                                  +1 (903) 593-0846 facsimile

        mikejones@potterminton.com
        patrickclutter@potterminton.com

        Tharan Gregory Lanier (*pro hac vice*)
        **Jones Day**
        1755 Embarcadero Road
        Palo Alto, California, 94303
        +1 (650) 739-3939
        +1 (650) 739-3900 facsimile
        tglanier@jonesday.com

        Matthew S. Warren (*pro hac vice*)
        Jen Kash (*pro hac vice*)
        Warren Lex LLP
        2261 Market Street, No. 606
        San Francisco, California, 94114
        +1 (415) 895-2940
        +1 (415) 895-2964 facsimile
        matt@warrenlex.com
        jen@warrenlex.com

        *Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 30th day of October 2020.

        */s/ James L. Etheridge*
        James L. Etheridge