# EXHIBIT #15

**Group 2 – Google's Responsive Claim Construction Brief**
**(Civil Case Nos. 6:20-cv-00574-ADA, 6:20-cv-00576-ADA, 6:20-cv-00579-ADA, and 6:20-cv-00580-ADA)**

# Oxford English Dictionary | The definitive record of the English language

# duration, *n.*

**Pronunciation:** ⍰    /djʊˈreɪʃən/

**Frequency (in current use):**

**Etymology:** < obsolete French *duration,* < late Latin *dūrātiōn-em* , noun of action < *dūrāre* to harden, endure: see DURE *v.* Used by Chaucer, and then after 1600; not in Shakespeare.

**1.**

  **a.** Lasting, continuance in time; the continuance or length of time; the time during which a thing, action, or state continues.

> *c*1384   G. CHAUCER *Hous of Fame* III. 1024   And yaf hem eke duracioun.
> *c*1405 (▸ *c*1385)   G. CHAUCER *Knight's Tale* (Hengwrt) (2003) l. 2132   That same Prince..Hath stabliced in this wrecched world adoun Certeine dayes and duracioun [*Corp., Petworth, Lansd.* dominacioun] To al that is engendred in this place.
> 1614   T. JACKSON *Third Bk. Comm. Apostles Creede* III. xxx. §5. 283   The actuall visibilitie of colours wholly depends vpon the light, as well for existence as duration.
> 1677   T. GALE *Court of Gentiles: Pt. IV* IV. 287   What is Duration, but the persevering of a thing in its existence?
> 1685   R. BOYLE *Exper. Disc. Salubr. Air* 80 in *Ess. Effects Motion*   Their duration was unequal, some lasting ten or fifteen days, and others longer.
> 1711   J. ADDISON *Spectator* No. 94. ¶5   That Space of Duration which we call a Minute.
> 1783   W. COWPER *Let.* 24 Feb. (1981) II. 109   The Peace will probably be of short duration.
> 1862   B. BRODIE *Psychol. Inq.* II. iv. 118   The average duration of human life in the agricultural districts is beyond that of the great cities.

  †**b.** Lasting in use; endurance of wear; durableness, permanence. *Obsolete.*

> 1637   EARL OF MONMOUTH tr. V. Malvezzi *Romulus & Tarquin* 139   That Magistracy in States is of duration, which is content to execute as a Minister, not to command as a Lord.
> 1665   T. HERBERT *Some Years Trav.* (new ed.) 380   Date..a Tree which both for quality, duration, and fruit is [etc.].
> 1712   J. JAMES tr. A.-J. Dézallier d'Argenville *Theory & Pract. Gardening* 212   A Bason..of Ciment, is preferable to all for its Duration.
> 1753   J. HANWAY *Hist. Acct. Brit. Trade Caspian Sea* I. xxxiv. 232   The brick..appears to be ill prepared for duration.

  **c.** *Phonetics.* The quantity or length of a sound.

> 1888   H. SWEET *Hist. Eng. Sounds* (new ed.) 9. §21   A sound which can form a syllable by itself is called *syllabic.* Syllabicness implies an appreciable duration and force.

GOOG-WSOU576-CC-000001

1933   L. BLOOMFIELD *Language* vii. 109   *Duration* (or *quantity*) is the relative length of time through which the vocal organs are kept in a position.

1957   S. POTTER *Mod. Ling.* iii. 60   Many degrees of *length, duration* or *quantity* may be detected by observation and experiment in most languages.

1962   A. C. GIMSON *Introd. Pronunc. Eng.* 24   We shall..refer later to the 'long' vowels of English such as those of *bean* and *barn*, as compared with the 'short' vowel in *bin*. But, in making such statements, we shall not be referring to absolute duration values.

**d.** The time during which a war lasts, used first of the 1914–18 war from the term of enlistment 'for four years or the duration of the war'; esp. in ***for the duration***, until the end of the war; hence, for a long or an unconscionably long time. Also *attributive.*

1916   *Punch* 12 July 51   'I've got a lot of contracts to finish.' 'How long will they take?' 'Oh, about three years—or the duration of the War.'

1925   E. FRASER & J. GIBBONS *Soldier & Sailor Words* 86   *Duration, for the*, a phrase often used colloquially to express weariness and impatience. Men, for instance, whose relief was long overdue might be heard complaining, 'Are we going to stop here for the duration?'

1930   *Times Lit. Suppl.* 17 Apr.   Nothing so prosaic as 'doing one's bit' would have kept an Italian heart up 'for the duration'.

1939   *Punch* 1 Nov. 483/1   Miss Dodge's motor-bicycle..has been laid up for the duration.

1940   *New Statesman* 19 Oct. 381   We have received a number of letters from country readers offering week-end hospitality for those who must work in London, or 'duration' hospitality for their children.

1941   M. TREADGOLD *We couldn't leave Dinah* xi. 176   That ought to keep you busy for the duration.

1960   L. DURRELL *Clea* II. iii. 157   The war had intervened... The Brigadier was pinned down..'for the duration'.

†**2.** Hardening. *Obsolete.*

1617   J. WOODALL *Surgions Mate* Termes 342   *Duration* is either when things mollified at the fire are set in a colde place to harden: or by boiling..doe wax hard.

1657   R. TOMLINSON tr. J. de Renou *Physical Inst.* II, in *Medicinal Dispensatory* sig. L2   The doctrine of Mollition and Duration.

**COMPOUNDS**

**duration-block** *n.* (see quots.).

1890   W. JAMES *Princ. Psychol.* I. xv. 610   The unit of composition of our perception of time is a *duration*, with a bow and a stern, as it were—a rearward- and a forward-looking end. It is only as parts of this *duration-block* that the relation of *succession* of one end to the other is perceived.

1935   *Mind* 44 33   There is no such thing as a simple present; the present, to use William James's expression, is a 'duration-block' made up of 'succeeding' parts.

GOOG-WSOU576-CC-000002

DERIVATIVES

# duˈrational *adj.* pertaining to duration.

1881   SPOTTISWOODE in *Nature* No. 623. 549   The durational character of this former is very much more marked than that of this latter.

1930   F. R. BLAKE in *Curme Vol. Ling. Studies* 38   There is only one temporal durational case.

1942   *Mind* **51** 150   Only when they have been redigested and creatively synthesized as metaphysical derivatives of eternal action can their durational causality be discovered.

This entry has not yet been fully updated (first published 1897).

Copyright © 2021 Oxford University Press. All rights reserved.

GOOG-WSOU576-CC-000003