# EXHIBIT #16

**Group 2 – Google's Responsive Claim Construction Brief**
**(Civil Case Nos. 6:20-cv-00574-ADA, 6:20-cv-00576-ADA, 6:20-cv-00579-ADA, and 6:20-cv-00580-ADA)**



Webster's
Third New
International
Dictionary
UNABRIDGED

GOOG-WSOU576-CC-000008

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

535455QKY0504

Preface . . . . . . . . . .
Editorial Staff . . . . . . . . . .
Outside Consultants . . . . . . . . . .
Explanatory Chart . . . . . . . . . .
Explanatory Notes . . . . . . . . . .
Divisions in Boldface Entry Words . . . .
Spelling . . . . . . . . . .
Plurals . . . . . . . . . .
Capitalization . . . . . . . . . .
Italicization . . . . . . . . . .

A Dict

cgs electromagnetic units (*ab-*) . . . . . . .
*Afro-Asiatic* languages . . . . . . .
*alphabet* table . . . . . . .
*anthracite* coal sizes . . . . . . .
*architecture* . . . . . . .
common *area* formulas . . . . . . .
*Beaufort scale* . . . . . . .
ship's *bells* . . . . . . .
*book* sizes . . . . . . .
*Braille* alphabet . . . . . . .
*constellations* . . . . . . .
chief *crusades* . . . . . . .
principal ocean *currents*, drifts, streams . .
executive U.S. *departments* . . . . . . .
*dye* tables I and II . . . . . . .
*Easter* dates . . . . . . .
chemical *elements* . . . . . . .
four syllogistic *figures* . . . . . . .
principal railroad gages (*gauge*) . . . . . . .
common shotgun *gauges* . . . . . . .
*geologic* time and formations . . . . . . .
*gestation* periods . . . . . . .
*glacial* epochs . . . . . . .
*incubation* periods . . . . . . .
*Indo-European languages* . . . . . . .
*measures* and weights . . . . . . .

Color:
Two plates in color . . . . . . . . *bet*
Constellations and Stars—Northern Hemi
Constellations and Stars—Southern Hemi

sed as bait 2 : an insect larva (as of a two-winged fly) that evelops in dung
ngy \'dəŋē\ adj -ER/-EST [ME, fr. 1dung + -y] : like dung FILTHY
-nic \'d(y)ünik\ adj : of, relating to, or resembling a dune
nier comparative of DUNY
niest superlative of DUNY
-nie·was·sal \¦dünē¦wäsəl\ or dun·nie·was·sel \¦dən-\ n ScGael duine-uasal, lit., noble man] 1 Scot : a Highland entleman 2 Scot : a cadet of a family of rank
-nite \'dü,nīt, 'də,-\ n -s [Mt. Dun, near Nelson, New ealand, its locality + E -ite] : a granitoid igneous rock elonging to the peridotites and consisting chiefly of olivine ith a little chromite or other spinel — du·nit·ic \(')dü¦nid·ik, ə¦-\ adj
unk \'dəŋk\ vb -ED/-ING/-S [PaG dunke to dip, fr. MHG unken, tunken, fr. OHG dunkōn, thunkōn — more at TINGE] 1 : to dip (as a piece of bread, cake, or doughnut) into iquid (as coffee, milk, or tea) while eating 2 : to dip or ubmerge temporarily in liquid ⟨a varnish that can be ~ed acid without ill effect⟩ ⟨the old man ~ed the two plates and down in a bucket of water and wiped them —Shirley . Grau⟩ ~ vi : to submerge oneself in water (as by swiming or falling in) ⟨an outdoor, glass-protected pool to ~ —Horace Sutton⟩ ⟨aviators who had ~ed signaled for scue —O.O.Jensen⟩ syn see DIP
unk \"\ n -s : DIP 7
n·ka·doo \¦dəŋkə¦dü\ n -s [imit.] dial : AMERICAN BITTERN
n·ker \'dəŋkə(r)\ or dun·kard \-(r)d\ also tun·ker təŋkə(r)\ n -s usu cap [dunker fr. PaG, fr. dunke to dip -er; dunkard, tunker alter. of dunker] : a member of one the denominations (as the Church of the Brethren) deriving om an orig. German Baptist group that practice trine imersion, love feasts, simplicity of life, and avoidance of oaths, wsuits, and military service — called also Dipper
nking n -s : IMMERSION ⟨shrinks after each ~ in hot water⟩
un·kirk also dun·kerque \'dən,kərk also ,='= sometimes n-\ n -s usu cap [fr. Dunkirk or Dunkerque, seaport in orthern France, scene of the evacuation of allied troops World War II after the fall of France, May 29–June 2, 1940] : a desperate evacuation under bombardment of remnants a defeated army 2 : a serious crisis demanding decisive tion ⟨the immediate effect would plainly be a Dunkirk for .S. foreign policy —Time⟩
unkirk \"\ vt -ED/-ING/-S : to force to execute a Dunkirk
n·kirk·er \-kərkər\ n -s usu cap [Dunkirk, France + E -er] a 17th century privateer from Dunkirk; also : one of its crew
nk shot n : a basketball shot made usu. by a tall player ho jumps up and drops the ball over the rim and into the sket
n·lin \'dənlən\ n, pl dunlins or dunlin [1dun + -lin (alter. -ling)] : RED-BACKED SANDPIPER
n·lop \'dən,läp, chiefly Scot ,dən'l-\ or dunlop cheese n -s u cap D [fr. Dunlop, Ayr co., Scotland] : a rich white essed Scotch cheese
nmeh usu cap, var of DÖNMEH
n·nage \'dənij\ n -s [origin unknown] 1 a : mats, boughs, eces of wood, or other loose materials placed under or nong goods carried as cargo in the hold of a ship to keep em dry and to prevent their motion and chafing b : temrary blocking or bracing installed by the shipper in the ld of a ship, in a railroad car, or in a truck to protect ight during shipment c : cushioning or padding used in hipping container to protect fragile articles against shock d breakage 2 : baggage or personal effects ⟨mules would ck our ~ from this jump-off point to the various camps we uld pitch along our route —D.R.Brower⟩ 3 : lumber bev the recognized merchantable grades
nnage \"\ vt -ED/-ING/-S : to stow or secure with dunnage
nned past of DUN
nner comparative of DUN
n·ner \'dənə(r)\ n -s [4dun + -er] 1 : one that duns; : one that solicits payment of debts 2 : 5DUN 2
nner \"\ var of 1DUNDER
nnest superlative of DUN
nniewassel var of DUNIEWASSAL
nning pres part of DUN
nning draft n [fr. pres. part. of 4dun] : a draft drawn on elinquent customer and deposited with a bank for payment
nish \'dənish\ adj [1dun + -ish] : somewhat dun
nock \'dənək, 'dün-\ n -s [ME donek, dunoke, fr. 1dun ek, -oke -ock] dial Eng : HEDGE SPARROW
nny adj [1dun + -y] obs : DUNNISH
n·ny \'dəni, 'düni\ adj [origin unknown] dial Brit : slow perceive : DULL
s pres 3d sing of DUN, pl of DUN
siek·te \'dən,sēktə\ also dun·ziek·te \-,zē-\ n -s [Afrik siekte (formerly spelled dunziekte), fr. dun thin (fr. MD ne) + siekte disease, fr. MD siecte, fr. siec ill; akin to G dunni thin and to OHG sioh sick, ill — more at THIN, ] : a serious intoxication of animals (as horses) of southern ica that is caused by eating plants of the genus Senecio is marked by emaciation, liver degeneration, and somes by nervous symptoms — compare WALKABOUT DISEASE
t \'dənzt, -n(t)st\ n -s [origin unknown] : the finest dlings usu. still containing some bran
sta·ble \'dənztəbəl, -n(t)st-\ adj [fr. the Dunstable way, ad from London to the municipal borough of Dunstable, fordshire, England, known for its straightness] archaic AIN, DIRECT
t \'dənt\ n -s [ME dount, dunt, var. of dint — more at ] 1 chiefly Scot : a heavy blow or stroke 2 chiefly : BRUISE, WOUND 3 chiefly Scot : a quickened beat e heart : THROB 4 Scot : a sizable lump
t \"\ vb -ED/-ING/-S vt, chiefly Scot : to strike heavily AT ~ vi 1 chiefly Scot : to fall with a heavy sound iefly Scot, of the heart : THROB
t \"\ vi -ED/-ING/-S [origin unknown] ceramics : to crack e firing or afterward by temperature change or by inon of crystals to greater volume
m var of DUNAM
\'d(y)ünē\ adj -ER/-EST : having many dunes
'd(y)ü(,)ō\ n, pl du·os \-ü,ōz\ [It, fr. L duo two — more o] 1 : DUET; also : the participants in a duet 2 : a group o : PAIR
comb form [L duo — more at TWO] : two ⟨duosecant⟩ machy⟩
bbr duodecimo
decennial \¦d(y)ü(,)ō+\ adj [LL duodecennium period years (fr. L duodecim twelve — fr. duo two + -decim, cem ten — + -ennium, fr. annus year) + E -al — more o, TEN, ANNUAL] : occurring once in 12 years
decillion \"+\ n, often attrib [L duodecim twelve + ion (as in million)] — see NUMBER table
·dec·i·mal \¦düə¦desəməl, -üō¦-\ adj [L duodecim twelve -al] : of or relating to twelve or twelfths : proceeding mputation by twelves : expressed in the scale of twelves ·o·dec·i·mal·i·ty \,==,=='maləd·ē\ n -ES — du·o·dec·i·ly \,=='desəmәlē\ adv
ecimal \"\ n -s : a twelfth part
lec·i·mo \,=='desə,mō\ n -s [L, abl. of duodecimus th, fr. duodecim twelve] 1 : TWELVEMO — symbol D; see tables 2 [modif. of It duodecima, fr. fem. of duodecimo th, fr. L duodecimus, fr. duodecim twelve] : the musical al of a twelfth
lec·i·mole \,=='==,mōl\ n -s [It, fr. duodecimo] : DODEC-
ecyl \¦d(y)üə, -üō+\ n [duo- + decyl] : DODECYL
n- or duodeno- comb form [NL, fr. ML duodenum] uodenum ⟨duodenitis⟩ ⟨duodenogram⟩ 2 : duodenal and enojejunal⟩
le·nal \¦d(y)üə¦dēn°l, (')d(y)ü¦äd°nəl\ adj [NL duo-s, fr. ML duodenum + L -alis -al] : of or relating to the enum

passed through the esophagus and stomach into the duodenum
duodenal ulcer n : a peptic ulcer situated in the duodenum
du·o·den·a·ry \¦d(y)üə¦denərē, -dēn-\ adj [L duodenarius, fr. duodeni twelve each (fr. duodecim twelve) + -arius -ary — more at DUODECENNIAL] 1 : containing 12 ⟨a ~ cycle of years⟩ 2 : based on the number 12 ⟨a ~ system of computation⟩
du·o·de·ni·tis \,d(y)üə,dē'nīd·əs, (,)d(y)ü,äd°n'ī-\ n -ES [NL, fr. duoden- + -itis] : inflammation of the duodenum
du·o·de·num \,d(y)üə'dēnəm, d(y)ü'äd°n-\ n, pl duode·na \-ēnə,-°nə\ or duodenums \-ēnəmz,-°nəmz\ [ME, fr. ML, fr. L duodeni twelve each; fr. its length, about 12 fingers' breadth] : the first, shortest, and widest part of the small intestine that in man is about 10 inches long and that extends from the pylorus to the undersurface of the liver where it descends for a variable distance and receives the bile and pancreatic ducts and then bends to the left and finally upward to join the jejunum near the second lumbar vertebra — see DIGESTION illustration
duo·drama \'d(y)üə+,-\ n [duo- + drama] : a drama for two performers in which the dialogue is spoken with an instrumental accompaniment
duo·graph \'d(y)üə,graf, -räf\ n [duo- + -graph] : DUOTONE
du·o·logue \-,lȯg also -,läg\ n -s [duo- + -logue] 1 : dialogue confined to two 2 : a dramatic or musical piece for two participants
duo·mo \'dwȯ(,)mō\ n -s [It — more at DOME] : CATHEDRAL
duo-pianist \¦d(y)ü(,)ō+\ n [duo] : one of two pianists that play duets each at a separate piano
du·op·o·ly \d(y)ü'äpəlē\ n -ES [duo- + monopoly] : a market situation in which two competing sellers hold the controlling power of determining the amount and price of a product or service offered to a large number of buyers — compare DUOPSONY, MONOPOLY, OLIGOPOLY
du·op·so·ny \-psənē\ n -ES [duo- + Gk opsōnia purchase of victuals, catering, fr. opsōnein to purchase victuals (fr. opson prepared food, relish) + -ia -y] : a market situation in which two rival buyers hold the controlling power of determining the demand for a product or service from a large number of sellers — compare MONOPSONY, OLIGOPSONY
duos pl of DUO
1duo·tone \'d(y)üə,tōn\ or duo·toned \-nd\ adj [duo- + tone or -toned] : having or yielding two tones or colors
2duotone \"\ n -s : a process for making prints typically in two shades of the same color or in black and one tint by the use of two halftone plates made with the screen set at two different angles ⟨~ plates⟩ ⟨~ illustrations⟩; also : a print made by this process
duo·type -,tīp\ n [duo- + type] : a process for making prints in two colors by the use of two halftone plates made from the same negative but etched differently; also : a print made by this process
dup \'dəp\ vt [contr. of do up] now dial Brit : OPEN
dup abbr 1 duplex 2 duplicate
dup·able \'d(y)üpəbəl\ adj : that can be duped
1dupe \'d(y)üp\ n -s [F, fr. MF duppe, prob. fr. a dial. word meaning "hoopoe", alter. (resulting fr. false word division of de huppe) of huppe hoopoe — more at HOOPOE] 1 : one that is easily deceived (as by flattering promises) because lacking power to discriminate : FOOL 2 : a puppet or tool esp. of a powerful person or idea : SLAVE ⟨he that hates truth shall be the ~ of lies —William Cowper⟩ ⟨with the same mental rigidity that made him a ~ to communism —Bradford Smith⟩
2dupe \"\ vt -ED/-ING/-S [F duper, fr. dupe] : to make a dupe of : mislead or trick by imposing on one's credulity : DECEIVE, FOOL ⟨refuses to be duped by his foiled lover's frenzies —Karl Polanyi⟩
syn DUPE, GULL, BEFOOL, TRICK, HOAX, HOODWINK, and BAMBOOZLE mean, in common, to delude by underhanded or deceptive means esp. for one's own ends. DUPE stresses the unwariness of the one deluded and his unsuspecting acceptance of the false as true, the worthless as genuine, and so on ⟨men in high positions are as gullible and as easily duped as the rest of us —New Statesman & Nation⟩ ⟨hunters bent on duping a wild turkey gobbler —Allen Rankin⟩ GULL implies the gre t credulousness of the one imposed upon and generally made a laughingstock of ⟨"good people" they call them, because they are easily gulled in the matter of weights and measures —Norman Douglas⟩ ⟨Barnum knew the American public loved to be gulled. It was a shame not to take the money. His genius consisted in knowing how to swindle them —W.L.Phelps⟩ ⟨could not tell . . . whether he was enlightened by fact or gulled by pretense —F.L.Paxson⟩ BEFOOL usu. stresses no weakness in the victim nor does it suggest very strongly an intent to delude on the part of the agent, stressing rather the victim's being made foolish ⟨innocent philosophic critics, too easily befooled by words —Havelock Ellis⟩ ⟨a world long befooled by false messiahs and enslaved by false loyalties —John Bright †1889⟩ ⟨pictures supplant one another so swiftly as to befool the eye with the illusion of continuity —S.H.Adams⟩ TRICK stresses an intent to delude or deceive, by strategem, ruse, wiles, or fraud, not necessarily implying a base end, suggesting strongly the use of craft or cunning ⟨it enables some lawyers to trick us into bringing in the wrong verdict —W.J.Reilly⟩ ⟨his accidental abandonment, which Sam never forgot, but which his recollection tricked him into placing at the earlier date of 1839, as if to heighten the pathos —Dixon Wecter⟩ ⟨never recommended it to my students because I knew they would suspect me of trying to trick them into reading it —A.W.Long⟩ HOAX in one sense implies the use of trickery for fun or as a demonstration of someone else's gullibility; in another it suggests a fraud, often on a large scale, intended to deceive even the most skeptical, usu. to one's own advantage ⟨he was flawed with impish faults. He hoaxed poor Rafinesque into solemn belief in the "red-headed swallow", concocted for his benefit, and even got him to accept drawings of imaginary fishes and publish them as new species —D.C.Peattie⟩ ⟨a get-rich-quick scheme intended to hoax the public⟩ HOODWINK often stresses a deliberate confusing of another so as to blind him to the truth, and often a self-delusion arising from an inability to distinguish false from true ⟨injures the interests of whatever nation is hoodwinked by the lie —Lucius Garvin⟩ ⟨since she'd hoodwinked your uncle, she thought she could pull the wool over my eyes, too —Kenneth Roberts⟩ ⟨hoodwinked by a simple political trick⟩ BAMBOOZLE usu. implies the use of out-and-out humbug or illusion or a transparent cajolery, though it may often be interchanged with TRICK, HOAX, or HOODWINK, being generally less fixed in its implications ⟨we circus people are scoundrels, we do all sorts of tricks to bamboozle the world —Eduard Bass⟩ ⟨is it not a technique for persuading people that they themselves have chosen what has been dexterously palmed off on them? And that is to add insult to injury; you not only manipulate people but also bamboozle them —Walter Moberly⟩
3dupe \"\ n or vb [by shortening] : DUPLICATE
dup·ery \-pərē\ n -ES [F duperie, fr. dupe + -erie -ery] 1 : the act or practice of duping : DECEPTION ⟨when Maximilian's ~ could no longer be hidden —Francis Hackett⟩ 2 : the condition of being duped ⟨the ~ and weakness of the sufferers —Adam Smith⟩
dupioni or dupion var of DOUPPIONI
du·pla·tion \d(y)ü'plāshən\ n -s [LL duplation-, duplatio act of doubling, fr. duplatus (past part. of duplare to double, fr. L duplus double) + -ion-, -io -ion] : multiplication by repeated doubling (as done formerly esp. in Egypt)
du·ple \'d(y)üpəl\ adj [L duplus — more at DOUBLE] 1 a : consisting of two : TWOFOLD, DOUBLE b : taken by twos or in groups of two 2 a music : having two or a multiple of two beats per measure ⟨~ time⟩ b of meter : consisting of feet of two syllables c of rhythm : consisting of cadences that rise and fall within a span of two syllables
du·plet \-plət\ n -s [duple + -et] : two musical notes played in the time of three of the same value — compare TRIPLET

of paperboard : (1) : consisting of two or more plies (2) : having two surfaces that differ in color, texture, or finish c of an electric cable : having two insulated conductors 2 : having or distinguished by two homologous dominant genes — used chiefly of autotetraploids; compare SIMPLEX 3 : allowing telecommunication in opposite directions simultaneously ⟨~ system⟩ ⟨~ telephony⟩ — distinguished from diplex
2duplex \"\ n -ES : something duplex: as a : DUPLEX APARTMENT b : TWO-FAMILY HOUSE
3duplex \"\ vt -ED/-ING/-ES : to make duplex: as a : to arrange (as a telegraph line) so that two messages may be transmitted simultaneously b : to use in dual combination in a specific metallurgic process (as two furnaces in a duplex process) c : BORROW 8
duplex apartment n : a suite in an apartment house that includes rooms on two floors
duplex bag n : DOUBLE WALL 2
duplex dahlia n : any of various dahlias having open centered flowers with only two rows of rays
du·plex·er \-sə(r)\ n -s : a switching device that utilizes two electron tubes to permit alternate transmission and reception with the same radar antenna
duplex house n : TWO-FAMILY HOUSE
duplex iron n : cast iron that has been heated in an electric furnace after being melted in the usual manner in a cupola
du·plex·ite \'d(y)ü,plek,sīt\ n -s [S. Duplex, 20th cent. Australian quarry manager who found it + E -ite] : a mineral perhaps $Be_4Ca_6Al_2Si_{14}O_{41}.2H_2O$ consisting of hydrous beryllium calcium aluminosilicate
du·plex·i·ty \d(y)ü'pleksəd·ē\ n -ES [1duplex + -ity] : DUPLICITY 2
duplex lock n : a cylinder lock with two pin-tumbler cylinders acting independently on the same bolt, one for an ordinary key and the other for a master key
duplex process n : a process for making steel in which the material is partially treated in a furnace of one type, orig. a Bessemer, and then transferred without interruption to a furnace of another type, orig. an open-hearth furnace
duplex pump n : a pump with two cylinders; esp : one whose plungers are driven directly by the piston rods of a compound steam engine
duplex querela n [L, double complaint] : a complaint in the nature of an appeal from the ordinary to his immediate superior (as from a bishop to an archbishop)
duplex steel n : steel made by a duplex process
du·pli·ca·ble \·d(y)üpləkəbəl, -lēk-\ or du·pli·cat·able \'d(y)üplə,kād·əbəl, -ātə-, ,=='===\ adj [duplicate + -able] : capable of being duplicated
du·pli·cand \¦d(y)üplə¦kand\ also du·pli·can·do \-n(,)dō\ n -s [L duplicando, abl. of duplicandum, gerund of duplicare] Scots law : the doubling of a feu-duty; also : the double duty itself
1du·pli·cate \'d(y)üpləkə|t, -lēk- sometimes -lə,kā|; usu |d·+V\ adj [ME, fr. L duplicatus, past part. of duplicare to double, fr. duplic-, duplex double, twofold — more at DUPLEX] 1 : consisting of or existing in two corresponding or identical parts or examples ⟨the firm always made out ~ invoices, one for its own records and one for the customer⟩ 2 : being exactly the same as one or more others of its kind ⟨in eleven years he has not made a ~ prayer —N.Y.Times⟩ ⟨make six ~ copies of the memo⟩ 3 : of, relating to, or being a card game in which all players play identical hands in order to allow a comparison of scores — compare DUPLICATE BRIDGE
2duplicate \"\ n -s 1 : either of two things that exactly resemble or correspond to each other — usu. used of a copy or transcript made at the same time or by the same pattern as its original 2 : something that is like another thing in content or appearance but is not derived from the same source or made in the same manner : COUNTERPART ⟨doll carriages that are ~s of baby carriages⟩; specif : an additional copy of a book, periodical, or pamphlet already in a library 3 : a duplicate game; specif : DUPLICATE BRIDGE 4 law : an original instrument repeated : a document the same as another in essential particulars and differing from a copy in that it is valid as an original 5 a : a photographic negative prepared from another negative by printing first a master positive from which the later negative is printed b : a positive print either black and white or color that is made by reversal development of a print from a positive — in duplicate adv : with an original and one copy
3du·pli·cate \-lə,kāt, usu -ād·+V\ vb -ED/-ING/-S vt 1 : to make double or twofold ⟨the walls should be duplicated . . . in order to have a second line of defense if the outer wall is breached —J.A.Steers⟩ 2 : to be or make a duplicate, copy, or transcript of ⟨the furnishings ~ those used by Washington —Amer. Guide Series: Pa.⟩ ⟨we are totally unable, after decades of experiment, to ~ Attic glazed pottery —W.F. Albright⟩ ⟨small firms may ~ their own business forms⟩ ~ vi : to celebrate mass twice in a day
duplicate board n : BOARD 5 f(1)
duplicate bridge n : bridge (as contract bridge) in which each contestant, pair, or team of four players plays the same hands as other contestants and each deal of which is scored independently of each other deal with match-point or cumulative-point scoring — see BOARD 5 f(1)
duplicate factor or duplicate gene n, biol : any of two or more nonallelic factors having the same expression
duplicate stitch n : a hand-sewn stitch that imitates a knitted stitch and that is used for working patterns on finished knitted garments
duplicating machine n 1 : a machine or attachment that shapes an exact copy of a given sample (as of a die or key) or shapes two or more identical parts at once 2 : DUPLICATOR 1a
du·pli·ca·tion \,d(y)üplə'kāshən\ n -s [ME duplicacioun, fr. MF duplication, fr. L duplication-, duplicatio, fr. duplicatus + -ion-, -io -ion] 1 : the action or process of duplicating or doubling or the quality or state of being duplicated or doubled ⟨save time and money by avoiding ~ of effort⟩ ⟨after his initial success, the author's successive novels were marked mainly by ~⟩ 2 : DUPLICATE, COPY, COUNTERPART 3 : CHORISIS 4 : celebration of mass by the same priest twice in a day 5 [L duplication-, duplicatio, lit., action of doubling] : a rebuttal pleading in Roman, canon, and civil law by which a party to litigation avoids the legal effect of matter just pleaded by his adversary
duplication of the cube : the mathematical problem of finding the edge of a cube having twice the volume of a given cube
du·pli·ca·tive \'d(y)üplə,kā|d·iv, -ləkə|, -lēkə|, |tiv\ adj 1 : able to duplicate ⟨~ memory⟩ 2 : marked by duplication ⟨the two agencies working in this area are not ~⟩
duplicato- comb form [prob. fr. NL, fr. L duplicatus duplicate — more at DUPLICATE] : doubly ⟨duplicato-dentate⟩
du·pli·ca·tor \'d(y)üplə,kād·ə(r), -ātə-\ n -s 1 : one that duplicates: a : a machine for making one or more copies of typed, drawn, and often printed matter b : a device (as an attachment on a cash register or meter) for recording particular readings or for recording and duplicating the recording (as on a customer invoice or other separate slip) 2 : LAYOUT MAN

duplicator 1a

du·pli·ca·ture \-ləkə,chü(ə)r, -ləkəchər, -lə,kāchər\ n -s [F, fr. MF, fr. L duplicatus + F -ure] : a doubling or fold esp. of a membrane
du·plici·den·ta·ta \d(y)ü,plisə,den'täd·ə, -ād·ə\ n pl, cap [NL, fr. L duplic-, duplex double, twofold + -i- + dentata, neut. pl. of dentatus toothed — more at DUPLEX, DENTATE] in former classifications : a suborder of Rodentia coextensive with the order Lagomorpha
du·plic·i·tous \(')d(y)ü¦plisəd·əs, -sətəs\ adj : showing duplicity

: DOUBLE-DEALING ⟨the simplicity and openness of their lives brought out for him the ~ that lay at the bottom of ours —Mary Austin⟩ 2 : the quality or state of being double or twofold ⟨these double spots show a doubling of the spectral lines that must be caused by a ~ in the source of light —New Internat'l Encyc.⟩ 3 a : the use of two or more distinct allegations or answers where one is sufficient : pleading double b : the union of two incompatible offenses in an indictment syn see DECEIT
duplicity theory or duplicity principle n : a theory in physiology: the normal retina in man and other vertebrates contains a dual receptor mechanism consisting of (1) organs of achromatic low-intensity vision and (2) organs of chromatic high-intensity vision — compare CONE, ROD; PHOTOPIA, SCOTOPIA
du·ply \dü'plī\ n -ES [ML duplica, fr. L duplic-, duplex double, twofold — more at DUPLEX] : a defendant's answer to a plaintiff's reply in Scots law
du·pon·di·us \d(y)ü'pändēəs\ n, pl dupon·dii \-ē,ī\ [L, fr. duo two + -pondius (fr. pondus, a weight) — more at POUND] : an ancient Roman bronze or under the Empire brass coin worth two asses
dupper var of DUBBER
dup·py \'dəpē\ n -ES [Bube dupe ghost] : a haunting spirit of the dead conceived in folklore of West Indian Negroes as a usu. malevolent shadow or immaterial body
du·puy·tren's contracture \də¦pwē·¦tranz-, də'pwē·trənz-\ n, usu cap D [after Guillaume Dupuytren †1835 Fr. surgeon and anatomist] : a condition marked by fibrosis with shortening and thickening of the palmar fascia resulting in flexion contracture of the fingers into the palm of the hand
dur \'dü(ə)r\ adj [G, fr. MHG bēdūre, fr. ML b durum b natural, fr. L b + durum, neut. of durus hard — more at DURE] music : MAJOR ⟨C ~⟩
1du·ra \'d(y)ürə\ n -s [by shortening] : DURA MATER
2dura var of DURRA
du·ra·bil·i·ty \,d(y)ürə'biləd·ē, -ətē, -i\ n -ES [ME durabilite, fr. MF durabilité, fr. LL durabilitat-, durabilitas, fr. L durabilis durable + -itat-, -itas -ity] : the quality or state of being durable
du·ra·ble \'d(y)ürəbəl\ adj [ME, fr. MF, fr. L durabilis, fr. durare to last, endure + -abilis -able — more at DURE] : able to exist for a long time with retention of original qualities, abilities, or capabilities : LASTING, ENDURING, UNCHANGEABLE, STRONG ⟨traditional controversies between member nations . . . must be settled before there can be created the general goodwill that makes economic union ~ —Alan Valentine⟩ ⟨the ~ Michelangelo who lived to be 89 —Time⟩ ⟨the less ~ rocks were gradually worn away to form the valley⟩ ⟨the small body of ~ poetry written in our time —T.S.Eliot⟩ — compare PERDURABLE
du·ra·ble·ness n -ES : the quality or state of being durable : DURABILITY
durables or durable goods n pl : consumer goods or producer goods (as household appliances, automobiles, or machinery) whose usefulness continues for a number of years and is not consumed or destroyed in single usage — called also hard goods; sometimes used in sing. ⟨since television became a mass market durable —Wall Street Jour.⟩
du·ra·bly \-blē, -li\ adv : in a lasting manner : LASTINGLY, STRONGLY ⟨~ bound in buckram⟩
du·rain \'d(y)ü,rān\ n -s [L durus hard + -ain (as in fusain)] : one of two dull constituents of banded bituminous coal forming lenses or layers and composed of finely comminuted woody debris only partly decomposed — compare CLARAIN, FUSAIN, VITRAIN
1du·ral \'d(y)ürəl\ adj [1dura + -al] : of or relating to the dura mater
2du·ral \'d(y)ü,ral\ n : a Duralumin alloy
Du·ral·u·min \d(y)ə'ralyəmən, d(y)ü'-; ,d(y)ürə'lümən sometimes ,d(y)ürəl'yü-\ trademark — used for an alloy consisting of 95.5 parts of aluminum to 3 parts of copper, 1 of manganese, and 0.5 of magnesium that after age-hardening is comparable in strength and hardness to soft steel
du·ra ma·ter \'d(y)ürə,mā|d·ə(r), -ür-, -mä|, -mȧ|, |tə-, ,=='==\ also dura n -s [ME, fr. ML, lit., hard mother] : the tough fibrous membrane lined with endothelium on the inner surface that envelops the brain and spinal cord external to the arachnoid and pia mater, in the cranium closely lining the bone and not dipping down between the convolutions though certain large supporting folds (as the falx cerebri and tentorium cerebelli) are derived from it and containing numerous blood vessels and venous sinuses and in the spinal canal being separated from the bone by a considerable space and containing no venous sinuses
du·ra·men \d(y)ə'rāmən, -ü'-\ n -s [NL, fr. L, hardness, fr. durare to harden, fr. durus hard — more at DURE] : HEARTWOOD
du·rance \'d(y)ürən(t)s, -ür-\ n -s [ME, fr. MF, fr. durer to last, endure + -ance — more at DURE] 1 a obs : CONTINUANCE, DURATION b archaic : DURABILITY c archaic : ENDURANCE 2 : restraint by or as if by physical force : CONFINEMENT, IMPRISONMENT ⟨he has not, certainly, been cramped . . . there has been no ~ within the four walls of the House of Commons —Max Beerbohm⟩ — often used in the phrase durance vile ⟨after a ~ vile of ten days he was released —J.E.Davies⟩ 3 : an obsolete strong felted cloth of woolen or worsted usu. made in imitation of buff leather
du·ran·gite \d(y)ə'raŋ,gīt, -yü'-\ n -s [Durango, state in Mexico + E -ite] : an orange-red mineral $NaAlFAsO_4$ consisting of a fluoride and arsenate of sodium and aluminum
du·ran·go \-(,)gō\ n -s often cap [fr. Durango, Mexico] : CARTOUCHE 6
du·ra·ni \d(y)ü'ränē\ n, pl durani or duranis usu cap [Pashto] 1 : a people of mixed Semitic and Iranian stock that comprise the most dominant group of Afghans 2 : a member of the Durani people
du·rant \'d(y)ürənt\ n -s [by alter.] : DURANCE 3
du·ran·ta \d(y)ə'rantə, -)ü'-\ n, cap [NL, after C. Durante †1590 Ital. herbalist] : a genus of tropical American shrubs (family Verbenaceae) with long terminal racemes of small flowers
du·ran·te \-tē\ prep [L, abl. of durant-, durans, pres. part. of durare to last — more at DURE] law : DURING
durante ab·sen·tia \-(,)ab'sench(ē)ə, -ab-\ adv [L] : during absence
durante be·ne·pla·ci·to \-,benə'plasə,tō, -nē'-\ adv [L] : during the pleasure or at the discretion (as of a king) — usu. used of a tenure of office
durante fu·ro·re \-fyə'rōrē, -yü'-\ adv [L] : during madness
durante mi·no·re ae·ta·te \-mə'nōrē,ī'tād·ē\ adv [L] : during minority
durante vi·du·i·ta·te \-,vijəwə'täd·ē\ adv [L] : during widowhood
durante vi·ta \-'vīd·ə; dü'rän,tä'wē,tä\ adv [L] : during life
duras pl of DURA
du·ra·tion \d(y)ə'rāshən, -)ü'-\ n -s [ME duracion, fr. MF duration, fr. L duratus (past part. of durare to last) + -ion-, -io -ion — more at DURE] 1 : the quality or state of lasting for a period of time : continuation in time or existence : LASTINGNESS ⟨a play of short ~⟩ 2 : a portion of time which is measurable or during which something exists, lasts, or is in progress ⟨gave up all worries for the ~ of the holiday⟩ ⟨the ~ of a meal⟩ ⟨the ~ of life⟩ ⟨the ~ of the world⟩ ⟨the ~ of the play⟩; specif : the period of time during which something that almost totally obstructs or prevents normal activities (as a war) or that engages virtually all one's efforts or attention is in progress — used with the ⟨universities had to be persuaded to scrap their scientific and educational responsibilities for the ~ and take on war work —J.B.Conant⟩ ⟨once you were in the theater, and the lights were dimmed, you were there for the ~ —Burns Mantle⟩ 3 obs : durableness or endurance in time — du·ra·tion·al \-shən°l, -shnəl\ adj — du·ra·tion·al·ly \-ē\ adv
1du·ra·tive \'d(y)ürəd·iv\ sometimes d(y)ə'rād- or -)ü'-\ adj

unknown] : a direct dye — see DYE table I (under Direct Blue 86)
1dur·ban \'dərbən\ n : DURBEN OIRAT
2dur·ban \'dərbən\ adj, usu cap [fr. Durban, Union of So. Africa] : of or from the city of Durban, Union of So. Africa : of the kind or style prevalent in Durban
dur·bar \'dər,bär, (,)dər'b-\ n -s [Hindi darbār, fr. Per, fr. dar door + bār door, admission, audience] 1 a : court held by a native Indian prince b : a festive reception given by a maharajah for his subjects at which they pledge their fealty to him c : a formal reception of native Indian princes given by the British governor-general 2 India : an audience hall 3 : the governing body of a native Indian state; also : a member of such a body
dur·ben oi·rat \'dərbən'ōirat\ n, pl durben oirat or durben oirats usu cap D&O : a Mongol people found in the western part of the Mongolian plateau and in the lake region of Tsinghai province in China
durch·kom·po·niert \'dürk,kömpō,nē(ə)rt\ adj [G, fr. past part. of durchkomponieren to create through-composed music, fr. durch through (fr. OHG duruh) + komponieren to compose, fr. L componere — more at THROUGH, COMPOSE] : THROUGH-COMPOSED
dur·dum \'dərdəm\ var of DIRDUM
1dure \'d(y)u(ə)r\ vb -ED/-ING/-S [ME duren, fr. OF durer, fr. L durare to last, endure, prob. fr. durare to harden, fr. durus hard] vi, archaic : ENDURE ~ vt, obs : SUSTAIN, ENDURE
2dure \"\ adj [ME, fr. MF dur, fr. L durus hard, rough; perh. akin to Skt dāruṇa hard, rough, dāru wood — more at TREE] archaic : HARD, SEVERE ⟨the winter is severe, and life is ~, and rude —W.H.Russell⟩
du·rene \'d(y)ü,rēn\ n -s [ISV dur- (fr. L durus hard) + -ene] : a colorless crystalline hydrocarbon $C_6H_2(CH_3)_4$ having an odor like camphor and occurring in coal tar and in petroleum; 1,2,4,5-tetramethyl-benzene
dü·rer·esque or du·rer·esque \,d(y)ürə'resk, |dürə-\ adj, usu cap [Albrecht Dürer †1528 German painter and engraver + E -esque] : resembling in style or manner the work of the artist Dürer noted for his accurate and delicate drawing and his delineation of character esp. in his engravings which are characterized by profuse and literal detail
du·ress \d(y)ə'res, -)ü'- sometimes 'd(y)ü,res or )ü,-\ n -ES [ME duresse hardness, severity, oppression, restraint, confinement, fr. MF duresce, durece hardness, hardheartedness, fr. L duritia, fr. durus hard — more at DURE] 1 : restraint or check by force (as arrest or imprisonment) : DURANCE ⟨while the German army was still held in ~ by the Versailles treaty —S.L.A.Marshall⟩ 2 : stringent compulsion by threat of danger, hardship, or retribution : distress arising from such compulsion : COERCION ⟨a population working under the ~ of dictatorship —Science⟩ ⟨ordinary clergymen subscribe them under ~ because they cannot otherwise obtain ordination —G.B.Shaw⟩ 3 : compulsion or constraint by which a person is illegally forced to do or forbear some act by actual imprisonment or physical violence to the person or by threat of such violence, the threat being such as to inspire a person of ordinary firmness with fear of serious injury to the person (as loss of liberty or of life or limb), reputation, or fortune syn see FORCE
du·rez·za \dü'retsə\ n -s [It, lit., hardness, fr. L duritia] music : HARSHNESS
dur·fee grass \'dərfē,-\ n [origin unknown] : COUCH GRASS 1a
dur·gan or dur·gen \'dərgən\ n -s [perh. fr. Sw dwerg dwarf — more at DWARF] dial Eng : an undersized person or animal
1dur·ham \'dər·əm, 'də·rəm, 'dürəm\ adj, usu cap [fr. Durham county, England] : of or from the county of Durham, England : of the kind or style prevalent in Durham
2durham \"\ n -s usu cap : SHORTHORN
durham boat n, usu cap D [after Robert Durham, 18th cent. Am. boat builder] : a long narrow flat-bottomed boat used to transport freight on the rivers of No. America in the 18th and early 19th centuries
du·ri·an \'dürēən, -ē,än\ also du·ri·on \'dürēən\ n -s [Malay durian, fr. duri thorn] 1 : the large oval or globose fruit of a tree (Durio zibethinus) of the East Indian islands having a hard prickly rind, a soft cream-colored pulp, a most delicious flavor, an offensive odor, and seeds that are roasted and eaten like chestnuts 2 : the tree that bears durians
du·ri·crust \'d(y)ürə,krəst\ n [L durus hard + E -i- + crust — more at DURE] : a hard crust formed at or near the surface of the ground as a result of the upward migration and evaporation of mineral-bearing ground water — compare CALICHE
1dur·ing \'d(y)üriŋ, -ür-, -rēn\ prep [ME, fr. pres. part. of duren to last — more at DURE] 1 : throughout the continuance or course of ⟨no attainder of treason shall work corruption of blood or forfeiture except ~ the life of the person attainted —U.S.Constitution⟩ 2 : at some point in the course of ⟨been away for a couple of weeks ~ the summer —J.M.Barzun⟩
2during \"\ adj [ME, fr. pres. part. of duren to last] archaic : ENDURING, LASTING
du·rio \'d(y)ürē,ō\ n [NL, fr. Malay durian] 1 cap : a small genus of tall Asiatic and Indian trees (family Bombacaceae) with tapering leaves and small greenish flowers 2 -s : any tree of the genus Durio
durity n -ES [L duritas, fr. durus hard + -itas -ity — more at DURE] obs : HARDNESS
durk \'dərk\ Scot var of DIRK
durk·hei·mi·an \'d(y)ür,kemēən, -kām-, -kīm-\ adj, usu cap [Émile Durkheim †1917 Fr. sociologist + E -ian] : of or relating to Émile Durkheim or his sociological theory esp. that social science must be made an objective statistical study
dur·mast \'dər,mast\ also durmast oak n [perh. alter. of dun mast, fr. 1dun + mast (acorns)] : a European oak (Quercus sessiliflora or Q. petraea) that is valued esp. for its dark heavy tough elastic wood
1durn \'dərn\ n -s [ME dyrne, of Scand origin; akin to OSw dyrni doorpost, Norw dyrn; akin to ON dyrr door — more at DOOR] 1 dial Eng : GATEPOST, DOORPOST 2 dial Eng : the wooden framework of a door — usu. used in pl.
2durn var of DARN
durned var of DARNED
du·ro \'d(y)ü(,)rō\ n -s [Sp, short for peso duro, lit., hard peso] : a Spanish or Spanish American peso or silver dollar
du·roc \'d(y)ü,räk, -ü,-\ n [after Duroc, 19th cent. Am. stallion living on the farm where the Duroc breed of swine was developed] 1 usu cap : a breed of large vigorous red lard-type hogs of American origin 2 -s often cap : any animal of the Duroc breed
duroc-jersey \'==,'==\ n, usu cap D&J : DUROC
du·rom·e·ter \d(y)ə'rämədə(r)\ n -s [ISV duro- (fr. L durus hard) + -meter — more at DURE] : an instrument for measuring hardness that consists essentially of a small drill or blunt indenter point working under pressure (as that exerted by a spring)
du·roy \d(y)ə'rȯi\ n -s [origin unknown] : a coarse woolen cloth made in England in the 18th century and used chiefly for men's wear
dur·ra also dou·ra or dhur·ra or doo·ra or dou·rah \'dürə\ n -s [Ar dhurah] : any of several grain sorghums that are of medium size with dry pithy stalks and narrow leaves and are widely grown in warm dry parts of southern Asia and northern Africa and to a limited extent in the southwestern U.S. — called also guinea corn, Indian millet
durrin var of DHURRIN
durst archaic & dial past of DARE
durukuli var of DOUROUCOULI
du·rum wheat \'d(y)ürəm-, -)ər|\ also durum n -s [NL durum (specific epithet of Triticum durum), fr. L, neut. of durus hard — more at DURE] : a wheat (Triticum durum) that occurs in several cultivated varieties, is grown esp. in southern Russia, No. Africa, and north central No. America as a spring wheat, has slender compact spikes with spikelets containing two to four very hard translucent white or red kernels,

dur·yl \'d(y)ürəl\ n -s [ISV durene + -yl] : a univalent radical $C_6H(CH_3)_4$ derived from durene; 2,3,5,6-tetramethyl-phenyl
dur·za·da \dər'zädə\ n, pl durzada or durzadas usu cap 1 : a Persian people extending throughout Makran and similar to the Dehwar 2 : a member of the Durzada people
dur·zee \'dər'zē, '='\ var of DARZI
1dusk \'dəsk\ adj [ME dosk, duske, alter. of OE dox; akin to OE dunn dun, OHG tusin yellow, OS dosan chestnut brown, ON dunna, a kind of duck, MIr donn dark, L fuscus dark brown, blackish, Skt dhūsara dust colored, L fumus smoke — more at FUME] : DUSKY ⟨the dim, ~ yard —Thomas Williams⟩ ⟨~ faces with white silken turbans wreathed —John Milton⟩ ⟨called the children in when it grew ~⟩ syn see DARK
2dusk \"\ vb -ED/-ING/-S [ME dosken, dusken, fr. dosk, duske, n.] vi : to become dusky or dark ⟨in the ~ing room —Walter Karig⟩ ~ vt 1 : to make dark or dim ⟨a gray light ~ed the room —William Sansom⟩ 2 : to darken in mood or spirit ⟨his national formality ~ed by the saturnine mood of ill health —Herman Melville⟩
3dusk \"\ n -s [1dusk] 1 : the darker part of twilight or of dawn 2 a : darkness or semidarkness caused by the shutting out of light ⟨the cool ~ of ancient tombs⟩ ⟨the ~ of the great forest⟩ b : the condition of being dark or darkish in color ⟨ivory skin framed in the silken ~ of her tresses —Kay Rogers⟩ 3 a : a variable color averaging a bluish gray that is redder and deeper than clair de lune, redder, lighter, and stronger than Medici blue, and redder and deeper than puritan gray b : a dark purplish gray that is bluer and duller than slate, redder, lighter, and slightly stronger than charcoal, and bluer and darker than pigeon
dusk blue n : a pale purplish blue to pale violet that is darker than average twilight blue
dusk dark also dusky dark n, chiefly South & Midland : TWILIGHT
dusk·i·ly \'dəskəlē, -li\ adv : in a dusky manner : OBSCURELY
dusk·i·ness \-kēnəs, -kin-\ n -ES : the quality or state of being dusky : DUSK
dusk·ish \-kish\ adj : rather dark or black : partially obscured — dusk·ish·ly adv — dusk·ish·ness n -ES
dusk·ly \-klē, -li\ adv [1dusk + -ly] : DUSKILY
dusk·ness \-knəs\ n -ES : DUSKINESS
1dusky \'dəskē, -ki\ adj -ER/-EST [1dusk + -y] 1 : somewhat dark in color : of low lightness : BLACKISH ⟨a ~ brown⟩ ⟨a ~ blush rose to her cheek —Edith Wharton⟩; specif : having dark skin — used of a colored person 2 : characterized by slight or deficient light : somewhat dark : DIM ⟨the room was already ~ . . . and one of the boys switched on the light —Willa Cather⟩ ⟨in that ~ firelight —Ellen Glasgow⟩ 3 : GLOOMY, DEPRESSING ⟨a ~ frown settled on his face⟩ 4 : not clear : partially hidden : OBSCURE ⟨through all the winding corridors of literary history to the ~ regions of folklore —Newton Arvin⟩ ⟨the records of his life . . . are ~ and brief —Carl Van Doren⟩ syn see DARK
2dusky \"\ n -ES : a dusky color ⟨a white bird barred with ~⟩
dusky duck n : BLACK DUCK a
dusky-footed rat \'==,'=\ n : an Australian water rat (Rattus lutreolus)
dusky grouse n : a large grouse (Dendragapus obscurus) of the mountains of the western U.S.
dusky salamander n 1 : a dark color phase of the red-backed

a dusky salamander 2

salamander 2 : any of several common No. American plethodontid salamanders (genus Desmognathus) typically mottled or marked with dull browns or grayish black
dusky shark n : a shark (Carcharias obscurus) of the No. Atlantic similar to the cub shark but darker
dusky wing n : any of numerous skipper butterflies (genus Erynnis) having dark wings with inconspicuous patterns — compare SKIPPER
düs·sel·dorf or dues·sel·dorf or dus·sel·dorf \'düsəl,dȯrf, 'dyü-, G 'dues-\ adj, usu cap [fr. Düsseldorf, Germany] : of or from the city of Düsseldorf, Germany : of the kind or style prevalent in Düsseldorf
dusserah usu cap, var of DASEHRA
dus·sert·ite \'dəsə(r),tīt\ n -s [F, fr. D. Dussert, 20th cent. Fr. mining engineer + F -ite] : a mineral $BaFe_3(AsO_4)_2(OH)_5.H_2O$ consisting of hydrous basic arsenate of barium and iron
dus·su·mie·ri·idae \,dəsəmə'rīə,dē\ n pl, cap [NL, fr. Dussumieria, type genus (fr. the name Dussumier + NL -ia) + -idae] : a family of marine fishes (order Isospondyli) comprising the round herrings — see ETRUMEUS
1dust \'dəst\ n -s often attrib [ME, fr. OE dūst; akin to OHG tunst, tunist storm, breath, Dan dyst flour dust, Norw dysja to drizzle, L furere to rage, Gk thyein to rage, seethe, sacrifice, thymos breath, life, spirit, soul, Lith dvasas spirit, breath, Skt dhvaṁsati he perishes, falls to dust, L fumus smoke — more at FUME] 1 : fine dry pulverized particles of earth or other matter : something reduced to minute portions : fine powder ⟨the floors were deep in the ~ of spring sandstorms —Willa Cather⟩ ⟨a huge cloud of snow spray and snow ~ —Carl Jonas⟩: as a : VOLCANIC DUST b : meteoric dust c : GOLD DUST d : finely divided or ground food ⟨asparagus, dipped in egg and cracker ~ —H.H.Huff⟩ e : a material (as an insecticide or fungicide) used in a dry form resembling dust to control pests 2 a : the particles into which a thing disintegrates : the earthy remains of a body (as a human corpse) once alive ⟨the repository of the ~ of many of those illustrious men —C.B.Fairbanks⟩ b : something that is left after the substance of a thing is gone ⟨stirring up the ~ of history —Richard Joseph⟩ c : something that beclouds or dulls ⟨yes, I know, . . . though he tried to throw ~ in my eyes —Kathleen Freeman⟩ ⟨society can do something for itself . . . by blowing out of the museums and galleries the ~ of erudition and the stale incense of hero worship —Clive Bell⟩ 3 : the mortal body of a human being ⟨the troubles of our proud and angry ~ are from eternity, and shall not fail —A.E.Housman⟩ 4 a : something worthless ⟨vile gold, dross, ~ —Shak.⟩ b : a state of humiliation ⟨her spirit is contrite to the ~ —Eden Phillpotts⟩ 5 a : the earth esp. as a place of burial ⟨for now shall I sleep in the ~ —Job 7:21 (AV)⟩ b : the surface of the ground ⟨he railed at me and made to fight me, I took off my hat, and there I laid him in the ~ —Gilbert Parker⟩ — compare bite the dust at 1BITE 6 archaic : MONEY 7 : a small quantity (as of a fine or powdered substance) ⟨add a ~ of flour⟩ ⟨a cherry sundae with a ~ of nuts over the top —Hugh MacLennan⟩ 8 a : a cloud of dust ⟨the wagon, with a thin ~ rising from the hooves, went on into the lazy afternoon —H.V.Morton⟩ b : CONFUSION, DISTURBANCE ⟨let us kick up what ~ we will over "Imperial ideals" —A.T.Quiller-Couch⟩ c : DUSTUP 9 now dial : a single particle (as of earth) ⟨to touch a ~ of England's ground —Shak.⟩ 10 Brit : sweepings or other refuse ready for collection 11 : a light olive brown that is lighter than drab, paler than sponge, and paler and slightly redder than average mustard tan — called also antelope 12 slang Austral : FLOUR — in dust and ashes 1 : with dust and ashes put on the head as a sign of grief or humiliation 2 : with repentance and sorrow : in sackcloth and ashes
2dust \"\ vb -ED/-ING/-S [ME dustyn, fr. dust, n.] vt 1 a : to reduce to dust b : to reduce to a fine powder : LEVIGATE 2 archaic : to make dusty : soil with dust 3 a : to make free of dust : brush, wipe, or sweep away dust from ⟨~ the table⟩ — often used with off b : to brush away like dust ⟨~ed the moths out of the furs —Meridel Le Sueur⟩ c : to prepare to use again : refurbish or renovate for use ⟨something that has

**3** : of, relating to, or concerned with the separate parts of a whole; *esp* : describing or setting forth the details of something : MINUTE, PRECISE ⟨a ~ account of the day's events⟩ **4 a** *archaic* : of, relating to, or concerning a single person, class, or thing : PERSONAL, PRIVATE ⟨these domestic and ~ broils are not the question —Shak.⟩ **b** *obs* : not occupying public office : PRIVATE **5 a** : distinctive among others of the same kind : out of the ordinary : markedly unusual : worthy of notice ⟨the ... selection was the ~ gem of the evening —Douglas Watt⟩ ⟨an attack of ~ severity —*N. Y. Times*⟩ ⟨a rather ~ problem because of the immense size of the timbers —*London Calling*⟩ **b** *obs* : noteworthy as being peculiar, singular, or eccentric **6** : constituting a unit among a number : having a separate status : considered alone : INDIVIDUAL, SEPARATE ⟨each ~ hair to stand an end, like quills —Shak.⟩ ⟨provoked by ~ events in his life —T.S.Eliot⟩ **7 a** : having the character of a particular in logic ⟨all concrete individuals are ~ and all universal individuals are abstract —Nelson Goodman⟩ **b** : affirming or denying a predicate to some part of the subject — used of a proposition in logic; opposed to *universal* ⟨"some men are wise" is a ~ affirmative⟩ **8 a** *archaic* : markedly or esp. attentive to a person : familiar in manner or behavior ⟨never suffer this fellow to be ~ with you —Henry Fielding⟩ **b** : close or intimate in personal relationship ⟨my very ~ friend —Charles Dickens⟩ **9 a** : concerned with or attentive to details : CAREFUL, EXACT, PRECISE, SCRUPULOUS ⟨is very ~ about her housekeeping⟩ **b** : nice in taste : FASTIDIOUS **c** : EXACTING : hard to please : FINICKY, FUSSY ⟨these bacilli are not ~ in their habitats —Justina Hill⟩ ⟨never lost patience with even the most ~ customers⟩ **syn** see CIRCUMSTANTIAL, NICE, SINGLE, SPECIAL

**²particular** \"\ *n* -s **1** *archaic* : a separate part of a whole : a constituent element, section, or division of something ⟨let us divide the discourse into four ~*s* —Robert Johnson⟩ **2 a** : an individual fact, point, circumstance, or detail ⟨their dissimilarity in every ~ except shape and size —Scott Fitzgerald⟩ ⟨determined that history shall not repeat itself in that melancholy ~ —Dean Acheson⟩ **b** : a specific item of information : a factual detail (as of news, specifications, accounts) — usu. used in pl. ⟨everybody was stirred by the news and wanted to know the ~*s* —H.E.Scudder⟩ ⟨genealogical ~*s* and biographical details are given —*Brit. Book News*⟩; see BILL OF PARTICULARS **3 a** (1) : an individual specific separate thing, instance, or case as distinguished from a whole class ⟨a discussion that attempts to generalize from ~*s* —Harvey Breit⟩ ⟨from moral generalities to business ~*s* —G.B.Shaw⟩ (2) : an individual or a specific subclass in logic falling under some general concept or term : something that can be the subject of an atomic proposition **b** : a particular proposition in logic **4 a** *archaic* : an individual or personal case, business, or interest : special concern or condition ⟨return from the common cause to what concerns our ~ —William Warburton⟩ **b** *obs* : personal profit or advantage : private interest ⟨if the gentleman had kept all the allowance for his own ~ —Edward Nicholas⟩ **5 a** : an individual item or article ⟨a few letters and ~*s* in the possession of the present writer —Richard Garnett †1906⟩ **b** *obs* : an individual person; *esp* : one in private as distinguished from public life ⟨it is the greatest interest of ~*s* to advance the good of the community —Roger L'Estrange⟩ **6** : a statement setting forth the details of a matter ⟨a ~ of premises⟩ ⟨I send you the descriptive ~ —Frederick North⟩ **7** : something constituting a special distinguishing characteristic or feature (as of a place) — see LONDON PARTICULAR **syn** see ITEM — **in particular** *adv* **1** *obs* : one by one : in detail : INDIVIDUALLY ⟨now ye are the body of Christ, and members *in particular* —1 Cor 12:27 (AV)⟩ **2** : as one specific case distinguished from a group, general category, or all cases : in distinction from others : SPECIFICALLY ⟨her belief in the theatre in general and her new play *in particular* —Peter Forster⟩ ⟨the recovery of the Greek world, and of Plato *in particular* —M.R.Cohen⟩ ⟨the shops *in particular* allure the young man —S.P.B.Mais⟩

**particular average** *n* : a partial loss in marine insurance that must be borne by the interest or goods sustaining it without benefit of contribution from other interests — compare GENERAL AVERAGE

**particular baptist** *n, usu cap P&B* : a member of a British Baptist body of the 17th to 19th centuries holding Calvinistic doctrines — called also *Calvinistic Baptist;* compare GENERAL BAPTIST

**particular custom** *n* : a custom prevailing in a local area (as a county, city, town) and generally subject to a determination of its legal existence by a jury on proof rather than by the court — compare GENERAL CUSTOM

**particular estate** *n* : the smaller estate (as an estate for life, in tail, or for years) created from an inheritance as a precedent estate to a remainder

**particular integral** *n* : PARTICULAR SOLUTION

**par·tic·u·lar·ism** \-ləˌrizəm\ *n* -s [F *particularisme*, fr. LL *particularis* particular + F *-isme* -ism] **1** : exclusive or special devotion to something particular (as an interest, subject, party, sect) ⟨bourgeois individualism ... in France took the form of a family ~ —Malcolm Cowley⟩ ⟨an intense ~ that did not welcome outside influences —*Amer. Guide Series: Conn.*⟩ ⟨the forces of ~ are dominant and academic recognition is awarded the specialist —W.W.Stewart⟩ **2** : a theological doctrine that redemption through Christ is provided only for the elect **3** : a political theory or practice advocating a right and freedom for each politically conscious or organized group (as a minority group in a country of several groups or a state in a federation) to promote its own interests and esp. independence without regard to the interests of larger groups ⟨there is no nation ... only ~ in nine small localities —Nathaniel Peffer⟩ ⟨that country will be hampered ... by the existence of strong regional ~ —*Current History*⟩ — compare NATIONALISM, STATES' RIGHTS **4** : a tendency to explain complex social phenomena in terms of a single causative factor **5** : a logical system based on particulars

**¹par·tic·u·lar·ist** \-ˌrəst\ *n* -s [F *particulariste*, fr. LL *particularis* particular + F *-iste* -ist] : an adherent of particularism

**²particularist** \"\ *adj* **1** : of, relating to, or having the characteristics of particularism ⟨~ ... tendencies persisted and seriously complicated national political life —Renzo Sereno⟩ **2** : of, relating to, or being a society in which the family unit is individualized

**par·tic·u·lar·is·tic** \=¦=(=)lə¦ristik, -tēk\ *adj* **1** : of, characterized by, or adhering to particularism ⟨too ~ and too conscious of their historical divisions to unite politically —Robert Strausz-Hupé⟩ ⟨the ~ thesis that the isolation of farm life induces mental breakdown —Kimball Young⟩ ⟨the advancement of ~ and no doubt selfish purposes —Alan Barth⟩ ⟨~ ... economic pressure groups —Walter Adams⟩ **2** : of, relating to, or characterizing a particularist society ⟨the ~ norms of the immigrants' groups —S.N.Eisenstadt⟩ ⟨~ relationships⟩ **3** : based on concrete spatially or temporally bounded particulars (as physical objects or phenomenal events) ⟨a ~ system⟩ **4** : based upon a particular situation or relationship rather than general principles ⟨a ~ response⟩ — opposed to *universalistic*

**par·tic·u·lar·i·ty** \=ˌ=='larəd·ē, -ratē, -i\ *n* -ES [MF *particularité* minute detail, particular, fr. LL *particularitat-*, *particularitas* quality or state of being a part, fr. *particularis* particular + L *-tat-*, *-tas* -ty] **1** : something particular: as **a** : a special circumstance : a minute detail : PARTICULAR ⟨fixing exclusively on the *particularities* of the current situation —Will Herberg⟩ **b** : an individual characteristic : distinctive quality or feature : special attribute : PECULIARITY ⟨regional life with its *particularities* of outlook and idiom —Roger Manvell⟩ ⟨the *particularities* of French rural society —H.W.Ehrmann⟩ **c** *archaic* : an eccentric or odd distinction : a peculiar action or characteristic : SINGULARITY **2** : the quality or state of being particular: as **a** *archaic* : the fact or quality of being noteworthy : SPECIALITY **b** : the quality or fact of being particular as opposed to universal : quality of being or having a relation to one or some rather than all (as of a class or group) : INDIVIDUALITY ⟨the words ... when written alone have of course no ~ —*Inland Printer*⟩ ⟨concrete human situations in

process of dividing : breaking up : BREAKING ⟨the ~ ship that instant is no more —William Falconer⟩ **5** : used in foundry work to prevent adhesion of parts of a mold to each other or of sand to molds ⟨~ compound⟩ ⟨~ dust⟩

**parting flask** *n* : a flask used for parting in assaying

**parting line** *n* : the line or plane along which sections of a foundry mold, die, or pattern separate

**parting pulley** *n* : SPLIT PULLEY

**parting stop** *n* : a piece of wood separating the top and bottom sashes in a double-hung window

**parting strip** *or* **parting slip** *n* : a thin piece used to separate two adjoining members in a sash window: **a** *or* **parting bead** : a thin strip of wood let into the pulley stile to keep the sashes apart **b** : a thin piece inserted in the window box to separate the weights

**parting tool** *n* **1** : a narrow-bladed tool used in turning or

parting tool 1

planing or for cutting a piece in two **2** : a tool used (as in lathe work) for cutting off pieces from the main body of stock being worked on

**par·ti pris** \ˌpärˌtē'prē\ *n, pl* **partis pris** \"\ [F] : a preconceived opinion : BIAS, PARTIALITY, PREJUDICE ⟨... without violent *parti pris* about the things of lon... —G.M. Trevelyan⟩ ⟨valuable workers, with no *parti pri*... broad mind —*Times Lit. Supp.*⟩

**¹par·ti·san** *or* **par·ti·zan** \'pärd·əzən, 'pä|, |tə-... *sometimes* -ˌzaa *or* -aa(ə)n, *chiefly Brit* ˌpäti'zan\ *n* -s [MF *partisan*, fr. OIt *partigiano*, fr. *parte* part, party, faction ... *pars* part — more at PART] **1 a** : one that takes the part of another : an adherent to a party, faction, cause, or person ⟨neither by birth nor breeding ... a ~ of the ... cause —G.H.Sabine⟩ **b** : a strong or devoted supporter : ... advocate ⟨wrote frankly as a ~ of the liberals —W.A.White⟩ **c** : an adherent characterized by prejudiced, ... blind, or fanatical allegiance ⟨the chaotic, hysterical feelings of the ... ~s of fascism —*Amer. Scholar*⟩ ⟨a doctrinaire and utopian ~ of democracy —R.A.Dahl⟩ **2 a** (1) : a member of a body of detached light troops engaged in making forays and harassing an enemy (2) : a leader or commander of such a body of light troops **b** : a member of a guerrilla band operating within enemy lines and engaged chiefly in demolition, incendiarism, sabotage, and diversionary attacks ⟨the ~s acted in ... advance of regular army formations —C.P.Fitzgerald⟩ ⟨Polish ~s had blown up two trains —*Springfield (Mass.) Union*⟩ **3** [AmerF *partisan* leader of an Indian war party or hunting party, fr. F, member of a body of detached light troops, adherent to a party or person] : the leader of a band of No. American trappers

**²partisan** *or* **partizan** \"\ *adj* **1** : of, carried on by, or being military partisans ⟨captain of a ~ company of light dragoons —*Amer. Guide Series: Del.*⟩ ⟨~ fighters who ... use every obscure trick of guerrilla warfare —*New Republic*⟩ ⟨~ warfare⟩ **2** : exhibiting, characterized by, or resulting from partisanship ⟨intensified ~ passions caused one noted duel —*Amer. Guide Series: Va.*⟩ ⟨the principle is that ~ politics stops at the water's edge —Arthur Krock⟩ ⟨criticism conceived in a purely fault-finding or ~ spirit —F.D.Roosevelt⟩ **3** : composed of, based upon, or controlled by a single political party or group ⟨change the Tariff Commission from a nonpartisan to a ~ body —*New Republic*⟩ ⟨giving the governor a greater degree of ~ control over the legislature —*Western Political Quarterly*⟩ — compare BIPARTISAN

**³partisan** *or* **partizan** \"\ *n* -s [MF *partisane*, fr. OIt *partigiana*, *partesana*, fem. of *partigiano*] : a military weapon of the 16th and 17th centuries having a long shaft and broad bladed head and resembling in part both a spear and a halberd

**par·ti·san·ism** \-ˌnizəm\ *n* -s : partisan spirit or conduct

**par·ti·san·ry** \-nrē, -ri\ *n* -ES : PARTISANSHIP

**par·ti·san·ship** *also* **par·ti·zan·ship** \'===ˌship\ *n* : the quality or state of being a partisan: as **a** : adherence to a single person or thing (as a cause, group, political party) **b** : a strong or sometimes blind and unreasoning adherence to a single cause or group : BIAS, ONE-SIDEDNESS, PREJUDICE ⟨choose between violent ~ and ... cool detachment —J.F.Muehl⟩ ⟨seen ... clearly and in due proportion, freed from the mists of prejudice and ~ —John Galsworthy⟩ **c** : conduct or attitudes resulting from or characterizing such adherence

**-par·tism** \¦pär|ˌtizəm, ¦pä| *also* |d·ˌizəm\ *n comb form* -s [F *-partisme*, fr. *parti* political party (fr. MF, match, party, decision) + *-isme* — more at PARTI] : tendency toward or active operation of a (specified) number of political parties in a governmental system ⟨multi-*partism*⟩

**par·ti–striped** \'pär|d·ē, 'pä|, |tē, -i+\ *adj* [¹*parti-* + *striped*] : having stripes of different colors

**par·ti·ta** \pär'tēd·ə, pä't-, -ētə\ *n* -s [It, fr. fem. of *partito*, past part. of *partire* to divide, go away, fr. L *partire*, *partiri* to divide — more at PART] **1** : a set of musical variations **2** : SUITE 2b(1)

**par·tite** \'pär|ˌtīt, 'pä| *also* |d·ˌīt, *usu* -īd·+V\ *adj* [L *partitus* divided, past part. of *partire*, *partiri* to divide] **1** : divided into a usu. specified number of parts or divisions ⟨the rule of four-*partite* military government —*New Republic*⟩ ⟨sex-*partite* vaulting —T.F.Bumpus⟩ **2** : PARTED 1c ⟨a ~ leaf⟩

**¹par·ti·tion** \pär'tishən, pə(r)'t-, pä't-\ *n* -s *often attrib* [ME *particioun*, fr. MF *partition*, fr. L *partition-*, *partitio*, fr. *partitus* (past part. of *partire*, *partiri* to divide) + *-ion-*, *-io* -ion] **1 a** : the action of parting or the state of being parted : DISTRIBUTION, DIVISION, SEPARATION ⟨the exact ~ of power among kings, lords, and commons —T.B. Macaulay⟩ ⟨the ~ of the world into the animate and the inanimate —W.R.Inge⟩ ⟨the ~ of available living space among members of the same ... species —W.H.Dowdeswell⟩ **b** : the severance voluntarily or by legal proceedings of common or undivided interests esp. in real estate : a division into severalty of property held jointly or in common or the sale of such property by a court and the division of the proceeds **c** (1) : the action of dividing an area forming a single governmental unit into two or more areas under separate authorities ⟨called for the ~ of that country into independent Jewish and Arab states —*Current Biog.*⟩ (2) : the condition or territorial and political organization resulting from such division ⟨the present ~ of Germany into eastern and western regions —*List of Books*⟩ ⟨conceived of a permanent ~ of the continent in terms of the natural boundaries —R.W.Van Alstyne⟩ **d** *logic* : analysis of a class into constituent subclasses **2 a** : something that divides or separates : something by which different things or distinct parts of the same thing are separated; *esp* : an interior wall dividing one part of a structure (as a house, room, or enclosure) from another ⟨a huge space subdivided by light, movable ~s —*Current Biog.*⟩ ⟨in banquet halls ... folding ~s are very popular —*Sweet's Catalog Service*⟩ **b** : one of a set of paperboard sheets slotted and assembled in a case to form cells for holding and protecting goods or packages in shipment **3** : one of the parts into which a whole is divided (as a portion, section, or division) ⟨the fruit falls to the ground and splits into ~s —*Amer. Guide Series: La.*⟩ ⟨the temple was divided into two noble ~s —Frances Brooke⟩ **4** : PARTITUR

partitions 2b

**²partition** \"\ *vt* **partitioned; partitioned; partitioning** \-sh(ə)niŋ\ **partitions** **1 a** : to divide into parts or shares; *specif* : divide (as an estate) into severalty **b** : to divide (as a country) into two or more territorial units having separate political status ⟨the foreign powers ~*ed* the whole country —Owen & Eleanor Lattimore⟩ ⟨the former German capital was ~*ed* among the ... allies —*Saturday Rev.*⟩ **2** : to sepa-

GOOG-WSOU576-CC-000012

to ice —Philip Booth⟩ **2** : that is emptied by tilting ⟨~ bucket⟩ ⟨~ pot⟩ ⟨~ wagon⟩

**⁴tilt** \"\ *n* -s [ME *teld, tild, telte* tent, canopy, fr. OE *teld;* akin to MLG & MD *telt* tent, OHG *zelt,* ON *tjald,* and perh. to L *dolare* to hew — more at CONDOLE] **1** : a cloth covering or canopy (as of a cart wagon, boat, or stall) ⟨bench under a little canvas ~ —J.G.Cozzens⟩ ⟨gaily colored ~s of the market stalls —*Courier (London)*⟩ **2** *Newfoundland & Labrador* : a log cabin or lean-to in which the logs are set upright

**⁵tilt** \"\ *vt* -ED/-ING/-S : to cover or provide with a tilt ⟨a ~*ed* jousting field⟩

**tilt·able** \'tiltəbəl\ *adj* : capable of being tilted

**tiltboard** \'ₛ,ₛ\ or **tilt table** *n* : an apparatus for testing perception of bodily position by rotating a blindfolded person from horizontal to vertical or oblique positions

**tilt cart** *n* : a cart having a body that can be tilted for emptying

**tilted** *adj* : taken with an aerial camera having the film plane out-of-parallel with the ground plane

**tilt·er** \'tiltə(r)\ *n* -s [*tilt* + *-er*] **1** : one that tilts: as **a** : JOUSTER **b** : a workman who operates a helve hammer **c** : a workman who tilts out coal **d** : a contrivance for emptying something (as a barrel or carboy) by tilting **e** : a contrivance for varying the pitch of something (as the slats of a venetian blind) **f** : TILT 6 **2 a** : SPOTTED SANDPIPER **b** : SOLITARY SANDPIPER **c** : AVOCET

**²tilter** \"\ *vi* -ED/-ING/-S [freq. of ¹*tilt*] : to swing up and down : SEESAW, TEETER

**tilth** \'tilth *also* -ltth\ *n* -s [ME, fr. OE, fr. *tilian* to till + *-th* — more at TILL] **1 a** : the act, work, or occupation of tilling : cultivation of the soil : TILLAGE ⟨the ~ of the land⟩ **b** : mental or spiritual cultivation ⟨children without the ~ of kindness —Francis Hackett⟩ **2** : cultivated land as distinguished from pasture, woodland, and waste land : PLOWLAND ⟨gradual extension of ~ drove the woods farther up the hills —Benjamin Farrington⟩ **3** : the state of being tilled : condition when tilled ⟨land in good ~⟩ **4 a** : surface soil as prepared for sowing or planting : the depth of friable earth ⟨have never known the plow furrows break down so readily to a nice ~ —*Country Life*⟩ **b** : the state of aggregation of a soil ⟨a fine ~ is desirable —*New Zealand Jour. of Agric.*⟩

**tilt hammer** *n* : HELVE HAMMER

**¹tilting** *n* -s [fr. gerund of ¹*tilt*] : the action or sport of one who tilts : JOUSTING ⟨was killed at a ~ —*Notes & Queries*⟩

**²tilting** *adj* [fr. pres. part. of ¹*tilt*] **1** : that tilts, causes to tilt, or may be tilted : rising and falling : SLANTING, SWAYING **2** : used for or in tilting ⟨~ field⟩ ⟨~ lance⟩ ⟨~ spear⟩

**tilting board** *n, NewEng* : SEESAW 2b

**tilting fillet** *n* : ARRIS FILLET

**tilting helmet** or **tilting helm** *n* : a helmet of great size and strength worn at tilts — called also *jousting helmet*

**tilting table** *n* : a mechanically controlled table used in casting a horse

**tiltmeter** \'ₛ,ₛₛ\ *n* : an instrument to measure tilting of the earth's surface

**tilt mill** *n* : a mill where metal (as steel) is tilted

**tilt roof** *n* : a roundheaded roof

**tilts** *pres 3d sing of* TILT, *pl of* TILT

**tilt–top table** \'ₛ,ₛ-\ *n* : TIP-TOP TABLE

**tilt–up** \'ₛ,ₛ\ *adj* [fr. *tilt up,* v.] : of or relating to a method of constructing concrete walls in which the slabs are cast in horizontal position and then tilted up into place ⟨*tilt-up* building⟩

**tiltup** \'ₛ,ₛ\ *n* -s [fr. *tilt up,* v.] : TILT 6

**tiltyard** \'ₛ,ₛ\ or **tilting yard** *n* : a yard or place for tilting

**til·yer** \'tilyə(r)\ *n* -s [Hindi *tilyar,* *tīlyar* starling, small speckled bird, fr. *til* speck, sesame seed, fr. Skt *tila*] : ROSE-COLORED STARLING

**tim** \'tim\ *adj* [alter. of ¹*toom*] *Scot* : EMPTY

**ti·ma·lia** \tə'mālyə, -lēə\ *n, cap* [NL, prob. fr. native name in India] : the type genus of Timaliidae formerly including many Old World babblers but now usu. restricted to a single form of India and Java

**ti·ma·li·idae** \,timə'līə,dē\ *n pl, cap* [NL, fr. *Timalia,* type genus + *-idae*] : a family of passerine birds comprising usu. a variety of forms not all of which may be closely related but having as typical representatives a group of babblers that are commonly isolated in a distinct subfamily and are characterized by short rounded wings with large outer primary, a bill like that of a thrush, and unspotted young

**ti·ma·li·ine** \'timə'lēə,līn\ *also* **tim·a·line** \'timə,līn\ *adj* [NL *Timalia* + E *-ine*] : of or relating to the genus *Timalia* or the family Timaliidae

**ti·mar** \tə'mär\ *n* -s [Turk *tımar* attendance, care, timar, fr. Per *tīmār* sorrow, care] : a Turkish fief formerly held under condition of military service

**timarau** *var of* TAMARAU

**ti·mar·chy** \'tī,märkē\ *n* -es [Gk *timarchia,* fr. *timē* price, value, honor + *-archia* -archy — more at PAIN] : TIMOCRACY

**ti·mar·i·ot** \tə'märēət, -mar-\ *n* -s [F, fr. It *timariota,* fr. NGk *timariōtēs,* fr. *timarion* timar, fr. Turk *tımar*] : one holding a timar

**tim·bal** *also* **tymbal** \'timbəl\ *n* -s [F *timbale,* fr. MF, alter. (influenced by *cymbale* cymbal) of *tamballe,* modif. (influenced by *tambour* drum) of OSp *atabal* — more at CYMBAL, TAMBOUR, ATABAL] **1** : KETTLEDRUM 1 **2** : the vibrating membrane in the shrilling organ of a cicada

**tim·bale** \'timbəl; tim'bäl, tam'-\ *n* -s [F, lit., kettledrum] **1** : a creamy mixture (as of chicken, lobster, cheese, or fish) cooked in a drum-shaped mold or in individual molds or cups **2** : a small pastry shell fried with a timbale iron and filled with a cooked timbale mixture or served with fruit sauce or dusted with powdered sugar — compare ROSETTE 9b

**timbale iron** *n* : an iron mold of varying design with a detachable handle used in making pastry shells for timbales

timbale irons

**tim·be** \'timbē\ *n* -s [Mex-Sp *timbe, timbre,* name of various trees, esp. *Acacia angustissima*] : the bark or root of any of several Mexican trees and shrubs (esp. *Acacia angustissima* and *Calliandra anomala*) used in the manufacture of tepache

**¹tim·ber** \'timbə(r)\ *n* -s [ME *timber, timmer,* fr. OE *timber* house, building, building material, wood, trees; akin to OHG *zimbar* house, room, wood, ON *timbr* timber, L *domus* house, Gk *domos* house, *demein* to build, Skt *dama* house] **1 a** (1) : growing trees or their wood ⟨standing ~⟩ (2) *Eng law* : trees (as oak, ash, elm over 20 years old) that are parts of a freehold and may not be cut by a life tenant **b** : a wooded area : FOREST ⟨the early settlers had clung to rivers and ~ —Carl Sandburg⟩ ⟨hid out in the big ~ —Vance Randolph⟩ **c** : a standing tree or its trunk — often used interjectionally as a shout of warning to those near a falling tree **2** : wood used for or suitable for building (as a house or boat) or for carpentry or joinery ⟨the turner, who concentrated on chair making, had beech for his favorite ~ —Andrew Phelan⟩ ⟨tropical wet evergreen forest producing valuable ~s —S.H. Howard⟩ **3 a** : MATERIAL, STUFF ⟨believe it's best-seller ~ —Richard Mallett⟩ **b** : something that helps to form a person : individual character or one of its constituents ⟨in this testing . . . inner ~s begin to part at once, the stuff of which he is made begins at once to deteriorate —F.R.Leavis⟩ **c** : human material suitable for a particular position or status ⟨presidential ~⟩ ⟨management ~⟩ ⟨officer ~⟩ **d** : bony structure in a dog **4** : something that is made of wood or is likened to a wooden object: as **a** : a wooden gate, fence, post, or rail required to be jumped by a horse ⟨take a pull on your horse, considerably easing your pace as you near the ~ —C.C.W.Aldin⟩ **b** *slang* : LEG ⟨hobbled out on my gouty ~s for a walk —C.B.Fairbanks⟩ **5 a** (1) : a comparatively large squared or dressed piece of wood ready for use or forming part of a structure (2) *Brit* : LUMBER 2a **b** : a curving frame branching outward from the keel of a ship and bending upward in a vertical direction that is usu. composed of several pieces united : RIB 3b(1)

**²timber** \"\ *vb* **timbered; timbered; timbering** \-b(ə)riŋ\ **timbers** [ME *timbren,* fr. OE *timbran, timbrian;* akin to OHG *zimbarōn* to construct of wood, ON *timbra,* Goth *timrjan,* OE ¹*timber*] *vt* **1** *archaic* : to construct of wood **2** : to frame, cover, or support with timbers ⟨the boards would suit admirably for ~*ing* cuts for drains —F.W.Crofts⟩ ~ *vi* **1** : to cut timber ⟨a man ~*ing* in the wooded area —Don Browning⟩ **2** : to provide timbers for support ⟨in all work in clay it was found advisable to ~ at once —*Military Engineer*⟩

**³timber** \"\ *adj* **1** : formed of wood : WOODEN **2** : of, relating to, or for timber **3** *Scot* : heavy as wood : DULL; *specif* : having no ear for music

**⁴timber** *var of* TIMBRE

**timber and room** *n* : ROOM AND SPACE

**timber bar** *n* : a crowbar having a working end that has a square section and ends in a right pyramid — called also *bridge bar*

**timberbeast** \'ₛₛ,ₛ\ *n, slang* : LOGGER

**timber beetle** *n* : any of various beetles (as the ambrosia beetles) whose larvae bore deeply in the wood of trees

**timber borer** *n* : any of numerous insects whose larvae develop as borers in living or dead trees or in timbers

**timber connector** *n* : CONNECTOR 2e

**timber cruiser** *n* : CRUISER 4a

**tim·ber·doo·dle** \;ₛₛ;düd³l\ *n* [¹*timber* + *doodle* (in *cock-a-doodle-doo*), euphemism for *cock* (associated with *cock* penis)] : the American woodcock ⟨the long-billed ~s were whistling all over the place as the flight came in —*N.Y.Times*⟩

**tim·bered** \'timbə(r)d\ *adj* [ME *timbred,* partly fr. ¹*timber* + *-ed;* partly fr. past part. of *timbren* to timber] **1 a** : furnished with, made of, or covered with timber ⟨one or two magnificently ~ old barns —Sinclair Lewis⟩ — often used in combination ⟨the waterlogged, rotten-*timbered,* barnacled old blubber hunter —H.A.Chippendale⟩ **b** : having walls framed by exposed timbers — compare HALF TIMBER **2** : having a specified structure or constitution : BUILT, FORMED, MADE ⟨my arrows, too slightly ~ for so loud a wind —Shak.⟩ **3** : covered with growing timber : WOODED ⟨sand hills whose thickly ~ ridges are clothed with loblolly pine, live oak, and holly —*Amer. Guide Series: N.C.*⟩ ⟨the hills, ~ up to their summits, formed an amphitheater —Anthony Trollope⟩

**timber forest** *n* : HIGH FOREST

**timber grapple** *n* : LUG HOOK

**timber grouse** *n* : a grouse (as the ruffed grouse) that inhabits woods — distinguished from *prairie chicken*

**timberhead** \'ₛₛ,ₛ\ *n* **1** : the top end of a ship's timber used above the gunwale (as for belaying ropes) **2** : a bollard bolted to the deck where the end of a timber would come

**timber hitch** *n* **1** : a knot that is made by passing the end of a line around an object and twisting it back on itself, is used to secure a line (as to a log or spar), and is often supplemented by a half hitch to aid in towing and lifting **2** : a knot resembling a timber hitch that is used to form the lower loop of an adjustable bowstring — called also *bowyer's knot*

timber hitch 1

**tim·ber·ing** \'timb(ə)riŋ\ *n* -s [ME, fr. ¹*timber* + *-ing*] : a set of timbers : TIMBERWORK; *specif* : one used for support (as of a roof or wall)

**timberjack** \'ₛₛ,ₛ\ *n* : LOGGER

**timber jumper** *n* : a horse skilled in jumping over barriers (as fences or gates)

**tim·ber·land** \'ₛₛ,land\ *n* : land covered with forest and esp. with marketable timber

**tim·ber·less** \-ləs\ *adj* : having no timber : not wooded

**timberline** \'ₛₛ,ₛ\ *n* : the upper limit of arboreal growth in mountains or in high latitudes ⟨all of the material included in the present study was obtained at ~ on the east slope . . . of the Rocky mountains —*Ecology*⟩

**tim·ber·ling** \-liŋ\ *n* -s [¹*timber* + *-ling*] *Brit* : a small tree

**tim·ber·man** \-mən\ *n, pl* **timbermen** **1** : LUMBERMAN **2 a** : a mine worker who frames and installs supporting timberwork **b** : a construction worker who cuts and puts together timbers and planking to form framing or supporting structures (as a retaining wall, trestle, or cofferdam) — called also *bracer*

**timber mill** *n* : a sawmill in which logs are cut into heavy timbers

**timber mining** *n* : ruthless cutting of timber with complete disregard for the future of the forests

**timber rattlesnake** *n* : a moderate-sized rattlesnake (*Crotalus horridus horridus*) that is widely distributed through the eastern half of the U. S., seeks rugged stony ground, and feeds largely on mice and other rodents — compare CANEBRAKE RATTLER

**timber right** *n* : ownership of standing timber without ownership of the land

**timber rot** *n* **1** : a decay of lumber and building timbers; *specif* : one caused by a fungus (*Poria incrassata*) **2** : a disease of various herbaceous plants caused by a fungus (*Sclerotinia sclerotiorum*) and marked by dry granular stem lesions near the ground and white mold on the surface

**timbers** *pl of* TIMBER, *pres 3d sing of* TIMBER

**timber scribe** *n* : a gouge for blazing trees

**tim·ber·some** \'timbə(r)səm\ *var of* TIMORSOME

**timber toe** *n* : a wooden leg

**timber–toed** \'ₛₛ;ₛ\ *adj* [*timber toe* + *-ed*] : having a wooden leg ⟨*timber-toed* cripples stilled along —Herman Melville⟩

**timber–topper** \'ₛₛ,ₛₛ\ *n* : HURDLER 2

**timber wolf** *n* : a large broad-headed heavy-muzzled wolf (*Canis lupus lycaon*) of northern No. America that is extinct over much of the eastern and southern parts of its range and that has a dense heavy coat of clear or brownish gray or sometimes brownish white usu. with blackish shadowing along the back

**timberwork** \'ₛₛ,ₛ\ *n* : work made of timbers : a timber construction

**timber worm** *n* : a worm (as a timber borer) infesting timber

**tim·bery** \'timb(ə)rē, -ri\ *adj* [¹*timber* + *-y*] : abounding in or characterized by timber ⟨the clean ~ look of her new house —P.H.Lowrey⟩

**timbes** *pl of* TIMBE

**¹tim·bo** \tēm'bō, tim-, -bō\ *n* -s [Pg *timbó,* fr. Tupi] **1** : an Amazonian woody vine (*Paullinia pinnata*) the bitter bark of which contains a fish poison **2** : ³CUBE 2

**²timbo** \"\ *n* -s [Sp *timbó,* fr. Guarani] **1** : a timber tree (*Enterolobium timbouva*) of Argentina **2** : the easily worked red wood of timbo used for furniture and interior woodwork

**tim·bre** \'tambə(r), 'tim-, 'taam-\ *n* -s [MF — more at ³TIMBRE] : the crest on a coat of arms

**²timbre** \"\ *also* **tim·ber** \"\ *vt* -ED/-ING/-S : to surmount and adorn with a heraldic timbre

**³timbre** \"\ *also* **timber** \"\ *n* -s [F *timbre,* fr. MF, bell struck by a hammer, crest of a helmet, armorial crest, fr. OF, drum, fr. MGk *tymbanon* kettledrum, alter. of Gk *tympanon* — more at TYMPANUM] **1** : a quality of sound that depends chiefly on the presence or absence and the relative intensity of various overtones: as **a** : the resonance quality of a voiced speech sound by which the ear recognizes and identifies it **b** : the quality of tone distinctive of a singing voice or an instrument **2** : distinctive character, quality, or tone ⟨that consciousness is clearly very closely related to the author's own personal ~ —F.R.Leavis⟩ ⟨the dance did not prove to be one of dark ~ —*Dance Observer*⟩ ⟨would have shamed them forever, had they had the ~ of his world in their characters —*Yale Rev.*⟩

**tim·brel** \'timbrəl\ *n* -s [obs. E *timbre* tambourine (fr. ME, fr. OF, drum) + E *-el*] : a small hand drum or tambourine ⟨the shallow ~ . . . which itinerant jugglers carried —Curt Sachs⟩

**tim·brelled** \-ld\ *adj* [fr. past part. of obs. E *timbrel* to play upon or accompany with a timbrel, fr. E *timbrel,* n.] : played upon or accompanied with a timbrel ⟨there the ~ hymn rings to Osiris —W.L.Bowles⟩

interval comprising a limited and continuous action, condition, or state of being : measured or measurable duration ⟨no one had spoken to him all the ~ we were at lunch —Ernest Hemingway⟩ ⟨could not sleep, and after a ~ he rose —Louis Bromfield⟩ ⟨gone a long ~⟩ ⟨written in three hours' ~⟩ **b** : a period set apart in some specified or implied way from others ⟨a ~ to weep, and a ~ to laugh; a ~ to mourn, and a ~ to dance —Eccles 3:4 (AV)⟩ ⟨Saturday evenings, traditional shopping ~ for millworkers and farmers —*Amer. Guide Series: N.H.*⟩ **c** (1) : a period sufficiently or conveniently long ⟨just ~ to reach shelter before the storm broke⟩ ⟨there is no ~ here to trace the means by which these errors of planning were corrected —*Amer. Guide Series: N.Y.*⟩ (2) : LEISURE ⟨there was ~ for athletic sports and private reading —Lucien Price⟩ ⟨as much good music as he has ~ to listen to —*Report: (Canadian) Royal Commission on Nat'l Development*⟩ (3) : the length of the period required for or consumed in performing an action or going over a course ⟨the winner's ~ was just under four minutes⟩ ⟨the ~ of the train trip was two hours⟩ (4) *slang* : progress in winning favor or sexual acceptance ⟨two guys tried to beat each other's ~ around the women —Russell Thacher⟩ ⟨the guy . . . trying to make ~ with his secretary —Bennett Cerf⟩ **d** : a period or segment of the radio or television broadcasting day ⟨one of the first to insist on the sale of radio ~ for both sides of a controversial issue —C.C.Barry⟩ **2 a** : a point or period when something occurs : the moment of an event, process, or condition : OCCASION ⟨we were not twenty yards from the rocks, at the ~ that the ship passed abreast of them —Frederick Marryat⟩ ⟨from that ~ she was his tennis instructor and patron —*Current Biog.*⟩ **b** : an opportune, convenient, or suitable moment or period : a favorable opportunity or occasion ⟨biding his ~⟩ ⟨the ~ has come to sift and synthesize the findings of these works —Julian Towster⟩ ⟨notice in him any sense of ~s and occasions and the demands of social etiquette —L.P.Smith⟩ **3** : an appointed, fixed, or customary moment or hour for something to happen, begin, or end ⟨spring came ahead of ~ this year⟩ ⟨a half-hour before edition ~ —William DuBois⟩: as **a** : the normal or expected moment or period of death ⟨you'll die before your ~ —W.J. Reilly⟩ **b** : the normal end of the period of gestation : the expected moment of childbirth ⟨when her ~ has come, counted by the moons, she betakes herself to a special little hut built for the women —Corinne Feeney⟩ **c** : a scheduled moment of arrival or departure ⟨asked for the ~ of the next northbound train⟩ **d** *Brit* : the legally fixed closing hour of a public house

**4 a** : a period associated with or characterized or dated by reference to a particular individual ⟨lived in the ~ of Elizabeth I⟩ ⟨one of the most popular writers of his ~⟩ **b** (1) : an historical period : AGE, ERA ⟨a fast moving ~ such as we are now in —T.K.Finletter⟩ ⟨geography could not fail to share in the mathematical advances of the ~ —Benjamin Farrington⟩ — often used in pl. ⟨ancient ~s⟩ ⟨modern ~s⟩ (2) : a division of geologic chronology **c** : conditions prevalent at present or in a specified or implied period of the past : state of things ⟨the ~ is out of joint —Shak.⟩ — usu. used in pl. ⟨refused to follow the trend of the ~s —Gerard MacGowan⟩ ⟨behind the ~s⟩ ⟨move with the ~s⟩ **d** : the present time — used with *the* ⟨many of the most important issues of the ~ —Brand Blanshard⟩ **5 a** : a known, fixed, or anticipated period of existence or duration: as **a** : LIFETIME ⟨one man in his ~ plays many parts —Shak.⟩ **b** : a period of apprenticeship ⟨apprentices in the last year of their ~ —John Southward⟩ **c** : a term of military service ⟨had been enlisted for a short term only, and before the end of December . . . would have served their ~ —H.E.Scudder⟩ **d** : a prison sentence ⟨did ~ for lying about his bank accounts —P.F.Healy⟩ **6 a** : SEASON ⟨that ~ of year thou mayst in me behold —Shak.⟩ ⟨it's very hot for this ~ of year⟩ **b** : a point or portion of a day or year recurring periodically or established by routine — usu. used in combination ⟨dinner-*time*⟩ ⟨*rest-time*⟩ ⟨examination-*time*⟩ ⟨vacation-*time*⟩ **7 a** : a unit of duration as a basis for poetic meter; *esp* : MORA 2a **b** : rate of speed (as in marching, dancing, speaking) : TEMPO ⟨the woman dances regular ~ to the music —Chandler Brossard⟩ ⟨did this in slow ~, talking and laughing together —H.V.Morton⟩ **c** (1) : the grouping of the successive rhythmic beats or pulses as represented by a musical note taken as a time unit into measures or bars that are marked off by bar lines according to the position of the principal accent : METER, RHYTHM (2) : the rate or tempo at which a piece is performed **8 a** : a definite moment, hour, day, or year as indicated or fixed by a clock or calendar : a precise instant or date ⟨the ~ was midnight⟩ ⟨we do not know the exact ~ of his birth⟩ ⟨what ~ is it⟩ **b** (1) : a number that represents the duration of a process or condition or the interval elapsing between two events and that is obtained in effect by counting a series of arbitrarily chosen regularly recurrent events (as the swings of a pendulum) that take place during the interval to be measured (2) : a number (as on a clock dial or calendar) that marks the occurrence of a specified event as to hour or date and that is obtained by counting from a fiducial epoch (as that of a meridian passage of the sun or the birth of Christ) **c** : reckoning of time : a system of reckoning the lapse or progress of time — see SIDEREAL TIME, SOLAR TIME, STANDARD TIME **9 a** : one of a series of recurring instances or repeated acts or actions ⟨he took the stairs four at a ~ —*Phoenix Flame*⟩ ⟨a machine that can perform three operations at a ~⟩ ⟨been told that many ~s⟩ **b times** *pl* (1) : multiplied instances ⟨five ~s greater⟩ (2) : equal fractional parts of which an indicated number equal a comparatively greater quantity ⟨seven ~s smaller⟩ ⟨three ~s closer⟩ **c** : TURN ⟨got two hits out of three ~s at bat⟩ **10 a** : finite duration : the duration of one's life or of the material universe as contrasted with infinite duration ⟨~, that takes survey of all the world, must have a stop —Shak.⟩ **b** : FATHER TIME **11 a** *Platonism* : a reality that is an absolute flowing apart from the events filling it **b** *Aristotelianism* : the numerable aspect of motion **c** *Kantianism* : the a priori form of inner sensible intuitions that have no existence independently of the mind and are a subjective mode in which phenomena appear — see OBJECTIVE TIME, SUBJECTIVE TIME **12 a** : a person's experience during a specified period or on a particular occasion ⟨have the ~ of their lives in putting on the yearly show —Louise Gerdts⟩ ⟨a good ~⟩ ⟨a hard ~⟩ **b** : a highly enjoyable or disagreeable experience ⟨had himself a ~ drinking beer from a glass in one hand, milk from a glass in the other —*Time*⟩ ⟨had a ~ with them; couldn't figure any way to get them out —W.L.Gresham⟩ **c** *slang* : CAROUSAL, SPREE ⟨still thought he might be out on a ~ —Ernest Hemingway⟩ **13 a** : the hours or days given to or due to be given to one's work ⟨make up ~⟩ **b** : a rate of pay fixed in terms of a unit of time (as an hour) ⟨paid him straight ~ for his overtime work⟩ **c** : amount of pay due esp. according to an hourly rate; *specif* : a final payment of wages due ⟨any cowboy who hit a horse over the head or spurred one in the shoulders was asking for his ~ —Ross Santee⟩ ⟨asked for his ~, but it was just a misunderstanding and was straightened out —E.C. Abbott & Helena Smith⟩ **14** : the shutter setting on a camera for making a time exposure **15 a** : official suspension of play during a game or contest ⟨the umpire called ~⟩ **b** : a temporary official stopping of the clock during a game or portion of a game (as basketball or football) scheduled to end after a specific number of minutes of play **syn** see OPPORTUNITY — **at the same time** : HOWEVER, NEVERTHELESS ⟨this frightened, insecure, querulous man . . . must *at the same time* possess the qualities of authority and command —Arthur Knight⟩ — **at times** *adv* : at intervals : now and then ⟨*at times* he sleeps, *at times* he tosses restlessly⟩ — **for the time being**

time 8c: a standard 12-hour dial surrounded by bands to show equivalent 24-hour time

*Minn.*⟩ — **in time** *adv* **1** : in due season : sufficiently early ⟨had they not been agreed upon *in time,* the states might have fallen asunder —Allan Nevins⟩ **2** : in the course of time ⟨*in time* we came to like the town⟩ **3** : in correct tempo ⟨*Current Biog.*⟩ ⟨in correct tempo ⟨has never learned to play *in time*⟩ **4** : on earth — used as an intensive ⟨why *in time* don't you come in from the dining room —Zona Gale⟩ — **on one's own time** : without being paid ⟨has done extra work *on his own time*⟩ — **on time 1 a** : at the appointed time : PUNCTUALLY ⟨failed to arrive *on time* for his appointment⟩ **b** : on schedule ⟨the train is *on time*⟩ **2** : on the installment plan ⟨a portable typewriter he was buying *on time* —Hamilton Basso⟩ — **out of time** : not within the designated period : too late ⟨the appeal was filed *out of time*⟩ — **time and time again** : time and again

**²time** \"\ *vb* -ED/-ING/-S [ME *timen,* fr. ¹*time*] *vt* **1 a** : to set time of : fix a time for : SCHEDULE ⟨*timed* his occasional calls to coincide with the hour of tea —Gertrude Atherton⟩ ⟨consciously *timed* that pause for dramatic effect —J.P.Marquand⟩ **b** : to regulate the speed or stops of (as a train) according to a timetable ⟨the train was *timed* to leave the station at 1:05 p.m.⟩ **c** : to adjust (as a watch) to keep correct time **2 a** : to set the tempo for ⟨the conductor *timed* the performance admirably⟩ **b** : to give a fixed or appropriate rhythm to ⟨gave a dragging tempo to the first movement, but *timed* the second movement effectively⟩ **c** : to regulate the moment, speed, or duration of for desired or maximum effect ⟨*timed* the exposure for two seconds⟩ ⟨*timed* his swing to hit the ball into right field⟩ **3** : to make coincident in time : cause to keep time with something ⟨*timed* his steps to the music⟩ **4 a** : to ascertain or record the time, duration, or rate of ⟨*timed* the horse in his last workout before the race⟩ **b** : to calculate or estimate the speed of ⟨*timed* the ball badly and missed it by a foot⟩ **5** : to dispose (as a mechanical part) so that an action occurs at a desired instant or in a desired way ⟨another factor which reduces distortion to a negligible value is the fact that the plate circuit is *timed* —L.E.Barton⟩ ~ *vi* : to keep or beat time : move in time ⟨beat, happy stars, *timing* with things below —Alfred Tennyson⟩

**³time** \"\ *adj* [¹*time*] **1 a** : of or relating to time ⟨poetry, dance and music are ~ arts —J.M.Barzun⟩ ⟨a ~ salesman⟩ **b** : giving, recording, or marking time ⟨~ register⟩ **2** : timed to ignite or explode at a specific moment ⟨~ charge⟩ **3 a** : payable on a specified future day or a given length of time after presentation for acceptance **b** (1) : made with the understanding that extended terms will be given for settlement ⟨a ~ sale⟩ (2) : to be paid for in installments ⟨a ~ purchase⟩ : divided into installments ⟨a ~ payment⟩

**time about** *adv, chiefly Scot* : in turn : by turns : ALTERNATELY

**time–advantage** \'ₛ,ₛₛ\ *n* : the accumulated time during which a wrestler is in a position of advantage over his opponent used as a limited basis of scoring in amateur bouts

**time allowance** *n* **1** : an allowance of time usu. in seconds per mile that is given a yacht in competition with one of a higher rating **2** : ALLOWED TIME 2

**time and again** *adv* : REPEATEDLY ⟨natural disasters recur *time and again* —O.N.Lazer⟩

**time and a half** *n* : payment of a worker (as for overtime or holiday work) at one and a half times his regular wage rate

**time and motion study** or **time–motion study** *n* : a systematic observation, analysis, and measurement of the separate steps in the performance of a specific job for the purpose of establishing a standard time for each performance, improving procedures, and increasing productivity — called also *motion and time study, motion study, time study*

**time and temperature method** *n* : adjustment of the development time of a photographic negative in accordance with the developer solution temperature — called also *thermo development*

**time at bat** : AT BAT

**time azimuth** *n* : an observation by compass of the azimuth of a celestial body made at a specific time as a step in computing the compass error

**time ball** *n* : a large ball on a pole (as at an observatory) that is arranged to drop suddenly to mark a particular hour of day (as noon)

**time base** *n* : a part of an electronic circuit having a voltage varying accurately with time and used (as in radar) to provide range information or (as in television) to time the scanning operation

**time belt** *n* : TIME ZONE

**time bet** *n* : a provisional bet on a race made with a bookmaker that is invalid if the purchase time noted on the betting slip is later than the official start of the race

**time bill** *n* **1** : a bill of exchange payable at a definite future time **2** *Brit* : TIMETABLE

**time–binding** \'ₛ,ₛₛ\ *n* : the characteristically human activity of transmitting experience from one generation to another esp. through the use of symbols

**time bomb** *n* **1** : a bomb so constructed as to explode at a predetermined time **2** : something (as a situation, conflict, personality trait) that has a delayed explosive action ⟨to many administrators sit unknowingly on *time bombs* —H.F. & Katharine Pringle⟩

**time book** *n* : a book in which hours spent on a job by workers are recorded

**time buyer** *n* : a person employed by an advertising agency to select and arrange radio and television coverage for clients

**time capsule** *n* : a container holding historical records or objects representative of current culture that is deposited (as in the earth or in a cornerstone) for preservation until discovery by some future age

**time card** *n* **1** *usu* **timecard** : TIMETABLE ⟨despite a greatly speeded-up *timecard,* it hit every stop on schedule —B.A. Long & W.J.Dennis⟩ **2** : a card on which is kept a daily record of the time worked by an employee or the time of his arrival and departure

**time chart** *n* **1** : a chart showing the standard times in various parts of the world with reference to a specified time at a specified place **2** : a table listing important events for successive years or groups of years within a particular historical period

**time charter** *n* : a contract for the cargo space of a manned ship for a specified period

**time clerk** *n* : TIMEKEEPER

natural logarithms); *specif* : the ratio of the inductance of a circuit in henries to its resistance in ohms **2** : the relaxation time in the discharge of a capacitor that is equal to the product of the resistance in ohms of the discharging circuit and the capacity in farads of the condenser

**time–consuming** \'ₛₛₛₛ\ *adj* **1** : using or taking up a great deal of time ⟨the development of young clone selections from such seedling material had proved to be rather *time-consuming* —*Farmer's Weekly (So. Africa)*⟩ **2** : wasteful of time ⟨efforts to block legislation may take the form of speech-making, roll-calls, and other *time-consuming* tactics —W.S.Sayre⟩

**time copy** *n* : newspaper or periodical copy usu. set in type beforehand that can be used at any time

**timed** *adj* [fr. past part. of ²*time*] **1** : made to occur at or in a set time ⟨a ~ explosion⟩ ⟨a ~ examination⟩ **2** : done or taking place at a time of a specified sort ⟨a poorly ~ speech⟩ ⟨a propitiously ~ proposal⟩ ⟨*ill-timed*⟩

**time deposit** *n* : a bank deposit payable a specified number of days after deposit or after receipt by the bank of notice of withdrawal and considered by federal regulations as being any deposit payable after 30 days or after 30 days' notice

**time depth** *n* : a period of time during which a culture, language, or group of languages has been undergoing independent genetic development ⟨a language with a *time depth* of 5000 years⟩

**timed fire** *n* : target firing in which a given number of rounds are fired within a particular time limit

**time draft** *n* : a draft payable a specified number of days after date of the draft or presentation to the drawee

**time error** *n* : a systematic error in the comparison of magnitudes resulting from the fact that one magnitude follows the other in time

**time–expired** \'ₛₛₛₛ\ *adj* : having completed a term of enlistment or military service ⟨the first hundred *time-expired* veterans had been discharged from the two regiments —Robert Graves⟩

**time exposure** *n* **1** : exposure of a photographic film for a definite time that is usu. more than one half second **2** : a photograph taken by time exposure

**time fire** *n* : artillery fire in which the projectile bursts or is intended to burst in air

**time freight** *n* : freight for movement on regularly scheduled trains providing expedited service and a guaranteed time of delivery; *also* : a train for handling such freight

**time·ful** \'tīmfəl\ *adj* [ME, fr. ¹*time* + *-ful*] *archaic* : SEASONABLE, TIMELY — **time·ful·ly** \-fəlē\ *adv*

**time fuze** *n* : a fuze that detonates a bursting charge after a definite interval of time has elapsed

**time hit** *n* : a hit made by a time thrust

**time–honored** \'ₛ,ₛₛ\ *adj* **1** : honored or entitled to honor because of age or long usage ⟨a deep respect for *time-honored* institutions —*New Republic*⟩ **2** : long established ⟨begun to undermine the *time-honored* position of the traditional holders of authority —H.W.Glidden⟩ ⟨a *time-honored* phrase⟩

**time immemorial** *n* **1 a** : a time beyond legal memory formerly fixed by English law as the beginning of the reign of Richard I in 1189 but modified in common law by various prescription acts **b** : a time going back beyond the memory of any person living **2** : time so long past as to be indefinite in history or tradition ⟨field forces from *time immemorial* have dealt with such offenses on the spot —R.H.Jackson⟩

**timekeeper** \'ₛ,ₛₛ\ *n* : one that keeps, measures, regulates, or determines the time: as **a** : TIMEPIECE **b** : one who keeps records of the time worked by employees (as for use in making up a payroll) **c** : one appointed to mark and announce the time of participants or the elapsed time in a race, game, or contest

**timekeeping** \'ₛ,ₛₛ\ *n* : the act, function, or process of keeping time

**time killer** *n* **1** : one who kills time : a person with time on his hands ⟨the reading room held many students, as well as a few *time killers*⟩ **2** : something that passes the time : DIVERSION ⟨made the experience full and memorable, made it an experience instead of a *time killer* —J.M.Barzun⟩

**time killing** *n* : the act or action of killing time

**time lag** *n* **1** : an interval of time between two related phenomena (as a cause and its effect) ⟨the *time lag* between the discovery of a scientific principle and its application —*Lamp*⟩ **2** : CULTURAL LAG ⟨have suffered a singular *time lag,* in bringing to the problems of today and tomorrow the elements of yesterday's thinking —Sidney Wallach⟩

**time–lapse** \'ₛ,ₛ\ *adj* [fr. the n. *time lapse*] : of, relating to, or constituting a motion picture taken at a speed slower than normal but usu. projected at a normal speed so that a slow action (as the opening of a flower bud) appears to be speeded up : STOP-MOTION

**¹time·less** \'tīmləs\ *adj* [¹*time* + *-less*] **1** *archaic* : PREMATURE, UNTIMELY ⟨a pack of sorrows which would press you down . . . to your ~ grave —Shak.⟩ **2 a** : having no beginning or end : ETERNAL, INTERMINABLE, UNENDING ⟨nothing on dry land can match the ghastly war for survival which continues ceaselessly in a ~ night and seasonless year —F.G.Kay⟩ **b** : not restricted to a particular time or date : DATELESS ⟨much of what seems contemporary in popular fiction is fairly ~ —W.H.Whyte⟩ ⟨criticize him from the perspective of some ~ realism —D.R.Meyer⟩ **3** : not affected by time : AGELESS, CHANGELESS ⟨one of those ~ people who somehow looked younger as they grew older —J.P.Marquand⟩ — **time·less·ly** *adv* — **time·less·ness** *n* -ES

**²timeless** \"\ *adv, archaic* : TIMELESSLY

**tim·e·li·idae** \timə'līə,dē\ [NL, fr. *Timelia,* genus of babblers (prob. fr. native name in India) + *-idae*] *syn of* TIMALIIDAE

**time limit** *n* : a fixed period for doing or ending something; *specif* : a fixed amount of time allowed for a test with the object of measuring the amount of work an individual can accomplish in such time — contrasted with *amount limit*

**time·li·ness** \'tīmlēnəs, -lin-\ *n* -ES : the quality or state of being timely

**time loan** *n* : a loan with a definite maturity date — compare CALL LOAN

**time lock** *n* : a lock controlled by clockwork to prevent its being unlocked before a set time

**¹time·ly** \'tīmlē, -li\ *adv* [ME *timliche, timely,* fr. OE *tīmlice,* fr. *tīma* time + *-līce,* adv. suffix] **1** *archaic* : EARLY, SOON ⟨he did command me to call ~ on him —Shak.⟩ **2** : in time : OPPORTUNELY, SEASONABLY ⟨the present action was ~ brought within two years after his appointment —R.W.Starr⟩

**²timely** \"\ *adj* -ER/-EST [ME *timlich, timely,* fr. ¹*time* + *-lich,* -*ly* -ly, adj. suffix] **1 a** : done or occurring at a suitable time : OPPORTUNE ⟨if ~ treatment is available the patient has a good chance of recovery —*Nat'l Safety News*⟩ **b** : occurring at a normal or expected time ⟨I love my habits, the ~ routine and oscillation of the hours —L.P.Smith⟩ **c** : falling within a time prescribed by law or contract ⟨the plaintiff filed a ~ claim for refund —T.M.Madden⟩ **d** : appropriate to the times or the occasion ⟨a ~ book⟩ ⟨a ~ remark⟩ ⟨a ~ hogshead of homebrewed beer . . . served effectively as fire extinguisher —*Amer. Guide Series: Vt.*⟩ **2** *archaic* : ADVANCE, EARLY ⟨I know that he will presently be summoned . . . I have ~ information —Charles Dickens⟩ **syn** see SEASONABLE

**time money** *n* : money loaned or ready to be loaned for a specified period of time

**time–motion study** *var of* TIME AND MOTION STUDY

**ti·me·no·guy** \tī'menə,gī\ *n* -ES [prob. fr. F *timon* tiller, helm + E *guy* — more at TIMONEER] : a rope stretched taut from a projecting obstacle to prevent rigging from chafing or fouling

**time note** *n* : a note payable at a specified time — compare DEMAND NOTE

**time of day 1 a** : the time as indicated by the clock ⟨asked him what *time of day* it was⟩ **b** : the present time ⟨it is unnecessary at this *time of day* to argue that the world is round⟩ **2 a** : the state of the case : the true situation ⟨he's been here long enough to know the *time of day*⟩ **b** : the latest fashion ⟨has long set the *time of day* in . . . champagnes —*New Yorker*⟩

NOON
A.M.
P.M.
TODAY
TOMORROW
YESTERDAY
MIDNIGHT
INTERNATIONAL DATE LINE
NEW YORK
HALIFAX
AZORES
REYKJAVIK
LONDON
COPENHAGEN
ATHENS
TEHRAN
KARACHI
RANGOON
BANGKOK
MANILA
TOKYO
MELBOURNE
NEW CALEDONIA
WELLINGTON
NOME
HONOLULU
WHITEHORSE
SEATTLE
DENVER
MEXICO CITY

time chart

(*So. Africa*)⟩ — **time·ous·ly** *adv*

**time–out** \'ₛ;ₛ\ *n* -s [fr. the phrase *to take time out*] **1** *usu* **time out** : a usu. brief suspension of activity or work : BREAK, INTERMISSION ⟨his eldest son died and he took *time out* to recover from the shock —*Newsweek*⟩ **2** : a brief period of suspension of play declared by an official in any of various organized sports (as for rest of players, treatment of an injured player, officials' conference)

**time out of mind** [ME] : TIME IMMEMORIAL

**timepiece** \'ₛ,ₛ\ *n* : an instrument (as a clock or watch) for measuring time; *esp* : one that has no striking or chiming mechanism

**timepleaser** *n, obs* : TIMESERVER

**time policy** *n* : a marine insurance policy covering property for a specified period (as a year)

**tim·er** \'tīmə(r)\ *n* -s [²*time* + *-er*] **1** : one that measures, records, or regulates time: as **a** : TIMEPIECE; *esp* : a stopwatch for timing races or contests **b** : TIMEKEEPER **c** : a device in the ignition system of an internal-combustion engine that causes the spark to be produced in the cylinder at the correct time either by the interruption or by the closing of the primary circuit — compare DISTRIBUTOR **d** : one who determines the exposure time to be used to obtain a satisfactory print of each scene of a motion-picture negative **e** : one who corrects the escapement of timepieces **f** (1) : a device (as a clock) that indicates by means of an audible signal the end of the interval of time for which it is set (2) : a device for automatically starting or stopping a machine or other device at a given time or for automatically controlling the operating interval **2** [¹*time* + *-er*] : one that does or serves in or for a specified time ⟨a first ~ in this office⟩ : one that has a specified relationship to time ⟨young-*timers* hep to the special needs of the holiday season —*advt*⟩

**time rating** *n* : the length of time a machine can carry a load without the specified conditions of load and temperature rise being exceeded

**time recorder** *n* : TIME CLOCK

**¹times** \(,)tīmz\ *prep* [ME, fr. pl. of ¹*time*] : multiplied by ⟨two ~ two is four⟩

**²times** \(')tīmz\ *adv* [fr. pl. of ¹*time*] *dial Eng* : many times : FREQUENTLY

**time–saver** \'ₛ,ₛₛ\ *n* : something that saves time

**timesaving** \'ₛ,ₛₛ\ *adj* : intended or serving to expedite something ⟨a ~ device⟩

**time scale** *n* : an arrangement of events used as a measure of the relative or absolute duration or antiquity of a period of history or geologic or cosmic time ⟨on the *time scale* of modern cosmology his brief and fevered existence seems a mere flash in the pan —*Times Lit. Supp.*⟩

**time sense** *n* : an ability to feel the lapse of time and to estimate and compare intervals esp. of short duration

**time series** *n* : a frequency distribution in which time is the independent variable

**timeserver** \'ₛ,ₛₛ\ *n* : one that shapes his behavior and ideas to fit the dominant pattern of his times or environment or to please his superiors : TEMPORIZER ⟨was in matters of principle inherently shifty, an opportunist and a ~ —S.H.Adams⟩

**time service** *n* : the determination and announcement of the precise time usu. conducted as a part of the work of an astronomical observatory, usu. based on transit observations of stars, and announced mainly by telegraphic and radio signals — compare TIME SIGNAL

**¹timeserving** \'ₛ,ₛₛ\ *n* : the behavior or practice of a timeserver ⟨discourages energy and initiative in public office, and encourages ~ —L.K.Caldwell⟩

**²timeserving** \"\ *adj* : marked by or revealing a lack of independence or integrity : TEMPORIZING ⟨a mean, ~ little man, grovelling odiously before the wealthy people in the district —Peter Forster⟩ ⟨we cannot afford a ~ tameness —*Times Lit. Supp.*⟩ — **time·serv·ing·ness** *n* -ES

**time sheet** *n* **1** : a sheet for recording the time of arrival and departure of workers and for recording the amount of time spent on each job **2** : a sheet for summarizing hours worked by each worker during a pay period

**time–shift** \'ₛ,ₛ\ *n* : a narrative method (as in a novel) that shifts back and forth in time from past to present instead of proceeding in strict chronological sequence

**time sight** *n* **1** : a set of observations for the determination of time that are usu. made with a transit instrument **2** : an observation by sextant of the altitude of a heavenly body to determine longitude by comparing the local time with Greenwich time

**time signal** *n* : a signal indicating an exact instant of time that is sent by telegraph or radio to regulate timepieces

**time signature** *n* **1** : a fraction that has a denominator indicating the kind of note (as a quarter note) taken as the time unit for the beat and a numerator indicating the number of these to the measure and that is placed at the beginning of a musical composition, movement, or section just after the key signature or at any point at which the meter changes to indicate the meter **2** : a symbol used to indicate the meter of a musical composition — compare ³C 1

**time spirit** *n* [trans. of G *zeitgeist*] : ZEITGEIST

**time stamp** *n* : a clock-actuated device for recording time; *specif* : one for recording the date and time of day that letters or papers are received or sent out

**time–stratigraphic** \'ₛₛₛₛₛ\ *adj* : of, relating to, or constituting rocks deposited during a specified time regardless of their composition, fossil content, or conditions of origin

**time study** *n* : TIME AND MOTION STUDY

**time switch** *n* : an electric switch that automatically operates at a set time

**timetable** \'ₛ,ₛₛ\ *n* **1** : a printed table showing times of departure and arrival (as of trains, buses, airplanes) from and at scheduled stopping points between two terminuses **2** : a schedule or plan listing or indicating the sequence in which things are to occur or be done and often the approximate or exact time of each ⟨a ~ that pinned the start and finish of each of this year's 133 events down to the minute —*Newsweek*⟩ ⟨determined resistance upset the ~ which had been set for the operation —H.L.Merillat⟩ **3** : a table showing the time value or relative duration of the various musical notes

**time thrust** *n* : a counterattack in fencing executed against and arriving in advance of the opponent's attack — compare STOP THRUST

**time ticket** *n* : TIME CARD 2

**time train** *n* : a train of wheels that drives the balance and escapement of a timepiece

**time value** *n* **1 a** : value measured by hours of labor **b** : value due to the date of receipt of goods or maturity of obligations **2** : the relative duration esp. of a musical note, tone, or rest

**timework** \'ₛ,ₛ\ *n* : work paid for at a standard rate for the hour or the day — compare PIECEWORK

**timeworker** \'ₛ,ₛₛ\ *n* : a worker engaged on timework

**timeworn** \'ₛ,ₛ\ *adj* **1** : worn or impaired by time ⟨its graceful, ~ residences of the plantation type —*Amer. Guide Series: Texas*⟩ **2 a** : AGE-OLD, ANCIENT ⟨based on ~ procedures and the collocated experience of the ages —F.C.Neff⟩ **b** : HACKNEYED, STALE ⟨a ~ joke⟩ ⟨a ~ expression⟩

**time zone** *n* : one of 24 longitudinal zones into which the world has been divided for establishing a regular sequence of time changes, which are each 15 degrees wide, and which each have as standard time throughout its area the time of its central meridian except where variations to maintain national or local uniformity are necessary

**tim·id** \'timəd\ *adj, usu* -ER/-EST [L *timidus,* fr. *timēre* to be afraid, fear] **1** : lacking in courage or self-confidence : easily frightened or overawed ⟨~, silent, crouching under oppression —J.R.Green⟩ ⟨a ~ person would rather remain miserable than do anything unusual —Bertrand Russell⟩ **2 a** : marked by or revealing a lack of boldness or determination ⟨a ~ policy⟩ ⟨a ~ look⟩ ⟨their ~ love of established ways —V.L. Parrington⟩ **b** : HESITANT, TENTATIVE ⟨this intellectual life was ~, cautious and derivative —Van Wyck Brooks⟩ ⟨the

GOOG-WSOU576-CC-000013

urn 1a

blue to grayish blue

**u. s. army maroon** *n, usu cap U&S&A* : a dark grayish red

**u. s. army mosstone** *n, usu cap U&S&A* : a moderate yellow green

**u. s. army old gold** *n, usu cap U&S&A* : a moderate yellow

**u. s. army orange** *n, usu cap U&S&A* : a vivid reddish orange that is redder and paler than international orange, redder and darker than chrome orange, and redder and duller than golden poppy

**u. s. army pansy** *n, usu cap U&S&A* : a strong violet

**u. s. army scarlet** *n, usu cap U&S&A* : a strong red

**u. s. army silver gray** *n, usu cap U&S&A* : a medium slightly yellowish gray

**u. s. army sky blue** *n, usu cap U&S&A* : a dark blue

**u. s. army ultramarine blue** *n, usu cap U&S&A* : a vivid blue to purplish blue

**u. s. army white** *n, usu cap U&S&A* : a yellowish gray to yellowish white

**u. s. army yellow** *n, usu cap U&S&A* : a strong orange yellow that is redder and deeper than Spanish yellow, bright maize, or nasturtium yellow (sense 2)

**usbek** *or* **usbeg** *cap, var of* UZBEK

**USC** *abbr* under separate cover

[1]**use** \'yüs\ *n* -s [ME *us, use,* fr. OF *us,* fr. L *usus* use, employment, custom, fr. *usus,* past part. of *uti* to use, employ] **1 a** : the act or practice of using something : EMPLOYMENT ⟨a ~ of his public post to secure a favor for a friend⟩ ⟨become familiar with algebra through the ~ of a good text⟩ ⟨an increase in the ~ of intoxicating liquors⟩ ⟨the ~ of subsidies to hold food prices down —*Current Biog.*⟩ : APPLICATION ⟨knowledge . . . to be valuable must be ready for ~ —C.H.Grandgent⟩ **b** : the fact or state of being used ⟨a lamp in daily ~ for over 50 years⟩ ⟨put the new broom to ~⟩ ⟨expressions out of ~ except in dialect⟩ ⟨when fountain pens first came into ~⟩ **c** : continued or repeated exercise or employment ⟨worn out through long ~⟩ **d** : a method or manner of using something ⟨the water in the font, having once been consecrated, tempted folk to superstitious ~*s* —G.G.Coulton⟩ ⟨gain proficiency in the ~ of the typewriter⟩ **2 a** (1) : habitual or customary practice : accustomed or usual procedure (2) : an individual habit or group custom ⟨it had been a family ~ . . . to make a point of saving for him anything which he might possibly eat —Mary Austin⟩ **b** : a liturgical form or observance ⟨ferial ~⟩ ⟨festal ~⟩; *esp* : a liturgy having modifications peculiar to a local church or diocese (as in England before the Reformation) or a religious order ⟨the celebration of Mass in those religious orders . . . whose ~ differs from the standard Roman rite —*advt*⟩ ⟨from henceforth all the whole realm shall have but one ~ —*Bk. of Com. Prayer*⟩ **c** *obs* : common occurrence : ordinary experience ⟨these things are beyond all ~ —Shak.⟩ **3 a** : the privilege or benefit of using something ⟨offered him the ~ of his pen for signing⟩ ⟨had the ~ of the usual class time for study⟩ ⟨nor shall private property be taken for public ~ without just compensation —*U.S.Constitution*⟩ ⟨the Lord bless this food to our ~, and us to His service —*Bk. of Com. Worship*⟩ **b** : the ability or power to use something (as a limb or faculty) ⟨regained the ~ of his arm⟩ ⟨still has the ~ of his speech⟩ **c** : the legal enjoyment of property that consists in its employment, occupation, exercise, or practice ⟨~ of the automobile is covered by insurance⟩ **d** : a personal servitude under Roman and civil law consisting in a jus utendi as distinguished from the usufruct **4 a** : a particular service or end : PURPOSE, OBJECT, FUNCTION ⟨put his learning to a good ~⟩ ⟨the river waters were dammed for power ~ —*Amer. Guide Series: Mich.*⟩ ⟨develop the industrial ~*s* of atomic energy⟩ **b** (1) : the quality of being suitable for employment : capability of filling a need or promoting an advantage : USEFULNESS, UTILITY ⟨being ready first was of little ~, since you were then called on to button the others —Natacha Stewart⟩ ⟨old clothes that might be of some ~ to refugees⟩ (2) : something that fills a need or gives a benefit or advantage — used predicatively ⟨the thing that any artist must have to go on: the feeling . . . that he's some ~ in the world —Deems Taylor⟩ ⟨small ~ to argue if he's already made up his mind⟩ esp. in negative constructions ⟨it is no ~ reading this article any further until you have settled this first point for yourself —J.B.Nettleship⟩ **c** : the occasion or need to employ : NECESSITY, DEMAND ⟨took only what he had ~ for⟩ ⟨found little ~ for his rifle⟩ **5 a** : the benefit in law of one or more persons; *specif* : the benefit of or the profit arising from lands and tenements to which legal title is held by a person in whom a trust or confidence is reposed that another person should take and enjoy — compare CESTUI QUE USE **b** : a legal arrangement that is a right in equity by which such benefits and profits are established in one other than the legal possessor of the property — compare TRUST **6** *chiefly dial* : money paid for the use of a loan : INTEREST **7** : a part of a sermon in which a doctrine is applied to life : practical application ⟨the discourse . . . was divided into fifteen heads, each of which was garnished with seven ~*s* of application —Sir Walter Scott⟩ **8** : a rough block of iron or steel suitable for working up into small forgings or for welding in making large ones **9** : a favorable attitude toward a person or thing as having worth or use : ESTEEM, LIKING — used with *for* in negative constructions ⟨had no ~ for most sales managers —*Time*⟩ ⟨had very little ~ for the music of most of his contemporaries —Deems Taylor⟩

**syn** SERVICE, ADVANTAGE, PROFIT, ACCOUNT, AVAIL, and USE have in common a sense of a useful or valuable end, result, or purpose. USE stresses the practicality of the end, result, or purpose for which something is employed ⟨a tool with many *uses*⟩ ⟨put a gift of money to good *use* in paying off debts⟩ SERVICE is used more frequently of persons or animals or their work or activities than of inanimate things; in relation to persons it usu. suggests self-abnegation ⟨a man of great *service* to the community⟩ ⟨put a horse to good *service* in hauling logs⟩ ADVANTAGE puts stress upon improvement of one's position or enhancement of something one considers of value, esp. personal value ⟨gain the *advantage* of a steady income⟩ ⟨offer valuable educational *advantages* —*Amer. Guide Series: Minn.*⟩ ⟨find some *advantage* in even the worst circumstances⟩ PROFIT is more particular in usu. implying reward, often the rewarding character of what is attained but commonly pecuniary gain ⟨whether or not they found the sources of the gold they were seeking, they certainly drew other *profits* from their venture —*Brit. Bk. News*⟩ ⟨pursue graduate studies with *profit* —*Official Register of Harvard Univ.*⟩ ⟨coal and steel interests were merging with mutual *profit* —*Amer. Guide Series: Pa.*⟩ ACCOUNT usu. suggests a calculated value; it occurs commonly in fixed phrases ⟨turn every talent to good *account*⟩ ⟨consider a small loss of no *account* in the long run⟩ AVAIL strongly suggests effectualness or effectiveness, occurring usu. in idiomatic phrases mostly in the negative ⟨medicine that is of no *avail* in curing a given disease⟩ ⟨of what *avail* is it to spend time dreaming⟩ **syn** see in addition HABIT

— **in use** *or* **into use** : in heat ⟨conception can only occur at the precise time when the mare is fully *in use* —Henry Wynmalen⟩

[2]**use** \'yüz, *in vi sense 1* 'yüs *sometimes* 'yüz\ *vb* **used** \'yüzd, *in vi sense 1* 'yüst ('yüs *when "to" follows immediately*) *sometimes* 'yüz(d)\ **used; using; uses** [ME *usen,* fr. OF *user,* fr. ML *usare,* fr. L *usus,* past part. of *uti* to use, employ, enjoy; akin to Oscan *úittiuf* uses (acc. pl.)] *vt* **1 a** *archaic* : to observe or follow as a custom ⟨the like custom is *used* throughout the dominions —Samuel Purchas⟩ ⟨it was in old times *used* . . . for men to shave themselves —Richard Montagu⟩ **b** *archaic* : to follow or practice regularly as a mode of life or action ⟨then let them ~ the office of a deacon —1 Tim. 3:10 (AV)⟩ **c** *archaic* : to make familiar by repeated or continued practice or experience : ACCUSTOM, HABITUATE, INURE ⟨spoke near the sea in storms . . . to ~ himself to speak aloud —Earl of Chesterfield⟩ **d** *chiefly dial* : to resort to regularly : FREQUENT ⟨it ~*s* more the low sandy inland parts than the plovers —Hans Sloane⟩ **2** : to put into action or service : have recourse to or enjoyment of : EMPLOY ⟨the pronunciations that people from different parts of the country ~⟩ ⟨wondered whether he would ever ~ the tie she had given him⟩ : EXERCISE ⟨examiners will ~ judgment and discretion in applying the exercise test —H.G.