IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT<br>v.<br><br>GOOGLE LLC | § § § § § § § | CIVIL ACTION NO. 6:20-cv-580[ADA] |

## ORDER GRANTING OPPOSED MOTION FOR ORAL HEARING ON DEFENDANT GOOGLE LLC'S MOTIONS TO DISMISS

Before the Court is Defendant Google LLC's Opposed Motion for Oral Hearing on its Motions to Dismiss in the above referenced civil actions. After consideration of same, the Court finds that it should be GRANTED and will separately set a hearing at the Court's convenience.

**SIGNED** on this _____ day of _____, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

{A07/07713/0107/W1717898.1 }