IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | CIVIL ACTION 6:20-CV-00575-ADA CIVIL ACTION 6:20-CV-00577-ADA CIVIL ACTION 6:20-CV-00580-ADA CIVIL ACTION 6:20-CV-00585-ADA |
| Plaintiff, | § § | |
| v. | § | PATENT CASE |
| GOOGLE LLC, | § § § | |
| Defendant. | § § | JURY TRIAL DEMANDED |

**ORDER DENYING DEFENDANT'S MOTION FOR ORAL HEARING ON DEFENDANT'S MOTION TO DISMISS**

Having considered Defendant's Motion for Oral Hearing and the briefing related to it, the Court finds the motion should be DENIED.

_____
DISTRICT JUDGE

1