IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC d/b/a** | § | |
| **BRAZOS LICENSING AND** | § | |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-CV-00571-ADA** |
| | § | **CIVIL ACTION 6:20-CV-00572-ADA** |
| Plaintiff, | § | **CIVIL ACTION 6:20-CV-00573-ADA** |
| | § | **CIVIL ACTION 6:20-CV-00575-ADA** |
| | § | **CIVIL ACTION 6:20-CV-00576-ADA** |
| v. | § | **CIVIL ACTION 6:20-CV-00579-ADA** |
| | § | **CIVIL ACTION 6:20-CV-00580-ADA** |
| | § | **CIVIL ACTION 6:20-CV-00583-ADA** |
| | § | **CIVIL ACTION 6:20-CV-00584-ADA** |
| **GOOGLE LLC,** | § | **CIVIL ACTION 6:20-CV-00585-ADA** |
| | § | |
| Defendant. | § | |

**ORDER GRANTING OPPOSED MOTION TO MODIFY THE PROTECTIVE ORDER**

Having considered Plaintiff WSOU Investments, LLC's Opposed Motion to Modify the Protective Order, the Court finds the motion should be GRANTED. The Court will modify the Protective Oder as follows:

1. Section 13 will be modified to strike the following language:

"Without limitation, this prohibition extends to Protected Material (including copies) in physical and electronic form. The viewing of Protected Material through electronic means outside the territorial limits of the United States of America is similarly prohibited. Notwithstanding this prohibition, Protected Material, exclusive of material designated RESTRICTED CONFIDENTIAL - SOURCE CODE, and to the extent otherwise permitted by law, may be taken outside the territorial limits of the United States if it is reasonably necessary for a deposition taken in a foreign country. The restrictions contained within this paragraph may be amended through the consent of the Producing Party to the extent that such agreed to procedures conform with applicable export control laws and regulation."

2. Section 10(a) will be modified to state, in relevant part: "Additionally, except as provided in paragraph 10(o) below, the stand-alone computers may only be located [in Austin, Texas] at

-2-

## TABLE OF CONTENTS
(continued)

**Page**

the offices of the Producing Party's outside counsel [or a location in Austin selected by such outside counsel.]"

3. Section 10(o) will be modified to state, in relevant part:

A Producing Party's Source Code Material may only be transported by the Receiving Party at the direction of a person authorized under paragraph 10(f) above to another person authorized under paragraph 10(f) above, and on paper via hand carry (including via a hand carry courier service), [Federal Express, or other similarly reliable courier].

It is SO ORDERED.

Date:

_____
Presiding Judge