AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

WSOU Investments LLC

*Plaintiff*

v.

Google LLC

*Defendant*

Case No. 6:20-cv-00580-ADA

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU Investments LLC d/b/a Brazos Licensing and Development.

Date: February 10, 2022

/s/ Joseph M. Abraham

*Attorney's signature*

Joseph M. Abraham, Bar No. 24088879

*Printed name and bar number*

113492 Research Blvd., Suite 120, No. 177
Austin, TX 78750

*Address*

Joseph.abraham@foliolaw.com

*E-mail address*

(737) 234-0201

*Telephone number*

*FAX number*

Print    Save As...    Reset