AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| WSOU Investments LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:20-cv-00580-ADA |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU Investments LLC d/b/a Brazos Licensing and Development.

Date: February 10, 2022

/s/ Timothy Dewberry
*Attorney's signature*

Timothy Dewberry, Bar No. 24090074
*Printed name and bar number*

113492 Research Blvd., Suite 120, No. 177
Austin, TX 78750

*Address*

Timothy.dewberry@foliolaw.com
*E-mail address*

(737) 234-0201
*Telephone number*

*FAX number*

Print   Save As...   Reset