UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU Investments LLC d/b/a Brazos Licensing and Development
vs.

Google LLC

Case No.: 6:20-cv-580-ADA

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Gregory Phillip Love, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent WSOU Investments LLC d/b/a Brazos Licensing and Development in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Steckler Wayne Cherry & Love PLLC with offices at:

   Mailing address: P. O. Box 948

   City, State, Zip Code: Henderson, Texas 75653-0948

   Telephone: 903 212-4444    Facsimile: 903 392-2267

2. Since November 3, 1999, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is 24013060.

3. Applicant has been admitted to practice before the following courts:

   Court:                          Admission date:

   See Attachment 1

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Mark D. Siegmund

Mailing address: 8416 Old McGregor Road

City, State, Zip Code: Waco, TX 76712

Telephone: 254-641-3690

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Gregory Phillip Love to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Gregory Phillip Love
[printed name of Applicant]

*/s/ Gregory Phillip Love*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 10th day of February, 2022.

Gregory Phillip Love
[printed name of Applicant]

*/s/ Gregory Phillip Love*
[signature of Applicant]

## Attachment 1

Court Admissions

| Court | Date of Admission | Bar Number |
|---|---|---|
| Supreme Court of Texas | 1999 | 24013060 |
| U. S. District Court – Texas Eastern | 1999 | |
| U. S. Supreme Court | 2004 | |
| U. S. District Court – Texas Northern | 2008 | |
| U. S. District Court – Tennessee Western | 2008 | |
| U. S. Court of Appeals – Fifth Circuit | 2009 | |
| U. S. District Court – Oklahoma Western | 2010 | |
| U. S. District Court - Arkansas Eastern & Western | 2010 | |
| U.S. District Court – Texas Southern | 2011 | 1162836 |
| U. S. Court of Appeals – Federal Circuit | 2013 | |
| U. S. District Court – Eastern District of Michigan | 2013 | |