UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU Investments LLC d/b/a Brazos
Licensing and Development
vs.                                    Case No.: 6:20-cv-580-ADA

Google LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Gregory Phillip Love, counsel for WSOU Investments LLC d/b/a Brazos Licensing and Development, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Gregory Phillip Love may appear on behalf of WSOU Investments LLC d/b/a Brazos Licensing and Development in the above case.

IT IS FURTHER ORDERED that Gregory Phillip Love, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE