IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT | § § § § | CIVIL ACTION NO. 6:20-cv-580[ADA] |
| v. | § § | CIVIL ACTION NO. 6:20-cv-585[ADA] |
| GOOGLE LLC | § § | |

## ORDER DENYING WSOU'S MOTION TO EXTEND PRETRIAL DEADLINES

Before the Court is WSOU's Motion to Extend Pretrial Deadlines. After consideration of said motion briefing, the Court finds that said motion should be DENIED.

IT IS THEREFORE ORDERED that WSOU's Motion to Extend Pretrial Deadlines is hereby DENIED.

**SIGNED** on this _____ day of _____, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE