UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

WACO DIVISION

WSOU Investments, LLC d/b/a Brazos Licensing and Development

vs.

Google LLC

Case No.: 6:20-cv-580

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Alexandra Fellowes, counsel for WSOU Investments, LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Alexandra Fellowes may appear on behalf of WSOU Investments, LLC in the above case.

IT IS FURTHER ORDERED that Alexandra Fellowes, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of February, 20_____.

UNITED STATES DISTRICT JUDGE

Reset all fields    Print Form