# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,** | § § § § | Civil Case No. 6:20-cv-00572-ADA |
| | | Civil Case No. 6:20-cv-00575-ADA |
| *Plaintiff,* | § § | Civil Case No. 6:20-cv-00579-ADA |
| v. | § § | Civil Case No. 6:20-cv-00580-ADA |
| **GOOGLE LLC,** | § § | Civil Case No. 6:20-cv-00584-ADA |
| *Defendant.* | § § § | Civil Case No. 6:20-cv-00585-ADA |

## ORDER GRANTING MOTION TO WITHDRAW

The Motion to Withdraw E. Leon Carter, J. Robert Arnett II, Scott W. Breedlove, Linda R. Stahl, Joshua J. Bennett, Bradley D. Liddle, Seth A. Linder, Theresa M. Dawson, Michael C. Pomeroy, and Nathan Cox is GRANTED. The clerk is requested to remove such attorneys from all service lists including the CM/ECF system.

DATE:_____

_____
Alan D. Albright
UNITED STATES DISTRICT JUDGE