IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 6:20-cv-572-ADA<br>Case No. 6:20-cv-575-ADA<br>Case No. 6:20-cv-579-ADA<br>Case No. 6:20-cv-580-ADA<br>Case No. 6:20-cv-584-ADA<br>Case No. 6:20-cv-585-ADA<br><br><br>JURY TRIAL DEMANDED |

**ORDER CONCERNING CARTER ARNETT PLLC'S MOTION TO WITHDRAW DUE TO A NON-WAIVABLE CONFLICT OF INTEREST**

On this day, came on to be considered Carter Arnett PLLC's Motion to Withdraw Due to a Non-Waivable Conflict of Interest. After considering said motion, the Court is of the opinion that said motion should be _____. Additionally. The Court orders:

1. That the Plaintiff will determine which of the five remaining cases it will continue to prosecute by _____;

2. That plaintiff's new lead counsel meet and confer with Google's counsel concerning a revised schedule for any remaining cases; and

3. That the parties submit a revised agreed schedule for any remaining cases or, in the alternative, if there are disputes over such schedule, the Court set a status conference in this matter to resolve such disputes on or before _____.

SIGNED this _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT