IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a § <br> BRAZOS LICENSING AND § <br> DEVELOPMENT § <br> § <br> v. § <br> § <br> GOOGLE LLC § | CIVIL ACTION NO. 6:20-cv-572, <br> 580, 584, and 585 [ADA] |

## NOTICE OF APPEARANCE FOR DEFENDANT

Defendant Google LLC files this Notice of Appearance of Counsel and hereby notifies the Court that Shaun W. Hassett of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  April 11, 2022

Respectfully submitted,

By: */s/ Shaun W. Hassett*
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendant**