# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.,<br><br>Defendants. | Case Numbers:<br>6:20-cv-00473-ADA<br>6:20-cv-00475-ADA<br>6:20-cv-00476-ADA<br>6:20-cv-00477-ADA<br>6:20-cv-00480-ADA<br>6:20-cv-00481-ADA<br>6:20-cv-00482-ADA<br>6:20-cv-00485-ADA<br>6:20-cv-00486-ADA |
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>ZTE CORPORATION,<br><br>Defendant. | Case Numbers:<br>6:20-cv-00487-ADA<br>6:20-cv-00488-ADA<br>6:20-cv-00489-ADA<br>6:20-cv-00490-ADA<br>6:20-cv-00491-ADA<br>6:20-cv-00492-ADA<br>6:20-cv-00493-ADA<br>6:20-cv-00494-ADA<br>6:20-cv-00495-ADA<br>6:20-cv-00496-ADA<br>6:20-cv-00497-ADA |
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case Numbers:<br>6:20-cv-00572-ADA<br>6:20-cv-00579-ADA<br>6:20-cv-00580-ADA<br>6:20-cv-00584-ADA<br>6:20-cv-00585-ADA |
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Case Numbers:<br>6:20-cv-00730-ADA |

2

| | |
|---|---|
| GOOGLE, LLC,<br><br>        Petitioner,<br><br>   v.<br><br>TERRIER SSC, LLC,<br><br>        Respondent. | Case Number:<br>6:21-mc-01269-ADA |
| GOOGLE, LLC,<br><br>        Petitioner,<br><br>   v.<br><br>BP FUNDING TRUST,<br><br>        Respondent. | Case Number:<br>6:21-mc-01270-ADA |
| GOOGLE, LLC,<br><br>        Petitioner,<br><br>   v.<br><br>AQUA LICENSING, LLC,<br><br>        Respondent. | Case Number:<br>6:21-mc-01309-ADA |

**ORDER DENYING GOOGLE MOTIONS**

## **ORDER**

On March 4, 2022, this Court consolidated certain cases for the limited purpose of addressing certain non-party discovery issues (the "Consolidation Order"). The Consolidation Order set a hearing for March 21, 2022, on four "Google Motions" related to the same non-parties: three motions to compel filed by Google in the District of Delaware, that were transferred to this Court and assigned the following case numbers, 6:21-mc-1269 [*Google v. Terrier SSC, LLC*], 6:21-mc-1270 [*Google v. BP Funding Trust*], and 6:21-mc-1309 [*Google v. Aqua Licensing, LLC*], and a motion for a protective order related to the same non-parties filed by WSOU Investments, LLC in the Google cases (*e.g.*, 20-cv-571 at ECF No. 61). Consolidation Order at p. 8 (defining "Google Motions" and setting hearing). The Consolidation Order stated that:

> "All parties subject to these consolidated proceedings are invited to participate in the hearing on the Google Motions and will be bound by what the Court decides. Any defendant other than Google that wishes to be heard at the hearing on the Google Motions, such as to support Google's position or argue that its own subpoenas to the Requesting Non-Parties should be treated differently, is invited to file a single brief of five pages or less by Monday, March 14, 2022. WSOU and the Requesting Non- Parties may then each file a single brief, of five pages or less, responding to the other defendants' briefs by Friday, March 18, 2022." Consolidation Order at pp. 8-9.

On March 14, 2022, Dell (20-cv-473 at ECF 164) and HPE (20-cv-730 at ECF No. 91) filed briefs in support of Google. On March 18, 2022, WSOU (20-cv-473 at ECF No. 165) and the Non-Parties (e.g., 20-cv-473 at ECF No. 166) filed their responses.

As the motion to compel Aqua Licensing, LLC (6:21-mc-1309) was stayed by agreement of the parties while the motion was pending in Delaware Aqua has since produced documents, and the parties are in the process of scheduling the consolidated deposition of Aqua, the motion filed as to Aqua should be dismissed.

After due consideration of the parties' briefs and arguments at the March 21, 2022 hearing, the Court denied the motions brought by Google in *Google LLC v. Terrier SSC, LLC,* 6:21-mc-1269, and *Google LLC v. BP Funding Trust*, 6:21-mc-1270, on record at the hearing, and dismissed

WSOU's motion for protective order as moot. The motion filed by Google in *Google v. Aqua Licensing, LLC,* 6:21-mc-1309 is also dismissed.

    IT IS SO ORDERED.

SIGNED this 25th day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE