IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT § § § § | |
| v. § | CASE NO. 6:20-cv-580 [ADA] |
| GOOGLE LLC § § | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY PATRICK CLUTTER

Defendant Google LLC ("Defendant") hereby moves for Patrick Clutter, formerly of Potter Minton, PC, to be permitted to withdraw as counsel for Defendant in this case. The withdrawal of Patrick Clutter will not delay this proceeding and will not prejudice any party. No other changes are required regarding other attorneys at the Law Firms of Warren Lex LLP, Jones Day and Potter Minton, PC, and they shall continue acting as counsel of record for Defendant.

Defendant respectfully requests that the Court grant this Motion and enter an order permitting Patrick Clutter to withdraw from this action as counsel for Defendant. Defendant further requests that the Court and all parties remove Patrick Clutter from all service lists, including ECF service lists, and cease to serve him with orders, motions, discovery, and all other documents subject to service and/or notice in this proceeding.

Dated: April 28, 2022

Respectfully submitted,

/s/ Michael E. Jones
Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0845
mikejones@potterminton.com
shaunhassett@potterminton.com

{A07/07713/0101/W1772497.1 }

        Matthew S. Warren (California Bar No. 230565)
        Jennifer A. Kash (California Bar No. 203679)
        *(pro hac vice)*
        Erika Warren (California Bar No. 295570)
        Francesca Miki Shima Germinario
        (California Bar No. 326208) (pro hac vice)
        **Warren Lex LLP**
        2261 Market Street, No. 606
        San Francisco, California, 94114
        +1 (415) 895-2940
        +1 (415) 895-2964 facsimile

        Tharan Gregory Lanier (*pro hac vice*)
        Jones Day
        1755 Embarcadero Road
        Palo Alto, California, 94303
        +1 (650) 739-3939
        +1 (650) 739-3900 facsimile
        tglanier@jonesday.com

        Attorneys for Defendant
        GOOGLE LLC

## **CERTIFICATE OF CONFERENCE**

    The undersigned hereby certifies that counsel for Defendant conferred with counsel for Plaintiff regarding the Unopposed Motion to Withdraw Patrick Clutter and Plaintiff's counsel consented to the requested relief.

                */s/ Michael E. Jones*
                Michael E. Jones