# EXHIBIT 8

RE: WSOU v. Google | Civil Action Nos. 6:20-cv-00572 et seq.

Jim Etheridge <jim@etheridgelaw.com>

Fri 5/21/2021 7:14 PM

To: Laud, Sanjiv P. <slaud@jonesday.com>; **IPTeam <IPTeam@etheridgelaw.com>**; mark waltfairpllc.com <mark@waltfairpllc.com>

Cc: WSOU-Google <WSOU-Google@jonesday.com>; wsougoogle@potterminton.com <wsougoogle@potterminton.com>; caribou@matters.warrenlex.com <caribou@matters.warrenlex.com>; 20-571@cases.warrenlex.com <20-571@cases.warrenlex.com>; 20-580@cases.warrenlex.com <20-580@cases.warrenlex.com>; 20-583@cases.warrenlex.com <20-583@cases.warrenlex.com>; 20-585@cases.warrenlex.com <20-585@cases.warrenlex.com>; Jones (External), Mike <mikejones@potterminton.com>; Clutter (External), Patrick <patrickclutter@potterminton.com>; Jim Etheridge <jim@etheridgelaw.com>

Sanjiv,

Please provide a copy of "Google's proposed terms."

Jim

---

**From:** Laud, Sanjiv P. <slaud@jonesday.com>
**Sent:** Friday, May 21, 2021 5:01 PM
**To:** IPTeam <IPTeam@etheridgelaw.com>; mark waltfairpllc.com <mark@waltfairpllc.com>
**Cc:** WSOU-Google <WSOU-Google@jonesday.com>; wsougoogle@potterminton.com; caribou@matters.warrenlex.com; 20-571@cases.warrenlex.com; 20-580@cases.warrenlex.com; 20-583@cases.warrenlex.com; 20-585@cases.warrenlex.com; Jones (External), Mike <mikejones@potterminton.com>; Clutter (External), Patrick <patrickclutter@potterminton.com>
**Subject:** WSOU v. Google | Civil Action Nos. 6:20-cv-00572 et seq.

Counsel,

Google has made source code available for inspection, including code related to the accused functionalities and the prior art Google systems, at the offices of Jones Day, 2727 N. Harwood St., Dallas, TX 75201.  While the parties continue to negotiate the final terms of the protective order, the code will be made available subject to Google's proposed terms.

Regards,
Sanjiv Laud

Sanjiv P. Laud (bio)
Associate
**JONES DAY® - One Firm Worldwide℠**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Office +1.612.217.8879

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***