# EXHIBIT 28

Home > Tech > Google Nest Hub (2nd Gen): Pre-Orders, Release Date & Price

# Google Nest Hub (2nd Gen): Pre-Orders, Release Date & Price

The latest Google Assistant-powered smart display has now been announced. Here's how much the Nest Hub (2nd Gen) costs and when you can buy one.

BY JOHN FINN
PUBLISHED MAR 16, 2021





The Nest Hub (2nd Gen) is the latest smart display to come from **Google** and it is likely to be a popular option considering the price and the many upgrades that are on offer, including the fact that it is the first display of its kind to come with sleep-tracking built in. For those now considering picking the latest Google Assistant display up, here's how much the device costs, the current situation with pre-orders and when the device actually goes on sale.

Smart displays have become a new and interesting device category. Smaller than TVs and less portable than tablets, but larger than smartphones, they offer a quick and easy way to add a screen to an additional room in the home. Not to mention, the added virtual assistant support -- whether it be Google Assistant or Amazon's Alexa -- provides users with an option to control many of the other smart devices connected to the same Wi-Fi network.

SCREENRANT VIDEO OF THE DAY



Close ⓧ

> **RELATED:**
>
> **Google Nest Hub 2nd Gen Is The First Sleep-Tracking Smart Display**

In terms of the price, Google's Nest Hub (2nd Gen) costs $99.99 in the United States. Besides the U.S., Google has also only confirmed availability in Australia, Canada, France, Germany, and the UK. Once the device goes on general sale, buyers in the United States will be able to pick up a second-generation Nest Hub smart display either directly from the Google Store or through the usual major retailers, including Best Buy.

## Second-Generation Nest Hub Pre-Orders & Release Date



Close ⊗



For anyone looking to secure a smart display purchase as soon as possible, pre-orders are already open through the Google Store and Best Buy. Whether ordering directly through Google or through the third-party retailer, the Nest Hub (2nd Gen) is available in either Chalk, Charcoal, Mist or Sand, with no difference in price between the four color options. Google did not officially state a release date in the announcement, but both the Google Store and Best Buy point to Tuesday, March 30 as when the new Assistant-powered Nest Hub smart display goes on general sale. At the moment, Google is showing an estimated delivery date of March 31/April 1 for all colors, while Best Buy is listing the expected delivery date as March 30.

Close ⊗

It is worth keep
first-party hard

second-generation Nest Hub color might increase or decrease the delivery wait. Furthermore, the gap between the different delivery estimations could continue to increase up until the March 30. Therefore, anyone looking to secure a Google Nest Hub (2nd Gen) in their preferred color may want to place a pre-order sooner rather than later to avoid any issues or delivery delays.

## NEXT:

## Is Pixel 5 Or Galaxy S21 Best For Capturing Video?

Close ⓧ

Source: **Google Store**, **Best Buy**



### Related Topics

TECH    GOOGLE

### About The Author



**John Finn**

(841 Articles Published)

John Finn is a technology editor and writer for Screen Rant. John has been covering technology since 2014 and focuses on where tech meets the movie and TV industry. A Psychology graduate from England who now lives in the US, John previously worked in the aviation industry as an airline reviewer. You…

More From John Finn →

Close