# EXHIBIT 30

