# EXHIBIT 35

# JONES DAY

90 SOUTH SEVENTH STREET • SUITE 4950 • MINNEAPOLIS, MINNESOTA 55402

TELEPHONE: +1.612.217.8800 • FACSIMILE: +1.844.345.3178

Direct Number: (612) 217-8879
slaud@jonesday.com

December 15, 2021

Jim Etheridge, Esq.
Etheridge Law Group, PLLC
2600 Southlake Blvd.
Suite 120-324
Southlake, TX 76092
Via Email to: IPTeam@etheridgelaw.com

      Re:    *WSOU v. Google*, Civil Action No. 6:20-cv-00584 (W.D. Tex.)

Dear Jim:

Pursuant to the parties' meet and confer on December 10th and as set forth in Google's responses to Interrogatory Nos. 1 and 13, the Pixel 4 and 4XL are the only '"mobile communication devices" that include Soli.

                       Very truly yours,

                       Sanjiv Laud

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON