# EXHIBIT 38

The Wayback Machine - https://web.archive.org/web/20220302225919/https://atap.google.com/s…

 Soli 

# You are the only interface you need.





# Meet Soli.
Soli is a miniature radar that understands human motions at various scales: from your heartbeat to the movements of your body.

# Products & experiences.





View all

# Our latest experiments.



February, 2022

## Nonverbal Interactions with Soli.





January, 2022

## Ripple: Open Radar API Standard





December, 2020

## Alfonso Peduto uses gestures to control music.

View all

# One powerful chip.

One powerful chip.



**General-purpose.**
Soli senses materials, surfaces, motion, and more.

**Low power.**
Soli's low power consumption allows for always-on sensing.

**Invisible.**
Soli can be invisibly placed inside device enclosures; it propagates through materials.

**Private.**
Soli is not a camera and doesn't capture any visual images.

## How Soli works.



Interaction

Interaction that feels human.



Technology

From idea to product.




See more

See more

# Stay in the know.
Get the latest updates and news on Project Soli.

Email address

☐ I accept the Terms and Conditions and acknowledge that my information will be used in accordance with Google's Privacy Policy.

Sign up

1 Pixel 4's Soli implementation does not include all capabilities and interactions described here.

2 Soli functionality is only available on Pixel 4 and only in the US, Canada, Singapore, Australia, Taiwan, Japan and most European countries. For more information see g.co/pixel/motionsense.

3 Soli Sandbox is only available on Pixel 4 and only in the United States, Canada, Germany, Spain, Italy, Netherlands, United Kingdom, Ireland, Denmark, France, Taiwan, Japan, and Singapore. For more information see g.co/pixel/motionsense. ©2019 Pokémon. TM, ® Nintendo.

4 Google Nest Hub requires a Wi-Fi network, a nearby electrical outlet, and a compatible (Android, iOS) mobile device. Minimum OS requirements are available at g.co/home/reg. iOS is a trademark of Cisco and is used under license.

5 Sleep Sensing requires a subscription service. Learn more at g.co/sleepsensing/preview. Sleep Sensing features are subject to your preferences and settings. They use motion, sound, and other sensor data to work and require placing the device close to the bed at an appropriate distance for your sleeping position. Google Assistant, Google Fit app and other Google apps may be required for full functionality. Google Assistant requires a Google Account.

6 Device placement and nearby people, pets, or noises can cause inaccurate readings.

7 Sleep Sensing feature is not intended to diagnose, cure, mitigate, prevent or treat any disease or condition. Consult your healthcare professional for questions about your health.

About Google    Privacy    Terms

Twitter
Instagram
Youtube
Google

YouTube