# EXHIBIT 43

# Joseph Abraham

| | |
|---|---|
| **From:** | Jennifer Babcock |
| **Sent:** | Thursday, April 21, 2022 5:55 PM |
| **To:** | Joseph Abraham; Garcia, Edwin O.; Matt Warren; Andre Gougisha; WSOU Google WDTX; Greg Love; Mark Siegmund; Melissa Ruiz; Chris Zhen |
| **Cc:** | WSOU-Google; wsougoogle@potterminton.com; 20-585@cases.warrenlex.com |
| **Subject:** | RE: WSOU v. Google - Brazos's Amended Final Infringement Contentions (20-cv-585) |
| **Attachments:** | 2022-04-21 Redline_Amended FICs (585).pdf |

Counsel,

In light of the record materials available to new counsel, we have manually prepared the attached redline indicating additions via yellow highlights on newly added text, as well as in the left margin parallel to newly added images.

Best,
Jennifer



**From:** Joseph Abraham <Joseph.abraham@foliolaw.com>
**Sent:** Thursday, April 21, 2022 2:04 PM
**To:** Garcia, Edwin O. <edwingarcia@jonesday.com>; Matt Warren <matt@warrenlex.com>; Andre Gougisha <andre.gougisha@foliolaw.com>; WSOU Google WDTX <wsou-google-wdtx@foliolaw.com>; Greg Love <Greg@swclaw.com>; Mark Siegmund <mark@swclaw.com>; Melissa Ruiz <Melissa@swclaw.com>; Chris Zhen <Chris@swclaw.com>
**Cc:** WSOU-Google <WSOU-Google@jonesday.com>; wsougoogle@potterminton.com; 20-585@cases.warrenlex.com
**Subject:** RE: WSOU v. Google - Brazos's Amended Final Infringement Contentions (20-cv-585)

We confirm the only confidential information is Google's, and we will be sending a redline later today.

**From:** Garcia, Edwin O. <edwingarcia@jonesday.com>
**Sent:** Thursday, April 21, 2022 1:33 PM
**To:** Joseph Abraham <Joseph.abraham@foliolaw.com>; Matt Warren <matt@warrenlex.com>; Andre Gougisha <andre.gougisha@foliolaw.com>; WSOU Google WDTX <wsou-google-wdtx@foliolaw.com>; Greg Love <Greg@swclaw.com>; Mark Siegmund <mark@swclaw.com>; Melissa Ruiz <Melissa@swclaw.com>; Chris Zhen <Chris@swclaw.com>
**Cc:** WSOU-Google <WSOU-Google@jonesday.com>; wsougoogle@potterminton.com; 20-585@cases.warrenlex.com
**Subject:** RE: WSOU v. Google - Brazos's Amended Final Infringement Contentions (20-cv-585)

[EXTERNAL] This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you, Joseph. Can you also please confirm (a) if you are still going to send a redline version, and (b) that the only confidential information is Google's?

Edwin O. Garcia
Associate
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Office +1.202.879.3695
(Admitted in Texas; not admitted in District of Columbia; practice limited to cases in federal court and agencies)

---

**From:** Joseph Abraham <Joseph.abraham@foliolaw.com>
**Sent:** Thursday, April 21, 2022 11:53 AM
**To:** Matt Warren <matt@warrenlex.com>; Andre Gougisha <andre.gougisha@foliolaw.com>; WSOU Google WDTX <wsou-google-wdtx@foliolaw.com>; Greg Love <Greg@swclaw.com>; Mark Siegmund <mark@swclaw.com>; Melissa Ruiz <Melissa@swclaw.com>; Chris Zhen <Chris@swclaw.com>
**Cc:** WSOU-Google <WSOU-Google@jonesday.com>; wsougoogle@potterminton.com; 20-585@cases.warrenlex.com
**Subject:** RE: WSOU v. Google - Brazos's Amended Final Infringement Contentions (20-cv-585)

** External mail **

Apologies for confusion; this link should work: Download Link

---

**From:** Matt Warren <matt@warrenlex.com>
**Sent:** Thursday, April 21, 2022 10:46 AM
**To:** Andre Gougisha <andre.gougisha@foliolaw.com>; WSOU Google WDTX <wsou-google-wdtx@foliolaw.com>; Greg Love <Greg@swclaw.com>; Mark Siegmund <mark@swclaw.com>; Melissa Ruiz <Melissa@swclaw.com>; Chris Zhen <Chris@swclaw.com>
**Cc:** WSOU-Google@jonesday.com; wsougoogle@potterminton.com; 20-585@cases.warrenlex.com
**Subject:** Re: WSOU v. Google - Brazos's Amended Final Infringement Contentions (20-cv-585)

[EXTERNAL] This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

WSOU counsel:  When can we expect to receive access to these documents?  Thanks.

--
Matt Warren     matt@warrenlex.com     +1 (415) 895-2928

On Wed, Apr 20, 2022 at 6:40 PM Matt Warren <matt@warrenlex.com> wrote:
> Andre—see below:

2



Please advise.  Thanks.

--
Matt Warren     matt@warrenlex.com     +1 (415) 895-2928

On Wed, Apr 20, 2022 at 5:56 PM Andre Gougisha <andre.gougisha@foliolaw.com> wrote:

> Counsel:
>
> Brazos's Amended Final Infringement Contentions in Case No. 20-cv-585, including supporting appendices containing confidential source code material, are available for download at this link: Download Link.
>
> Due to document-conversion difficulties we are slightly delayed in preparing a redline version of the contention charts. We hope to finalize and serve that tomorrow.

3

Please advise if you encounter any technical difficulties.

Regards,

Andre



NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***