# EXHIBIT 47

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | Case No. 6:20-cv-00572-ADA |
| Plaintiff, | Case No. 6:20-cv-00580-ADA |
| v. | Case No. 6:20-cv-00584-ADA |
| GOOGLE, LLC | Case No. 6:20-cv-00585-ADA |
| Defendant | |

### [PROPOSED] AGREED AMENDED SCHEDULING ORDER

The Court ORDERS that the following schedule will govern deadlines up to and including the trial of these matters.

| Event | Date (Brazos's Trial Date) | Date (Google's Trial Date) |
|---|---|---|
| Serve Amended Infringement Contentions. Plaintiff's amendments to its contentions shall be limited to matters relating to:<br><br>1. Adding infringing products that should have previously been disclosed by Defendant.<br>2. Identifying specific products that utilize previously accused infringing functionalities.<br>3. Accounting for confidential discovery not available to Plaintiff as of the prior May 21, 2021, deadline for Final Infringement Contentions.<br><br>Defendant reserves all rights to amend its invalidity contentions in response to information newly raised in Plaintiff's amended infringement contentions. | April 20, 2022 | April 20, 2022 |
| Serve Amended Invalidity Contentions | July 22, 2022 | August 15, 2022 |

1

| Event | Date (Brazos's Trial Date) | Date (Google's Trial Date) |
|---|---|---|
| [Proposed] Supplemental *Markman* Hearing (subject to the Court's convenience). | August 31, 2022 | November 1, 2022 |
| Close of Fact Discovery. | September 2, 2022 | December 21, 2022 |
| Opening Expert Reports. | September 9, 2022 | January 4, 2022 |
| Rebuttal Expert Reports. | October 7, 2021 | February 1, 2022 |
| Close of Expert Discovery. | October 26, 2022 | February 22, 2023 |
| Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | October 31, 2022 | February 23, 2022 |
| Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). | November 4, 2022 | February 24, 2023 |
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | November 8, 2022 | March 3, 2023 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | November 21, 2022 | March 17, 2023 |
| Serve objections to rebuttal disclosures and file motions *in limine*. | December 2, 2022 | March 24, 2023 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations) | December 6, 2022 | March 31, 2023 |
| File oppositions to motions *in limine.* | December 16, 2022 | April 7, 2023 |

| Event | Date (Brazos's Trial Date) | Date (Google's Trial Date) |
|---|---|---|
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. | December 16, 2022 | April 7, 2023 |
| Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | December 19, 2022 | April 10, 2023 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | December 21, 2022 | April 14, 2023 |
| [Proposed] Final Pretrial Conference (subject to the Court's convenience). | January 6, 2023 | May 1, 2023 |
| [Proposed] Jury Selection/Trial (subject to the Court's convenience). | January 23, 2022 | May 22, 2023 |

SIGNED this \_\_\_\_ day of May, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE