# EXHIBIT 6



## WSOU v. Google - Links for Depositions Scheduled on 10/8/2021

**Lanier, Greg** <tglanier@jonesday.com>  Tue, Oct 5, 2021 at 4:51 PM
To: IPTeam <IPTeam@etheridgelaw.com>, "mark@waltfairpllc.com" <mark@waltfairpllc.com>, Jim Etheridge <jim@etheridgelaw.com>, Ryan Loveless <ryan@etheridgelaw.com>
Cc: WSOU Google <WSOU_Google@jonesday.com>, Potter Minton WSOU Team <wsougoogle@potterminton.com>, "20-571@cases.warrenlex.com" <20-571@cases.warrenlex.com>, "20-580@cases.warrenlex.com" <20-580@cases.warrenlex.com>, "20-583@cases.warrenlex.com" <20-583@cases.warrenlex.com>, "20-585@cases.warrenlex.com" <20-585@cases.warrenlex.com>

Jim, Ryan, Mark and WSOU team:

Various of our team have called and written seeking confirmation that WSOU is going forward with depositions on the dates WSOU noticed and/or those confirmed by Google. We have not received a response, even with two depositions scheduled for this Friday. Given that WSOU has refused to communicate on the schedule (and other issues), we write to make clear that the depositions confirmed in our correspondence of September 24 are going forward on the confirmed dates. If WSOU does not show up to take the depositions on the confirmed dates, it waives the right to take them later.

We look forward to seeing you and your team at the depositions.

Greg

Tharan Gregory Lanier
Partner
**JONES DAY® - One Firm Worldwide℠**
1755 Embarcadero Road
Palo Alto, CA  94303
650.739.3939 (main)
650-739-3941 (direct)

[Quoted text hidden]
[Quoted text hidden]