# EXHIBIT 9

**From:** Lanier, Greg
**Sent:** Wednesday, February 9, 2022 4:58 PM
**To:** 'Scott Breedlove' <sbreedlove@carterarnett.com>; Mike Jones <mikejones@potterminton.com>
**Cc:** Leon Carter <lcarter@carterarnett.com>
**Subject:** RE: WSOU Investments LLC v. Google LLC, Nos. 20-572, 20-575, 20-579, 20-580, 20-584, 20-585 (W.D. Texas)

Scott, thank you for the draft stipulations.  We approve and you may file.  Thank you for alerting the court reporter and for handling the filing.

We look forward to hearing from you on the other issues.

Thanks,

Greg

Tharan Gregory Lanier
Partner
**JONES DAY® - One Firm Worldwide℠**
1755 Embarcadero Road
Palo Alto, CA  94303
650-739-3939 (main)
650-739-3941 (direct)

---

**From:** Scott Breedlove <sbreedlove@carterarnett.com>
**Sent:** Wednesday, February 9, 2022 4:20 PM
**To:** Lanier, Greg <tglanier@JonesDay.com>; Mike Jones <mikejones@potterminton.com>
**Cc:** Leon Carter <lcarter@carterarnett.com>
**Subject:** Re: WSOU Investments LLC v. Google LLC, Nos. 20-572, 20-575, 20-579, 20-580, 20-584, 20-585 (W.D. Texas)

**\*\* External mail \*\***

1

Greg, please see attached. Ok for us to file?

We've alerted the court reporter about the deposition cancellations. We'll get back to you about your other thoughts.

Scott

---

**From:** Lanier, Greg <tglanier@JonesDay.com>
**Date:** Wednesday, February 9, 2022 at 4:11 PM
**To:** Scott Breedlove <sbreedlove@carterarnett.com>, Mike Jones <mikejones@potterminton.com>
**Cc:** Leon Carter <lcarter@carterarnett.com>
**Subject:** RE: WSOU Investments LLC v. Google LLC, Nos. 20-572, 20-575, 20-579, 20-580, 20-584, 20-585 (W.D. Texas)

Scott, thanks again for confirming the cases that WSOU intends to dismiss this week. We know you will soon send draft stipulations, but so we don't waste time, we will cancel the deposition of Kirsten Rasmuson scheduled for this Friday in the 584 case and the depositions of Faisel Ahmed and Sal Marri in the 575 case, scheduled for next week.

Perhaps we should talk early next week about how to manage the remaining four cases going forward. With at most four patents remaining, we think the Court would appreciate our proposing one trial rather than two. We would also like to address your "claim narrowing" idea mentioned when we last talked; if you have a concrete proposal to make, please let us know and we'll consider it with our client before we talk.

Greg

Tharan Gregory Lanier
Partner
**JONES DAY® - One Firm Worldwide℠**
1755 Embarcadero Road
Palo Alto, CA  94303
650-739-3939 (main)
650-739-3941 (direct)

---

**From:** Lanier, Greg
**Sent:** Wednesday, February 9, 2022 12:43 PM
**To:** 'Scott Breedlove' <sbreedlove@carterarnett.com>; Mike Jones <mikejones@potterminton.com>
**Cc:** Leon Carter <lcarter@carterarnett.com>
**Subject:** RE: WSOU Investments LLC v. Google LLC, Nos. 20-572, 20-575, 20-579, 20-580, 20-584, 20-585 (W.D. Texas)

Scott, thank you for the response. We will look for the draft stipulations and be ready to respond fairly promptly.

Greg

Tharan Gregory Lanier
Partner
**JONES DAY® - One Firm Worldwide℠**
1755 Embarcadero Road
Palo Alto, CA  94303

2

650-739-3939 (main)
650-739-3941 (direct)

---

**From:** Scott Breedlove <sbreedlove@carterarnett.com>
**Sent:** Wednesday, February 9, 2022 12:37 PM
**To:** Lanier, Greg <tglanier@JonesDay.com>; Mike Jones <mikejones@potterminton.com>
**Cc:** Leon Carter <lcarter@carterarnett.com>
**Subject:** Re: WSOU Investments LLC v. Google LLC, Nos. 20-572, 20-575, 20-579, 20-580, 20-584, 20-585 (W.D. Texas)

** External mail **

The dismissals will include the 584 case, Greg.  The 575 and 584 cases. I expect to run the joint stipulations past you later today.

---

**From:** Lanier, Greg <tglanier@JonesDay.com>
**Date:** Wednesday, February 9, 2022 at 11:44 AM
**To:** Scott Breedlove <sbreedlove@carterarnett.com>, Mike Jones <mikejones@potterminton.com>
**Cc:** Leon Carter <lcarter@carterarnett.com>
**Subject:** RE: WSOU Investments LLC v. Google LLC, Nos. 20-572, 20-575, 20-579, 20-580, 20-584, 20-585 (W.D. Texas)

Scott, thank you for the update.

 Yes, the form of stipulation used for the previous dismissals remains acceptable to Google this week.  There are depositions scheduled (including this week and next), expert reports in process and discovery disputes submitted to the Court, so please let us know as soon as possible which cases will be dismissed (especially if they affect the deposition scheduled this week in the -584 and -585 cases).

I hope you all are recovering from the ice and cold.

Greg

Tharan Gregory Lanier
Partner
**JONES DAY® - One Firm Worldwide℠**
1755 Embarcadero Road
Palo Alto, CA  94303
650-739-3939 (main)
650-739-3941 (direct)

---

**From:** Scott Breedlove <sbreedlove@carterarnett.com>
**Sent:** Wednesday, February 9, 2022 8:00 AM
**To:** Lanier, Greg <tglanier@JonesDay.com>; Mike Jones <mikejones@potterminton.com>
**Cc:** Leon Carter <lcarter@carterarnett.com>
**Subject:** Re: WSOU Investments LLC v. Google LLC, Nos. 20-572, 20-575, 20-579, 20-580, 20-584, 20-585 (W.D. Texas)

** External mail **

Greg,

3

I hope you've been well. I believe Brazos will have other dismissals this week. Does the same dismissal stipulation remain acceptable to Google?

Best regards,
Scott



**Scott Breedlove | Partner**
sbreedlove@carterarnett.com
D: 214.550.8172
F: 214.550.8185
https://link.edgepilot.com/s/66787c12/1eu0XvzCjEqQj4361VnOJw?u=http://www.carterarnett.com/

8150 N. Central Expressway, Suite 500, Dallas, Texas 75206

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you have received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

---

**From:** Lanier, Greg <tglanier@JonesDay.com>
**Date:** Thursday, January 27, 2022 at 12:44 PM
**To:** Scott Breedlove <sbreedlove@carterarnett.com>, Mike Jones <mikejones@potterminton.com>
**Cc:** Leon Carter <lcarter@carterarnett.com>
**Subject:** RE: WSOU Investments LLC v. Google LLC, Nos. 20-572, 20-575, 20-579, 20-580, 20-584, 20-585 (W.D. Texas)

Leon and Scott, thank you for the time on the phone today.  We understand that your firm will be moving forward as lead counsel in the 572, 579 and 585 cases and that other counsel will be taking over the 575, 580 and 584 cases.  Please let us know at your early convenience who that other counsel will be.  We also understand that WSOU proposes that the 572, 579 and 585 cases be the first trial grouping, with the presumptive trial date of July 2022, and the other group (575, 580 and 584) would be presumptively slotted into the second trial grouping (with the September trial date); as discussed, we will consider that with Google and come back to you soon.  Finally, you requested that we postpone two pending depositions in the 575 (Mathai) and 584 (Barbelo) cases so that new counsel could take over; we consent to that and will postpone those depositions, with the note that we do not agree to other changes in the schedule because of the change in counsel.

Thanks,

Greg

Tharan Gregory Lanier
Partner
**JONES DAY® - One Firm Worldwide℠**
1755 Embarcadero Road
Palo Alto, CA  94303
650-739-3939 (main)
650-739-3941 (direct)

---

**From:** Scott Breedlove <sbreedlove@carterarnett.com>
**Sent:** Thursday, January 27, 2022 9:29 AM
**To:** Lanier, Greg <tglanier@JonesDay.com>; Mike Jones <mikejones@potterminton.com>

**Cc:** Leon Carter <lcarter@carterarnett.com>
**Subject:** Re: WSOU Investments LLC v. Google LLC, Nos. 20-572, 20-575, 20-579, 20-580, 20-584, 20-585 (W.D. Texas)

**\*\* External mail \*\***

Thanks for the reminder, Greg. Here's the dial-in I owe you: (267) 930-4000,,,885788161#

Call In Number: (267) 930-4000
Call Code Participant:  885788161#

---

**From:** Lanier, Greg <tglanier@JonesDay.com>
**Date:** Thursday, January 27, 2022 at 11:25 AM
**To:** Scott Breedlove <sbreedlove@carterarnett.com>, Mike Jones <mikejones@potterminton.com>
**Cc:** Leon Carter <lcarter@carterarnett.com>
**Subject:** RE: WSOU Investments LLC v. Google LLC, Nos. 20-572, 20-575, 20-579, 20-580, 20-584, 20-585 (W.D. Texas)

Scott, is there somewhere I can dial you and Leon at noon CT?

Thanks,

Greg

Tharan Gregory Lanier
Partner
**JONES DAY® - One Firm Worldwide℠**
1755 Embarcadero Road
Palo Alto, CA  94303
650-739-3939 (main)
650-739-3941 (direct)

---

**From:** Lanier, Greg <tglanier@JonesDay.com>
**Sent:** Wednesday, January 26, 2022 7:45 PM
**To:** Scott Breedlove <sbreedlove@carterarnett.com>; Mike Jones <mikejones@potterminton.com>
**Cc:** Leon Carter <lcarter@carterarnett.com>
**Subject:** RE: WSOU Investments LLC v. Google LLC, Nos. 20-572, 20-575, 20-579, 20-580, 20-584, 20-585 (W.D. Texas)

NoonCT is fine with me.  Mike is in or headed to trial, so I can catch him up after if he is not available tomorrow.

I am not sure where I will be tomorrow, so please send a dial/in.

Thanks,

Greg

Tharan Gregory Lanier
Jones Day
1755 Embarcadero Rd
Palo Alto, CA 94303
650-739-3939 (main)

650-739-3941 (direct)

---

**From:** Scott Breedlove <sbreedlove@carterarnett.com>
**Date:** Wednesday, Jan 26, 2022, 7:11 PM
**To:** Lanier, Greg <tglanier@JonesDay.com>, Mike Jones <mikejones@potterminton.com>
**Cc:** Leon Carter <lcarter@carterarnett.com>
**Subject:** Re: WSOU Investments LLC v. Google LLC, Nos. 20-572, 20-575, 20-579, 20-580, 20-584, 20-585 (W.D. Texas)

**\*\* External mail \*\***

Could we plan on noon CT? Let me know if we should just call your direct number or circulate a dial-in. I hear Mike may be in trial.

Thanks

---

**From:** Lanier, Greg <tglanier@JonesDay.com>
**Date:** Wednesday, January 26, 2022 at 7:41 PM
**To:** Scott Breedlove <sbreedlove@carterarnett.com>, Mike Jones <mikejones@potterminton.com>
**Cc:** Leon Carter <lcarter@carterarnett.com>
**Subject:** RE: WSOU Investments LLC v. Google LLC, Nos. 20-572, 20-575, 20-579, 20-580, 20-584, 20-585 (W.D. Texas)

I am reasonably around before 3CT.

Greg

Tharan Gregory Lanier
Jones Day
1755 Embarcadero Rd
Palo Alto, CA 94303
650-739-3939 (main)
650-739-3941 (direct)

---

**From:** Scott Breedlove <sbreedlove@carterarnett.com>
**Date:** Wednesday, Jan 26, 2022, 5:18 PM
**To:** Lanier, Greg <tglanier@JonesDay.com>, Mike Jones <mikejones@potterminton.com>
**Cc:** Leon Carter <lcarter@carterarnett.com>
**Subject:** WSOU Investments LLC v. Google LLC, Nos. 20-572, 20-575, 20-579, 20-580, 20-584, 20-585 (W.D. Texas)

**\*\* External mail \*\***

Greg and Mike, what availability do y'all have tomorrow for a phone call? Wanted to discuss issues related to trial groupings and dismissals.

Kind regards,
Scott



**Scott Breedlove | Partner**
sbreedlove@carterarnett.com
D: 214.550.8172
F: 214.550.8185
https://link.edgepilot.com/s/cd3b55ac/J_7r7HvUqkGgPDE6AcPVwg?u=http://www.carterarnett.com/

8150 N. Central Expressway, Suite 500, Dallas, Texas 75206
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you have received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.