# EXHIBIT 22

Google LatLong: Your Timeline: Revisiting the world that you've explored



The official blog for Google Maps

# Your Timeline: Revisiting the world that you've explored
July 21, 2015

Have you ever wanted a way to easily remember all the places you've been -- whether it's a museum you visited during your last vacation or that fun bar you stumbled upon a few months ago? Well, starting today, Google Maps can help. We're gradually rolling out Your Timeline, a useful way to remember and view the places you've been on a given day, month or year. Your Timeline allows you to visualize your real-world routines, easily see the trips you've taken and get a glimpse of the places where you spend your time. And if you use Google Photos, we'll show the photos you took when viewing a specific day, to help resurface your memories.

Google Lat Long: Your Timeline: Revisiting the world that you've explored

https://maps.googleblog.com/2015/07/your-timeline-revisiting-world-that.html



Google Lat Long: Your Timeline: Revisiting the world that you've explored





Your Timeline is private and visible only to you; and you control the locations you choose to keep. This means you can easily delete a day or your full history at any time. You can edit any place that

Google Lat Long: Your Timeline: Revisiting the world that you've explored

appears in Your Timeline, including removing a specific location or giving a frequented spot a private name like -- Mom's House or My Favorite Running Spot. This spot will then appear right in Google Maps when you're logged in.

Available on desktop and Android, you can access Your Timeline if you've opted-in to store your Location History with Google. If you have this setting enabled, you may already be familiar with the useful experiences it can offer across our products, such as providing Now notifications when there are traffic incidents along your commute or reminding you where you parked your car.  With Your Timeline, you have even more ways to view and control your location data. And with last month's launch of My Account, you can easily access and manage your Location History setting and all your Google settings in one place.

We hope you find Your Timeline a valuable and helpful tool as you explore the world around you.

Posted by Gerard Sanz, Product Manager

  

**Labels:** Maps Blog

  

Google · Privacy · Terms