# EXHIBIT 23

Know before you go, with Google

Press corner

RSS feed 

☰ Google  The Keyword

SEARCH

# Know before you go, with Google

Nov 21, 2016  ·  2 min read



**Jamie Aspinall**
Product Manager, Google Maps

'Tis the season for gift-giving, delicious dinners, and spending time with family and friends. That also means it's the season of crowded holiday shopping, travel planning and entertaining the in-laws. Never fear, Google is here to help you navigate some seasonal stress.

First up: crowd control. Since introducing the Popular Times feature in Google Search and Maps last year, you've been able to check how busy a place typically is at different times of the week. Just in time for the Black Friday swarms, we're adding a real-time look at how crowded a place is *right now*, to help you decide where and when to go. Whether you're rushing to pick up a last minute gift or seeking a lively bar for some festive spirit, check Popular Times for a sneak preview of what to expect when you arrive.

Know before you go, with Google

The Keyword

Press corner

RSS feed



Know before you go, with Google

The Keyword

Press corner

RSS feed

Next up: time management. If you're playing host for the day, you can also check and see how long people typically stay at a given location. That way you can plan your itinerary to the minute. After all, you want to be sure you leave enough time to enjoy a cup of hot chocolate at your local sweets shop before heading to your dinner reservations.

Finally: department and service hours. Stores, businesses and restaurants can sometimes have multiple hours for different departments and special services. Now on Google, you have access to these various hours, so you'll know what time to pop by the pharmacy at your local drugstore or supermarket, when food delivery begins at a nearby restaurant (for those not looking to cook!), and what the service hours are at the auto dealership to get your brakes checked before hitting the road to see family.



https://blog.google/products/search/know-you-go-google/

Know before you go, with Google

The Keyword

Press corner

RSS feed



All these tips are just a tap away in Google Search and Maps. So shop, eat and be merry!


POSTED IN:

Search

Maps

https://blog.google/products/search/know-you-go-google/

Know before you go, with Google

The Keyword

Press corner

RSS feed

## Related stories



**MAPS**

Street View turns 15 with a new camera and fresh features

May 24, 2022



**MAPS**

HBD to us! Let's celebrate with Street View adventures

May 24, 2022





https://blog.google/products/search/know-you-go-google/