# EXHIBIT 29

Google The Keyword

GOOGLE NEST

# The new Nest Thermostat: more energy savings for more people

Oct 12, 2020  ·  3 min read

R  **Ruchi Desai**
Senior Product Manager, Google Nest



The Keyword

Nest launched its first smart thermostat almost ten years ago, bringing energy savings to people's homes in a sleek, beautiful design. Today we're continuing that tradition with the Nest Thermostat, an easy to use, energy-saving thermostat that you can control from anywhere with the Google Home app. It can even monitor your heating and cooling system and detect potential issues early, all for just $129.

We built this thermostat because people want to use less energy at home, whether to save money or help the environment. But most people are still using the decades-old thermostat that came with their house. To many, smart thermostats still seem too expensive—something that would be nice to have, but not something for their home. So we set out to change that—here's what you can expect from the new Nest Thermostat.

## More ways to help you save energy

Saving energy is the biggest reason people consider upgrading from a programmable thermostat, and the new Nest Thermostat can help find ways to save that aren't possible with your traditional one.

Quick Schedule (found in the Home app) lets you set a custom temperature at different times and on different days, and it even offers suggested pre-set temperatures that balance comfort and energy saving. You can adjust your settings anytime from the app.

With Savings Finder, Nest Thermostat is constantly looking for small optimizations that will help you save energy in your home. It proactively suggests small tweaks to your schedule that you can accept using the Home app. For example, it might suggest a small change to your sleep temperature to help aid sleep while saving you more on energy.

Finally, the Nest Thermostat can help you avoid heating or cooling an empty house. It uses Soli technology for motion sensing and your phone's location to check if you've left the house and automatically sets itself to an Eco temperature so you don't waste energy when you're not there.

## Easy to install, set-up and use

The Keyword

thermostat with your voice using Google Assistant on your Nest speaker or display, or with Alexa on other smart devices.



Nest Thermostat gets rid of the hard-to-read screen and tiny buttons on traditional thermostats. You can swipe and tap the side of the thermostat to manually adjust the temperature.

## Clean, simple and sustainable design

The Nest Thermostat has a sleek design and comes in a variety of colors to complement any home: Snow, Charcoal, Sand and Fog. And while we know some people will want to do their own touch-up painting when they remove their old thermostat, we're now offering a Nest Thermostat Trim Kit, designed to cover any imperfections on the wall in perfectly matched Nest Thermostat colors.

The Keyword



The Nest Thermostat is also designed with recycled materials, continuing our commitment to sustainability. Its plastic parts contain 49 percent recycled post-consumer plastic, and the Trim Kit is made from 75 percent recycled post-consumer plastic.

## Helpful alerts to keep an eye on your heating and cooling system

Homeowners know how critical heating and cooling systems are, and if they break, they can be expensive to replace. With HVAC monitoring, your Nest Thermostat looks out for potential issues to make sure everything's running smoothly with your HVAC system.

If your Nest Thermostat notices that something's not right, it sends an alert via the Home app or email. From there, you can schedule a visit from a qualified technician through our partner Handy to find someone in your area with preferred pricing, flexible online scheduling and money-back guarantee. This feature will start rolling out to all eligible Nest thermostats in the U.S. and Canada later this month with the ability to book a pro available in most markets.

## Get a Nest Thermostat for less

Like our other thermostats, the Nest Thermostat qualifies for energy efficiency rebates from utility providers across the country, making it possible to get one for even less. You can check for eligible rebates and offers through the Google Store in the rebate checker. And depending on your utility, you may be able to purchase a Nest Thermostat with the rebate applied at checkout on Google store or on your utility marketplace.

## Where and when

You can pre-order the Nest Thermostat starting today, and it will be available in the coming weeks for $129.99 in the U.S. and $179.99 in Canada on the Google Store and

The Keyword

**POSTED IN:**

Google Nest

Sustainability

## Related stories



**LIFE AT GOOGLE**

Bay View is open — the first campus built by Google

May 17, 2022



**GOOGLE NEST**

Make connections th Matter in Google Ho

May 11, 2022

OK