# EXHIBIT 32

Check out the Oppo Ambassador Program Highlights and WIN!



NEWS     FORUMS     DEVICES     TOPICS     BEST POSTS

\# Windows 11   \# Galaxy Fold 3   \# Galaxy Z Flip 3   \# Android 13   \# Galaxy S22 Plus   \# OnePlus 10 Pro   \# Pixel 6 Pro



March 16, 2021 1:13pm     Comment     Brandon Russell

# Google's new Nest Hub features sleep tracking and Soli motion gestures

G oogle has introduced a new Nest Hub — the smart display that can control your entire home — and this time it features one notable improvement: sleep tracking. The saying "snooze, you lose," but with the Nest Hub (2021) Google is putting the "sleep" in sleep tracking with Soli technology.

The new Nest Hub features a refined design, faster processing, and improved sound quality based on the same audio technology as Nest Audio and



Close ⊗

Skip Ad





Introducing the second-gen Nest Hub from Google

With a new Sleep Sensing feature powered by Google's Soli radar technology, the Nest Hub can analyze how a person closest to the device is sleeping based on their movement and breathing. The device will also know when you experience disturbances like coughing and snoring, and it can also track how light and temperature changes affect your sleep. Quick Gestures is also back on the Nest Hub, so you can play or pause content at any time by tapping the air in front of the display. (Kids can also do this to snooze alarms.)

Sleep Sensing will provide you with a daily summary of your sleep, and over time, the device understands your schedule, provides personalized suggestions



Close
Skip Ad

"Compiled after several nights of analysis, these suggestions point out notable aspects of your sleep, educate you on why they're important and provide suggestions to improve," Google said.



Like the last Nest Hub, the new model doesn't come with a camera, and the Sleep Sensing feature is opt-in. Google said there's also a visual indicator on the display every time Sleep Sensing is collecting information. Because there's no camera, the technology that senses movement cannot detect specific bodies and faces. Google said audio data like coughing and snoring are processed on the device, so they're never sent to the company.

The new Nest Hub has also received some visual upgra around the screen so it sits flush with the frame, and t sand, and mist. The LCD is still 7 inches with a resolutio smart display comes equipped with a third microphon



Soli originally debuted in the Pixel 4 but was quickly abandoned in the Pixel 5. The technology was then cleverly implemented into the Nest Thermostat and is now a critical part of the new Nest Hub. Google clearly believes the motion-sensing technology makes the most sense in smart home devices.

The new Nest Hub retails for $99 and ships on March 30. You can preorder it now in the U.S., Canada, U.K., Germany, France, and Australia.

Tags  Google     Google Nest Hub

XDA » News Brief » Google's new Nest Hub features sleep tracking and Soli motion gestures

## ABOUT AUTHOR



### Brandon Russell

Brandon's love of technology can be traced back to his childhood, when he would obsessively watch Back to the Future. Since then he's followed the industry and its many innovations, from handheld consoles to powerful smartphones. He's still waiting on a hoverboard.

We are reader supported. External links may earn us a commission.



Close ⊗

Skip Ad






0 Comments XDA-Developers Disqus' Privacy Policy 1 Login

Favorite Tweet Share Sort by Best

Start the discussion…

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

Subscribe Add Disqus to your siteAdd DisqusAdd Do Not Sell My Data

# LATEST XDA NEWS

HP Spectre x360 13.5 (2022) vs MacBook Air: What’s the best premium laptop?

May 27, 2022

Samsung’s rugged Galaxy XCover 6 Pro spotted on Go

May 27, 2022

Google reportedly working on built-in snore and coug

**OnePlus Nord 2 gets OxygenOS 12 Open Beta 2 with May 2022 patches, Fortnite crash fix, and more**
🕐 May 27, 2022


**Play Store app listings start showing a new 'Compatibility for your active devices' section**
🕐 May 27, 2022

XDA Developers was founded by developers, for developers. It is now a valua



Are you a developer? | Terms of Service

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**More info**

Contact   Advertise   About   Suggest Content   Security   Privacy Policy

**Useful Links**

Best Android Phones   How to Root   Best Laptops   Tutorials

Copyright © XDA



Close ⓧ

Skip Ad