# EXHIBIT 33

YouTube Official Blog

News & Events | Creator & Artist Stories | Culture & Trends | Inside YouTube

NEWS & EVENTS

# YouTube TV is now live

By Andrew Jeon

Head Engineer For YouTube TV

Apr.05.2017

  

We love TV. We love the shows. live

sports, and can't-miss events that drive our FOMO and need for #spoileralerts. But while what we watch on TV seems to get better every year, the way we watch TV never seems to change. How long do we have to wait until we can watch live TV on the go, on all our devices? When will we have DVRs big enough to handle all the things we want to record? And when will we be able to get the channels we care about, at a price we can afford, without all the commitments, equipment fees, and hassle?

The answer? Today.

Finally, live TV made for us. YouTube TV is here.



Today, we're launching YouTube TV in the nation's largest metro areas—New York, Los Angeles, San Francisco Bay Area, Chicago, and Philadelphia—with more U.S. markets coming soon. A YouTube TV membership is only $35 a month, less than half the average cost of cable. And there are no commitments; you can cancel anytime.

We can't wait for you to experience YouTube TV for yourself, so we're giving you a free one month trial. We'll also give you a complimentary Google Chromecast after your first month's payment, while supplies last.

With a YouTube TV membership, you'll get:

**Live TV streaming from ABC, CBS, FOX, NBC, ESPN, Fox Sports Networks, Comcast SportsNet and dozens more.** YouTube TV gives you the best of live TV, from must-see

shows like "Empire," "The Voice," "The Big Bang Theory" and "Scandal," to the live sports you want from the NBA, MLB, NFL, and NCAA. Based on where you live, you'll get your local broadcast TV stations covering local sports and news. You'll also get dozens of popular cable channels, including FX, USA, Disney Channel, Bravo, MSNBC, Fox News. And you can add Showtime or Fox Soccer Plus for an additional charge. In total, YouTube TV will give you more than 50 networks, listed below.

**A cloud DVR, with no storage limits.** With YouTube TV, your cloud DVR can record as many shows as you want, simultaneously, without ever running out of storage. You can keep each of your recordings for nine months.

**TV when it matters, where it matters.** You can watch YouTube TV on your phone, tablet or computer—and you can easily stream to your TV with a Google Chromecast or Chromecast built-in TV (we'll be supporting even more connected TV devices later this year). And your cloud DVR goes with you, so you can stream your

recordings on any device, whenever you want and wherever you go in the U.S.

**YouTube Red Originals.** With a YouTube TV membership, you can watch all of our [YouTube Red Original](#) series and movies right in the new YouTube TV app.

**Six accounts included.** You can share your YouTube TV membership with your family and roommates, and each account will receive its own unique recommendations and cloud DVR with no storage limits. Your household can watch up to three streams at a time.

**More networks coming soon.** We're excited to announce that AMC, BBC America, IFC, Sundance TV, WE tv, and BBC World News will be included soon at no additional charge. These networks will join Telemundo and others listed below as networks coming to YouTube TV soon after launch. This means you'll be able to watch shows like "The Walking Dead," "Doctor Who," and your favorite telenovelas. And you'll also be able to add Sundance Now or Shudder for an

additional charge.

To get started, check out [tv.youtube.com](tv.youtube.com) today to start your free trial. You can also sign up on the [Google Play Store](Google Play Store) and [Apple App Store](Apple App Store). If you're not in one of the initial launch markets but want to find out when YouTube TV is coming to your area, you can sign up [here](here).

Happy watching!



*While on the go, Andrew Jeon, Head Engineer for YouTube TV, recently*

used YouTube TV to watch UNC take on Gonzaga in the NCAA March Madness championship game, live on CBS.

## Related Topics

YOUTUBE TV

## Related Articles

NEWS & EVENTS

**Updates to YouTube TV: More content**

Apr.10.2019

NEWS & EVENTS

**Lean back and watch YouTube TV**

Oct.30.2017