# EXHIBIT 36

CHROMECAST

# Our best Chromecast yet, now with Google TV

Sep 30, 2020 · 3 min read

G

**Gerardo Capiel**

Director of Product Management, Hardware and Entertainment

Share

0:46

## Meet our new devices

Nest Audio, new Pixels, and Chromecast with Google TV bring together the best of Google to deliver helpful experiences to you.

Learn more

Chromecast changed the way we enjoy our favorite movies, TV shows and YouTube videos by making it easy and inexpensive to bring your online entertainment to your TV—a revolutionary idea in 2013. Today, we have more content choices than ever, sprinkled across an ever-expanding variety of apps...which can make it difficult to find what to watch. This inspired us to rethink what simple and easy content discovery on your TV should look like. So today, we're making our biggest leap yet to help you navigate your entertainment choices with the all-new Chromecast with Google TV.



## Best Chromecast yet

Chromecast with Google TV has your favorite Chromecast features and now comes with the all-new Google TV entertainment experience. Google TV experience brings together movies, shows, live TV and more from across your apps and subscriptions and organizes them just for you. We're also bringing our most requested feature—a remote—to Chromecast.

## A new look, inside and out

The new Chromecast with Google TV comes in a compact and thin

design and is packed with the latest technology to give you the best viewing experience. It neatly plugs into your TV's HDMI port and tucks behind your screen. Power it on and you'll be streaming crystal-clear video in up to 4K HDR at up to 60 frames per second in no time. With Dolby Vision, you'll get extraordinary color, contrast, brightness and detail on your TV. We also support HDMI pass-through of Dolby audio content.

## More power in your hand

The new Chromecast voice remote is comfortable to hold, easy to use and full of new features. It has a dedicated Google Assistant button that can help you find something to watch, answer everyday questions like "how's the weather?" or play YouTube Music all with just your voice. And when it's time to cozy up on the sofa for movie night, you can control your smart home lights to set the mood or check your front door with Nest Camera to keep tabs on your pizza delivery. We also have dedicated buttons for today's

most popular streaming services, YouTube and Netflix, to give you instant access to the content you love. Best of all, you won't have to juggle multiple remotes thanks to our programmable TV controls for power, volume and input.

## TV just for you

In need of some good movie or TV recommendations? Google TV's For You tab gives you personalized watch suggestions from across your subscriptions organized based on what you like to watch—even your guilty pleasure reality dramas. Google TV's Watchlist lets you bookmark movies and shows you want to save for later. You can add to your Watchlist from your phone or laptop, and it will be waiting on your TV when you get home.

Chromecast with Google TV delivers the best cord cutter experience with a YouTube TV membership. You can see your live TV recommendations in the For You tab, alongside other curated content we picked from your streaming services. Switching between live TV and other content

is a breeze too, all you have to do is ask Google Assistant or go directly to the Live tab to see what's on now and the full channel guide. With YouTube TV, you can watch live and on-demand TV from more than 85 top networks, like live sports, news, shows, movies and more. Membership comes with free unlimited cloud DVR storage space to record all your favorites and up to six accounts per household so the whole family can enjoy. And there are no hidden fees or long-term contracts.

Best of all, you'll also have access to more than 6,500 apps and the ability to browse hundreds of thousands of movies and TV shows sorted and optimized for what you like—ask Google Assistant to see results from across your favorite apps, like Disney+, HBO Max, Netflix, Peacock[1], france.tv, Rakuten Viki and YouTube, among others. Plus, Stadia support is coming in the first half of 2021.

Starting today in the U.S. Chromecast with Google TV is available for $49.99 in three fun

colors to match your decor or personality: Snow, Sunrise and Sky. You can also pre-order today in Australia, Canada, France, Germany, Ireland, Italy, Spain and the U.K., where it will be available for purchase on Oct. 15.

[1]Google TV search and discover functionality for Peacock content will be available soon.

Case 6:20-cv-00580-ADA Document 108-19 Filed 06/03/22 Page 9 of 10

MORE FROM THIS COLLECTION

# Our newest lineup of helpful devices

Our newest products bring together the best of Google's hardware, software and AI to deliver helpful experiences built around you.

VIEW ALL 6 ARTICLES

POSTED IN: Chromecast

Google TV

# Related stories



make the most of the
/ app

Kim - Jun 01, 2022





GOOGLE TV

Watch With Me on Google TV
Day's watchlist

By Ashley Lu - May 04, 2022