# EXHIBIT 49

# Joseph Abraham

| | |
|---|---|
| **From:** | Mark Siegmund <mark@swclaw.com> |
| **Sent:** | Wednesday, March 23, 2022 9:05 PM |
| **To:** | Jeffrey Gunnell |
| **Cc:** | Greg Love; Joseph Abraham; Timothy Dewberry; Greg Lanier; Mike Jones |
| **Subject:** | RE: WSOU v. Google - Status Update |

[EXTERNAL] This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Jeffrey,

Pursuant to the Court's request, the parties submit the below status report:

**JOINT STATUS REPORT**

The Court directed the parties to provide a status report on the discovery issues presented to the Court in advance of the discovery hearing conducted on February 17 in advance of a resumed discovery hearing to be held March 29. Subsequent to the February hearing, lead counsel for plaintiff Brazos withdrew, and replacement lead counsel appeared. Brazos then informed defendant Google that Brazos intended to seek leave to amend its final infringement contentions in four of the pending cases. The parties agree that should such amendment of infringement contentions be permitted, it would materially impact (if not moot) the appropriate resolution of the discovery issues as well as impact the appropriate schedule for these cases going forward. Additionally, the parties are discussing the possibility of dismissing one of the five cases currently pending. The parties are meeting and conferring actively on all these issues.

Given the foregoing, the parties jointly and respectfully propose the following:

1. Brazos will promptly provide Google its proposed amended final infringement contentions (expected to occur no later than March 31 for at least three of the four pending cases, and shortly thereafter for the remainder).

2. The parties will then promptly meet and confer concerning:

    a. Any disputes as to the scope of the proposed amendments;

    b. A proposed schedule for any motion for leave to amend final infringement contentions, to the extent the parties are unable to reach agreement; and

    c. A reset case schedule in light of the appearance of replacement lead counsel and Brazos's proposed amended contentions.

3. The parties will file:

    a. Submissions per the Court's standard procedures concerning any disputes identified in connection with the meet-and-confer discussions above; and

    b. An agreed statement with respect to the discovery issues addressed on February 17, including specifically any proposed order(s) and an identification of the issues withdrawn, mooted or otherwise no longer requiring the Court's attention.

4. The discovery hearing set for March 29 is taken off calendar to be rescheduled as needed pending the parties' above-referenced forthcoming joint submission.

Please let us know if the Court needs anything else. The Parties will submit a proposed order on the issues the Court already ruled on and the issues taken under advisement as soon as possible.

Sincerely,
Mark

---

**From:** Jeffrey Gunnell <Jeffrey_Gunnell@txwd.uscourts.gov>
**Sent:** Monday, March 21, 2022 9:12 AM
**To:** Mark Siegmund <mark@swclaw.com>
**Cc:** Greg Love <Greg@swclaw.com>; Joseph Abraham <Joseph.abraham@foliolaw.com>; Timothy Dewberry <timothy.dewberry@foliolaw.com>; Greg Lanier <tglanier@jonesday.com>; Mike Jones <mikejones@potterminton.com>
**Subject:** RE: WSOU v. Google - Status Update

Counsel,

The Court has availability in its schedule on March 29 at 3:00pm. The Court would like to complete the discovery hearing previously held on February 17. The Court previously withheld setting a new discovery hearing date due to the pending Motion to Withdraw submitted by WSOU. If briefing or a resolution is complete before March 29, the Court intends to set a hearing to address the motion (as needed) and resolve the remaining discovery issues.

Furthermore, the Court requests the parties provide a joint discovery order reflecting the parties' understanding of the Court's rulings from the prior hearing on 2/17 for the issues already addressed. Please include summaries for the issues that Judge Albright elected to take under further advisement. The Court will include its rulings once it has a proposed order. Please provide the joint proposed order by end of day **Wednesday, March 23.**

Please reach out with any questions.

Many thanks,

Jeffrey R. Gunnell
Law Clerk to the Honorable Alan D Albright
United States District Court, Western District of Texas

---

**From:** Mark Siegmund <mark@swclaw.com>
**Sent:** Friday, March 18, 2022 5:15 PM
**To:** Jeffrey Gunnell <Jeffrey_Gunnell@txwd.uscourts.gov>
**Cc:** Greg Love <Greg@swclaw.com>; Joseph Abraham <Joseph.abraham@foliolaw.com>; Timothy Dewberry <timothy.dewberry@foliolaw.com>; Greg Lanier <tglanier@jonesday.com>; Mike Jones <mikejones@potterminton.com>
**Subject:** WSOU v. Google - Status Update

**CAUTION - EXTERNAL:**

Hi Jeffrey,

2

I write on behalf of Brazos to inform the Court that Brazos and Google are meeting and conferring on a proposed schedule as requested by Google in its response to Carter Arnett's motion to withdraw. The parties are working together on a potential schedule and will inform the Court once the parties have reached an agreement or are at an impasse. Thanks and have a good weekend!

Sincerely,
Mark



MARK SIEGMUND
SENIOR ASSOCIATE

STECKLER WAYNE CHERRY & LOVE, PLLC
8416 OLD MCGREGOR ROAD
WACO, TEXAS 76712
254.651.3690
254.651.3689 (fax)
www.swclaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.