UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § § | |
| vs. | § § | NO:  WA:20-CV-00580-ADA |
| GOOGLE LLC | § | |

## **ORDER RESETTING MOTIONS HEARING**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MOTIONS HEARING by Zoom on August 04, 2022 at 10:30 AM .

IT IS SO ORDERED this 1st day of August, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE