IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | Case No. 6:20-cv-00572-ADA |
| | Case No. 6:20-cv-00580-ADA |
| *Plaintiff*, | Case No. 6:20-cv-00584-ADA |
| v. | Case No. 6:20-cv-00585-ADA |
| GOOGLE LLC | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

### JOINT MOTION TO SUBMIT SUPPLEMENTAL EXHIBIT

On May 20, 2022, Brazos filed its Opposed Motion for Leave to File an Amended Complaint and Serve Amended Infringement Contentions (ECF No. 107). Brazos attached a set of redlines as Exhibit 6 thereto. ECF. No. 107-5.[1] On June 3, 2022, Google filed its Opposition to Brazos's Motion for Leave to File an Amended Complaint and Serve Amended Infringement Contentions. ECF No. 111. Google attached its own redlines of Brazos's infringement contentions as Exhibit 12. ECF No. 111-7.[2]

To aid the Court's consideration of the parties' substantive dispute, the parties have conferred regarding the competing redlines, and have agreed upon the attached redline comparison as accurately reflecting Brazos's proposed amendments. The parties respectfully request that the

---

[1] Brazos filed its Motion for Leave to Amend in each of the four captions above. Unless otherwise noted, docket citations herein correspond to Case No. 6:20-cv-00585-ADA.

[2] *See also* ECF Nos. 104-5, 107-7, and 112-7 in case no. 6:20-cv-00572-ADA; ECF Nos. 103-5, 107-7, and 111-7 in case no. 6:20-cv-580-ADA; ECF Nos. 92-5, 95-7, and 100-7 in case no. 6:20-cv-00584-ADA; and ECF Nos. 107-5, 111-7, and 115-7 in case no. 6:20-cv-00585-ADA.

1

Court allow the parties to jointly submit the attached proposed supplemental exhibit as Joint Exhibit 1 in connection with Brazos' motion in the four captions above and agree that the parties' previous exhibits detailing Brazos's proposed amendments need not be addressed by the Court.

Date:   August 3, 2022                                              Respectfully submitted,


*/s/ Joseph M. Abraham*                                              */s/ Michael E. Jones*
Joseph M. Abraham, TX SB No. 24088879      Michael E. Jones (Texas Bar No.
Timothy Dewberry, TX Bar No. 24090074     10929400)
**FOLIO LAW GROUP PLLC**                               **Potter Minton, P.C.**
13492 Research Blvd., Suite 120, No. 177         110 North College, Suite 500
Austin, TX 78750                                                 Tyler, Texas, 75702
T: 737-234-0201                                                  +1 (903) 597-8311
Email: joseph.abraham@foliolaw.com         +1 (903) 593-0846 facsimile
Email: timothy.dewberry@foliolaw.com      mikejones@potterminton.com

Cliff Win, CA Bar No. 270517                              Tharan Gregory Lanier
Steven Skelley, WA Bar No. 53017                    (California Bar No. 138784) *(pro hac vice)*
**FOLIO LAW GROUP PLLC**                               **Jones Day**
1200 Westlake Ave. N., Ste. 809                        1755 Embarcadero Road
Seattle, WA 98109                                                Palo Alto, California, 94303
Tel: (206) 880-1802                                             +1 (650) 739-3939
Email: cliff.win@foliolaw.com                           +1 (650) 739-3900 facsimile
Email: steve.skelley@foliolaw.com                 tglanier@jonesday.com

Gregory P. Love                                                  Sasha Mayergoyz
State Bar No. 24013060                                    **Jones Day**
Mark D. Siegmund                                              77 W. Wacker Drive
State Bar No. 24117055                                    Chicago, IL 60601
**STECKLER WAYNE CHERRY & LOVE, PLLC**  +1 (312) 782-3939
8416 Old McGregor Road                                 smayergoyz@jonesday.com
Waco, TX 76712
Tel.: (254) 651-3690                                          Tracy A. Stitt
Fax: (254) 651-3689                                          Edwin O. Garcia
greg@swclaw.com                                             **Jones Day**
mark@swclaw.com                                           51 Louisiana Avenue NW
                                                                              Washington, DC 20001
*Attorneys for Plaintiff WSOU Investments, LLC*  +1 (202) 879-3641
*d/b/a Brazos Licensing & Development*          tastitt@jonesday.com
                                                                              edwingarcia@jonesday.com

        Michael A. Lavine
        **Jones Day**
        555 California Street
        26th Floor
        San Francisco, California 94104
        +1 (415) 626-3939
        mlavine@jonesday.com

        Matthew S. Warren
        Jennifer A. Kash
        Erika H. Warren
        Francesca M. S. Germinario
        **Warren Lex LLP**
        2261 Market Street, No. 606
        San Francisco, California, 94114
        +1 (415) 895-2940
        +1 (415) 895-2964 facsimile
        20-580@cases.warrenlex.com
        20-585@cases.warrenlex.com

        *Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which served a copy via email to all counsel of record.

        */s/ Joseph M. Abraham*
        Joseph M. Abraham

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(G), counsel for Brazos conferred with counsel for Google regarding the subject of this motion. The parties agreed to the relief herein requested.

        */s/ Joseph M. Abraham*
        Joseph M. Abraham