IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT § § § § v. § § GOOGLE LLC § | CIVIL ACTION NO. 6:20-cv-580[ADA] |

**INDEX OF NON-CONFIDENTIAL EXHIBITS TO DKT. NO. 119 : GOOGLE LLC'S MOTION TO DISMISS FOR LACK OF STANDING**

The following exhibits are hereby being publicly filed as exhibits to the above-referenced sealed document:

1. Ex. 3
2. Ex. 4
3. Ex. 5
4. Ex. 7
5. Ex. 11
6. Ex. 13

{A07/07713/0089/W1787197.1 }

Date: August 8, 2022

Respectfully submitted,

/s/ *Jennifer A. Kash with permission, by*
<u>*Michael E. Jones*</u>
Michael E. Jones (Texas Bar No. 10929400)
Shaun W. Hassett (Texas Bar No. 24074372)
**Potter Minton, P.C.**
110 North College, Suite 500
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile
mikejones@potterminton.com
shaunhassett@potterminton.com

Tharan Gregory Lanier
(California Bar No. 138784) *(pro hac vice)*
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
tglanier@jonesday.com

Matthew S. Warren (California Bar No. 230565)
Jennifer A. Kash (California Bar No. 203679)
Erika Warren (California Bar No. 295570)
Francesca Miki Shima Germinario
(California Bar No. 326208)
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-580@cases.warrenlex.com

*Attorneys for Defendant Google LLC*