# EXHIBIT 3

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Adrian Burian | 09/05/2006 |
| Markku Vehvilainen | 09/05/2006 |
| Jari A. Kangas | 09/05/2006 |

RECEIVING PARTY DATA

| Name: | Nokia Corporation |
|---|---|
| Street Address: | Keilalahdentie 4 |
| City: | Espoo |
| State/Country: | FINLAND |
| Postal Code: | 02150 |

PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 11462152 |

CORRESPONDENCE DATA

Fax Number: (704)444-1111
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 704-444-1069
Email: nmcpartland@alston.com
Correspondent Name: Alston & Bird LLP
Address Line 1: Bank of America Plaza
Address Line 2: 101 South Tryon Street, Suite 4000
Address Line 4: Charlotte, NORTH CAROLINA 28280-4000

| ATTORNEY DOCKET NUMBER: | 042933/313925 |
|---|---|
| NAME OF SUBMITTER: | Chad L. Thorson, Reg. #55,675 |

Total Attachments: 2
source=Assignment-313925#page1.tif

500160434

PATENT
REEL: 018349 FRAME: 0399

## ASSIGNMENT

THIS ASSIGNMENT, made by us, Adrian Burian, residing at Kotkansiivenkatu 2A10, 33720 Tampere, Finland; Markku Vehvilainen, residing at Velholehdenkatu 17, 33720 Tampere, Finland; and Jari A. Kangas, residing at Yliopistonkatu 46 B 31, 33100 Tampere, Finland, respectively;

WITNESSETH: That,

WHEREAS, we are the joint inventors of certain new and useful improvements in **METHOD, APPARATUS, AND COMPUTER PROGRAM PRODUCT FOR PROVIDING A CAMERA BARCODE READER** for which an application for United States Letters Patent has been filed in the United States Patent and Trademark Office on August 3, 2006, under Application No. 11/462,152; and

WHEREAS, NOKIA CORPORATION, a Finland corporation having a principal place of business at Keilalahdentie 4, FIN-02150 Espoo, Finland, hereinafter referred to as assignee, is desirous of acquiring the entire right, title and interest in and to said invention as described in said application, and in and to any and all Letters Patent which shall be granted therefor in the United States of America and all foreign countries;

NOW, THEREFORE, To Whom It May Concern, be it known that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, we have sold and by these presents do hereby sell, assign, transfer, and convey unto the said assignee, its successors and assigns, the entire right, title, and interest in and to the said invention and application, and in and to any and all continuations, continuations-in-part, or divisions thereof, and in and to any and all Letters Patent of the United States of America and all foreign countries or reissues, reexaminations, or extensions thereof which may be granted therefor or thereon, for the full end of the term for which said Letters Patent may be granted, together with the right to claim the priority of said application in all foreign countries in accordance with the International Convention, the same to be held and enjoyed by said assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by us if this assignment and sale had not been made.

We hereby request that said Letters Patent be issued in accordance with this assignment.

We further covenant and agree that, at the time of the execution and delivery of these presents, we possess full title to the invention and application above-mentioned, and that we have the unencumbered right and authority to make this assignment.

We further covenant, and agree to bind our heirs, legal representatives, and assigns, promptly to communicate to said assignee or its representatives any facts known to us relating to said invention, to testify in any interference or legal proceedings involving said invention, to execute any additional papers which may be requested to confirm the right of the assignee, its representatives, successors, or assigns to secure patent or similar protection for the said invention in all countries and to vest in the assignee complete title to the said invention and Letters Patent, without further compensation, but at the expense of said assignee, its successors, assigns, and other legal representatives.

IN WITNESS WHEREOF, we have hereunto set our hands and seals on this __5__ day of __September__, 2006.

_____(SEAL)
Adrian Burian

_____(SEAL)
Markku Vehvilainen

_____(SEAL)
Jari A. Kangas

LEGAL02/30065577v1

- 2 -