# EXHIBIT 5

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1      EPAS ID: PAT3339147
Stylesheet Version v1.2

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| NOKIA CORPORATION | 01/16/2015 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | NOKIA TECHNOLOGIES OY |
| Street Address: | KARAPORTTI 3 |
| City: | ESPOO |
| State/Country: | FINLAND |
| Postal Code: | 02610 |

**PROPERTY NUMBERS Total: 125**

| Property Type | Number |
|---|---|
| Application Number: | 13891778 |
| Application Number: | 12307746 |
| Patent Number: | 7864731 |
| Patent Number: | 8078170 |
| Patent Number: | 8804678 |
| Application Number: | 11650445 |
| Patent Number: | 7787844 |
| Patent Number: | 8149757 |
| Application Number: | 11728180 |
| Patent Number: | 7764935 |
| Application Number: | 11979504 |
| Patent Number: | 7881725 |
| Patent Number: | 7747267 |
| Patent Number: | 8331230 |
| Patent Number: | 8452295 |
| Patent Number: | 8045927 |
| Patent Number: | 7778615 |
| Patent Number: | 7953376 |
| Patent Number: | 7813307 |
| Patent Number: | 8111673 |

| Property Type | Number |
|---|---|
| Patent Number: | 8345647 |
| Patent Number: | 7706352 |
| Patent Number: | 7768962 |
| Patent Number: | 7966019 |
| Patent Number: | 8594151 |
| Patent Number: | 8649365 |
| Patent Number: | 7894417 |
| Patent Number: | 8145135 |
| Patent Number: | 7864899 |
| Patent Number: | 7843890 |
| Patent Number: | 7769117 |
| Patent Number: | 7423595 |
| Patent Number: | 7983236 |
| Application Number: | 11544498 |
| Patent Number: | 8315627 |
| Application Number: | 11477767 |
| Patent Number: | 8059577 |
| Patent Number: | 7990932 |
| Patent Number: | 8320924 |
| Patent Number: | 8266487 |
| Patent Number: | 8112093 |
| Patent Number: | 8644246 |
| Patent Number: | 7733993 |
| Patent Number: | 8111742 |
| Patent Number: | 7936741 |
| Patent Number: | 7948958 |
| Patent Number: | 7711365 |
| Patent Number: | 8077612 |
| Application Number: | 11509697 |
| Patent Number: | 8208963 |
| Patent Number: | 8027304 |
| Patent Number: | 7764705 |
| Patent Number: | 7715470 |
| Patent Number: | 8483141 |
| Patent Number: | 7965679 |
| Patent Number: | 8411645 |
| Patent Number: | 7907672 |
| Patent Number: | 8320395 |

| Property Type | Number |
|---|---|
| Patent Number: | 8005499 |
| Patent Number: | 8059582 |
| Patent Number: | 7596126 |
| Patent Number: | 8174994 |
| Patent Number: | 7489734 |
| Patent Number: | 7421272 |
| Patent Number: | 7817667 |
| Patent Number: | 8170063 |
| Patent Number: | 8660561 |
| Patent Number: | 8199056 |
| Application Number: | 11366623 |
| Patent Number: | 8072933 |
| Patent Number: | 7760646 |
| Patent Number: | 8169892 |
| Patent Number: | 7653140 |
| Patent Number: | 8588701 |
| Patent Number: | 7519384 |
| Patent Number: | 7450540 |
| Patent Number: | 7529560 |
| Patent Number: | 7623509 |
| Application Number: | 10992011 |
| Patent Number: | 8045540 |
| Patent Number: | 7707474 |
| Patent Number: | 7609702 |
| Patent Number: | 7529845 |
| Patent Number: | 7944914 |
| Patent Number: | 7299043 |
| Patent Number: | 7746917 |
| Patent Number: | 7808964 |
| Patent Number: | 7552045 |
| Patent Number: | 7613104 |
| Patent Number: | 7796830 |
| Patent Number: | 7669014 |
| Patent Number: | 7612275 |
| Patent Number: | 7962953 |
| Patent Number: | 7946491 |
| Patent Number: | 7996041 |
| Patent Number: | 7937083 |

PATENT
REEL: 035581 FRAME: 0656

| Property Type | Number |
|---|---|
| Patent Number: | 7965726 |
| Patent Number: | 7565144 |
| Patent Number: | 7839940 |
| Patent Number: | 8577675 |
| Patent Number: | 7778827 |
| Patent Number: | 7149683 |
| Patent Number: | 7203638 |
| Patent Number: | 7657427 |
| Patent Number: | 8224657 |
| Patent Number: | 7680651 |
| Patent Number: | 7596226 |
| Patent Number: | 8724582 |
| Patent Number: | 8081586 |
| Patent Number: | 7639883 |
| Patent Number: | 8331904 |
| Patent Number: | 7548945 |
| Patent Number: | 7764981 |
| Patent Number: | 8584118 |
| Patent Number: | 8156488 |
| Patent Number: | 8856240 |
| Patent Number: | 8903820 |
| Patent Number: | 7461259 |
| Patent Number: | 8073380 |
| Patent Number: | 7667646 |
| Patent Number: | 7699233 |
| Patent Number: | 7797740 |
| Patent Number: | 8519847 |
| Application Number: | 12097158 |
| Patent Number: | 7756101 |

## CORRESPONDENCE DATA

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 510-303-9002
Email: jacqueline.linebarger@nokia.com
Correspondent Name: NOKIA USA, INC
Address Line 1: 200 SOUTH MATHILDA AVE
Address Line 2: ATTN: INTELLECTUAL PROPERTY
Address Line 4: SUNNYVALE, CALIFORNIA 94086

PATENT
REEL: 035581 FRAME: 0657

| NAME OF SUBMITTER: | JACQUELINE LINEBARGER |
|---|---|
| SIGNATURE: | /jacqueline linebarger/ |
| DATE SIGNED: | 05/05/2015 |
| **Total Attachments: 6** source=Nokia Assignment 15#page1.tif source=Nokia Assignment 15#page2.tif source=Nokia Assignment 15#page3.tif source=Nokia Assignment 15#page4.tif source=Nokia Assignment 15#page5.tif source=Nokia Assignment 15#page6.tif | |

PATENT ASSIGNMENT

THIS Assignment is effective as of 31 December 2014 between

Assignor **NOKIA CORPORATION** of Karaportti 3, FI – 02610 Espoo, Finland, a corporation organized under the laws of Finland (hereinafter "Nokia Corporation") and
Assignee **NOKIA TECHNOLOGIES OY** of Karaportti 3, FI – 02610 Espoo, Finland, a corporation organized under the laws of Finland (hereinafter "Nokia Technologies")

**WHEREAS**, Nokia Corporation is the owner of certain patents and patent applications, as more particularly described in Attachment 1 hereto (hereinafter "the Patents"), incorporated herein by reference;

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and in accordance with that certain Business Purchase Agreement between Nokia Corporation and Nokia Technologies having an effective date of 31 December 2014 (hereinafter "Agreement"):

Nokia Corporation sells, assigns, transfers and conveys to Nokia Technologies, and its successors and assigns, all right, title, and interest in and to each of the Patents and patent applications listed in Attachment 1 hereto and all continuations, divisions, and reissues arising from or related to the Patents.

This sale, assignment, transfer, and conveyance to Nokia Technologies, and its successors and assigns, is made subject to certain retained rights in favor of Nokia Corporation for the Patents and patent applications listed in Attachment 1, as are set forth in the Agreement.

**IN WITNESS WHEREOF**, the parties have caused their respective corporate names to be affixed hereto and this instrument to be signed by their duly authorized officers as of the day and year written below.

**NOKIA CORPORATION**
By: _____
Name: Esa Niinimäki
Title: Authorized signatory
Date: 16 January 2015

Name: Anna Okoola
Title: Legal Counsel
Date: 16 January 2015

**NOKIA TECHNOLOGIES OY**
By: _____
Name: Jyri Lassi
Title: Vice President, Legal & IP
Date: 16 January 2015

Name: Sami Oyaka
Title: Head of Finance and operations
Date: 16 January 2015

PATENT
REEL: 035581 FRAME: 0659

Attachment 1

| | | | | | |
|---|---|---|---|---|---|
| 46958-US-CNT[2] | United States Of America | 10 May 2013 | 13/891778 | | |
| 46958-US-PCT[2] | United States Of America | 10 Jan 2007 | 12/307746 | | |
| 46957-US-NP | United States Of America | 27 Dec 2006 | 11/616337 | 04 Jan 2011 | 7864731 |
| 46948-US-NP | United States Of America | 07 Feb 2007 | 11/704061 | 13 Dec 2011 | 8078170 |
| 46939-US-NP | United States Of America | 05 Feb 2007 | 11/702913 | 12 Aug 2014 | 8804678 |
| 46938-US-NP | United States Of America | 08 Jan 2007 | 11/650445 | | |
| 46937-US-NP | United States Of America | 08 Sep 2006 | 11/517478 | 31 Aug 2010 | 7787844 |
| 46933-US-NP | United States Of America | 17 Jan 2007 | 11/653904 | 03 Apr 2012 | 8149757 |
| 46928-US-NP | United States Of America | 22 Mar 2007 | 11/728180 | | |
| 46922-US-NP | United States Of America | 21 Dec 2006 | 11/644484 | 27 Jul 2010 | 7764935 |
| 46920-US-NP | United States Of America | 05 Nov 2007 | 11/979504 | | |
| 46916-US-NP | United States Of America | 30 Jun 2006 | 11/480310 | 01 Feb 2011 | 7881725 |
| 46910-US-NP | United States Of America | 12 Jan 2007 | 11/652816 | 29 Jun 2010 | 7747267 |
| 46907-US-NP | United States Of America | 01 Feb 2007 | 11/700998 | 11 Dec 2012 | 8331230 |
| 46901-US-NP | United States Of America | 01 Feb 2007 | 11/700999 | 28 May 2013 | 8452295 |
| 46889-US-NP | United States Of America | 27 Apr 2006 | 11/412472 | 25 Oct 2011 | 8045927 |
| 46885-US-NP | United States Of America | 20 Mar 2007 | 11/723510 | 17 Aug 2010 | 7778615 |
| 46879-US-NP | United States Of America | 20 Jun 2006 | 11/425256 | 31 May 2011 | 7953376 |
| 46871-US-NP | United States Of America | 06 Mar 2007 | 11/682836 | 12 Oct 2010 | 7813307 |
| 46869-US-NP | United States Of America | 03 Nov 2006 | 11/592747 | 07 Feb 2012 | 8111673 |
| 46868-US-NP | United States Of America | 03 Nov 2006 | 11/592746 | 01 Jan 2013 | 8345647 |
| 46865-US-NP | United States Of America | 13 Oct 2006 | 11/580041 | 27 Apr 2010 | 7706352 |
| 46864-US-NP | United States Of America | 22 Sep 2006 | 11/526095 | 03 Aug 2010 | 7768962 |
| 46863-US-NP | United States Of America | 31 Oct 2006 | 11/591407 | 21 Jun 2011 | 7966019 |
| 46862-US-NP | United States Of America | 25 Oct 2006 | 11/585814 | 26 Nov 2013 | 8594151 |

| | | | | | |
|---|---|---|---|---|---|
| 46858-US-NP | United States Of America | 05 Jan 2007 | 11/649814 | 11 Feb 2014 | 8649365 |
| 46855-US-NP | United States Of America | 24 Oct 2006 | 11/585104 | 22 Feb 2011 | 7894417 |
| 46853-US-NP | United States Of America | 02 Nov 2006 | 11/591966 | 27 Mar 2012 | 8145135 |
| 46842-US-NP | United States Of America | 08 Jun 2007 | 11/808371 | 04 Jan 2011 | 7864899 |
| 46830-US-NP | United States Of America | 04 Oct 2006 | 11/543462 | 30 Nov 2010 | 7843890 |
| 46829-US-NP | United States Of America | 15 Mar 2007 | 11/724235 | 03 Aug 2010 | 7769117 |
| 46815-US-NP | United States Of America | 16 Nov 2006 | 11/600142 | 09 Sep 2008 | 7423595 |
| 46813-US-NP | United States Of America | 27 Sep 2006 | 11/528896 | 19 Jul 2011 | 7983236 |
| 46811-US-NP | United States Of America | 06 Oct 2006 | 11/544498 | | |
| 46802-US-NP | United States Of America | 10 Mar 2006 | 11/372038 | 20 Nov 2012 | 8315627 |
| 46797-US-NP | United States Of America | 30 Jun 2006 | 11/477767 | | |
| 46791-US-NP | United States Of America | 01 Nov 2006 | 11/592102 | 15 Nov 2011 | 8059577 |
| 46784-US-PCT | United States Of America | 22 Aug 2006 | 11/990033 | 02 Aug 2011 | 7990932 |
| 46783-US-NP | United States Of America | 25 May 2006 | 11/440531 | 27 Nov 2012 | 8320924 |
| 46779-US-PCT | United States Of America | 24 Aug 2006 | 12/438666 | 11 Sep 2012 | 8266487 |
| 46774-US-NP | United States Of America | 23 Aug 2006 | 11/509302 | 07 Feb 2012 | 8112093 |
| 46764-US-NP | United States Of America | 10 May 2006 | 11/431023 | 04 Feb 2014 | 8644246 |
| 46760-US-NP | United States Of America | 14 Oct 2005 | 11/251515 | 08 Jun 2010 | 7733993 |
| 46757-US-PCT | United States Of America | 07 Apr 2005 | 11/887826 | 07 Feb 2012 | 8111742 |
| 46745-US-NP | United States Of America | 04 Aug 2006 | 11/499850 | 03 May 2011 | 7936741 |
| 46744-US-NP | United States Of America | 04 Aug 2006 | 11/499846 | 24 May 2011 | 7948958 |
| 46740-US-NP | United States Of America | 18 Aug 2006 | 11/506671 | 04 May 2010 | 7711365 |
| 46735-US-NP | United States Of America | 23 Aug 2006 | 11/509502 | 13 Dec 2011 | 8077612 |
| 46732-US-NP | United States Of America | 25 Aug 2006 | 11/509697 | | |
| 46731-US-NP | United States Of America | 28 Feb 2007 | 11/711681 | 26 Jun 2012 | 8208963 |

| 46726-US-NP | United States Of America | 06 Jul 2006 | 11/483403 | 27 Sep 2011 | 8027304 |
|---|---|---|---|---|---|
| 46717-US-NP | United States Of America | 13 Jun 2007 | 11/808902 | 27 Jul 2010 | 7764705 |
| 46714-US-NP | United States Of America | 05 May 2006 | 11/418269 | 11 May 2010 | 7715470 |
| 46695-US-NP | United States Of America | 30 May 2006 | 11/444156 | 09 Jul 2013 | 8483141 |
| 46694-US-NP | United States Of America | 11 May 2006 | 11/432980 | 21 Jun 2011 | 7965679 |
| 46685-US-NP | United States Of America | 25 Apr 2006 | 11/411980 | 02 Apr 2013 | 8411645 |
| 46678-US-NP | United States Of America | 25 Sep 2006 | 11/526012 | 15 Mar 2011 | 7907672 |
| 46676-US-NP | United States Of America | 04 Apr 2006 | 11/396538 | 27 Nov 2012 | 8320395 |
| 46675-US-NP | United States Of America | 04 May 2006 | 11/429048 | 23 Aug 2011 | 8005499 |
| 46663-US-NP | United States Of America | 07 Mar 2007 | 11/714727 | 15 Nov 2011 | 8059582 |
| 46658-US-NP | United States Of America | 30 Mar 2006 | 11/395864 | 29 Sep 2009 | 7596126 |
| 46651-US-NP | United States Of America | 14 Apr 2006 | 11/403884 | 08 May 2012 | 8174994 |
| 46649-US-NP | United States Of America | 30 Dec 2005 | 11/320568 | 10 Feb 2009 | 7489734 |
| 46646-US-NP | United States Of America | 04 Aug 2005 | 11/198021 | 02 Sep 2008 | 7421272 |
| 46641-US-NP | United States Of America | 26 Apr 2006 | 11/412599 | 19 Oct 2010 | 7817667 |
| 46640-US-PCT | United States Of America | 31 May 2005 | 11/921107 | 01 May 2012 | 8170063 |
| 46629-US-NP | United States Of America | 08 Feb 2006 | 11/351281 | 25 Feb 2014 | 8660561 |
| 46628-US-PCT | United States Of America | 13 Oct 2005 | 11/992792 | 12 Jun 2012 | 8199056 |
| 46610-US-NP | United States Of America | 03 Mar 2006 | 11/366623 | | |
| 46603-US-NP | United States Of America | 30 Mar 2006 | 11/396284 | 06 Dec 2011 | 8072933 |
| 46601-US-NP | United States Of America | 01 Feb 2006 | 11/344155 | 20 Jul 2010 | 7760646 |
| 46599-US-PCT | United States Of America | 26 Jan 2006 | 11/795131 | 01 May 2012 | 8169892 |
| 46592-US-NP | United States Of America | 22 Feb 2006 | 11/357958 | 26 Jan 2010 | 7653140 |
| 46584-US-NP | United States Of America | 07 Feb 2006 | 11/350394 | 19 Nov 2013 | 8588701 |
| 46567B-US-NP | United States Of America | 17 Aug 2005 | 11/206005 | 14 Apr 2009 | 7519384 |

PATENT
REEL: 035581 FRAME: 0662

| 46557-US-NP | United States Of America | 27 May 2005 | 11/140494 | 22 Oct 2008 | 7450540 |
|---|---|---|---|---|---|
| 46556-US-NP | United States Of America | 13 May 2005 | 11/129673 | 05 May 2009 | 7529560 |
| 46554-US-NP | United States Of America | 14 Jun 2004 | 10/867574 | 24 Nov 2009 | 7623509 |
| 46551-US-NP | United States Of America | 19 Nov 2004 | 10/992011 | | |
| 46548-US-NP | United States Of America | 03 May 2005 | 11/120206 | 25 Oct 2011 | 8045540 |
| 46541-US-NP | United States Of America | 01 Aug 2005 | 11/193455 | 27 Apr 2010 | 7707474 |
| 46529-US-NP | United States Of America | 23 Mar 2005 | 11/086557 | 27 Oct 2009 | 7609702 |
| 46521-US-NP | United States Of America | 19 Nov 2004 | 10/991983 | 05 May 2009 | 7529845 |
| 46515-US-NP | United States Of America | 01 Mar 2005 | 11/068379 | 17 May 2011 | 7944914 |
| 46512-US-NP | United States Of America | 04 Aug 2005 | 11/196310 | 20 Nov 2007 | 7299043 |
| 46504-US-NP | United States Of America | 11 Aug 2004 | 10/915701 | 29 Jun 2010 | 7746917 |
| 46493-US-NP | United States Of America | 29 Mar 2007 | 11/729956 | 05 Oct 2010 | 7808964 |
| 46472-US-NP | United States Of America | 18 Dec 2006 | 11/611964 | 23 Jun 2009 | 7552045 |
| 46467-US-NP | United States Of America | 31 May 2006 | 11/444735 | 03 Nov 2009 | 7613104 |
| 46459-US-NP | United States Of America | 15 Aug 2006 | 11/464645 | 14 Sep 2010 | 7796830 |
| 46448-US-NP | United States Of America | 23 Jul 2007 | 11/781617 | 23 Feb 2010 | 7669014 |
| 46445-US-NP | United States Of America | 18 Apr 2006 | 11/405890 | 03 Nov 2009 | 7612275 |
| 46425-US-NP | United States Of America | 28 Dec 2006 | 11/617306 | 14 Jun 2011 | 7962953 |
| 46407-US-NP | United States Of America | 03 Aug 2006 | 11/462152 | 24 May 2011 | 7946491 |
| 46188-US-NP | United States Of America | 11 Apr 2006 | 11/279304 | 09 Aug 2011 | 7996041 |
| 46187-US-NP | United States Of America | 14 Apr 2005 | 11/107495 | 03 May 2011 | 7937083 |
| 46165-US-NP | United States Of America | 11 Apr 2006 | 11/401246 | 21 Jun 2011 | 7965726 |
| 46150-US-NP | United States Of America | 01 Nov 2004 | 10/979009 | 21 Jul 2009 | 7565144 |
| 46147-US-NP | United States Of America | 21 Nov 2005 | 11/285590 | 23 Nov 2010 | 7839940 |
| 46136-US-NP | United States Of America | 22 Dec 2004 | 11/021938 | 05 Nov 2013 | 8577675 |

| | | | | | |
|---|---|---|---|---|---|
| 46135-US-CNT | United States Of America | 19 Jan 2005 | 11/039538 | 17 Aug 2010 | 7778827 |
| 46134-US-CNT | United States Of America | 19 Jan 2005 | 11/039659 | 12 Dec 2006 | 7149683 |
| 46133-US-CNT | United States Of America | 19 Jan 2005 | 11/039540 | 10 Apr 2007 | 7203638 |
| 46132-US-CNT | United States Of America | 19 Jan 2005 | 11/039539 | 02 Feb 2010 | 7657427 |
| 46131-US-PCT | United States Of America | 27 Jun 2003 | 10/520374 | 17 Jul 2012 | 8224657 |
| 46130-US-PCT | United States Of America | 13 Dec 2002 | 10/498254 | 16 Mar 2010 | 7680651 |
| 46126-US-NP | United States Of America | 19 Jul 2004 | 10/894275 | 29 Sep 2009 | 7596226 |
| 46116-US-NP | United States Of America | 28 Jun 2004 | 10/878452 | 13 May 2014 | 8724582 |
| 46100-US-NP | United States Of America | 02 Mar 2005 | 11/070916 | 20 Dec 2011 | 8081586 |
| 46062-US-NP | United States Of America | 18 Apr 2006 | 11/406449 | 29 Dec 2009 | 7639883 |
| 46043-US-NP | United States Of America | 20 Oct 2006 | 11/584052 | 11 Dec 2012 | 8331904 |
| 46040-US-NP | United States Of America | 29 Jun 2005 | 11/169375 | 16 Jun 2009 | 7548945 |
| 46031-US-NP | United States Of America | 27 Jul 2005 | 11/190663 | 27 Jul 2010 | 7764981 |
| 46028-US-CNT | United States Of America | 09 Apr 2012 | 13/442473 | 12 Nov 2013 | 8584118 |
| 46028-US-NP | United States Of America | 20 Oct 2004 | 10/969145 | 10 Apr 2012 | 8156488 |
| 46018-US-NP | United States Of America | 23 Jun 2004 | 10/875136 | 07 Oct 2014 | 8856240 |
| 46012-US-NP | United States Of America | 23 Jun 2004 | 10/874946 | 02 Dec 2014 | 8903820 |
| 46001-US-NP | United States Of America | 30 Jun 2004 | 10/880658 | 02 Dec 2008 | 7461259 |
| 45672-US-NP | United States Of America | 30 Dec 2005 | 11/320879 | 06 Dec 2011 | 8073380 |
| 45652-US-NP | United States Of America | 21 Feb 2006 | 11/357165 | 23 Feb 2010 | 7667646 |
| 45647-US-NP | United States Of America | 02 Nov 2005 | 11/264139 | 20 Apr 2010 | 7699233 |
| 45638-US-NP | United States Of America | 06 Jan 2006 | 11/275470 | 14 Sep 2010 | 7797740 |
| 45631-US-PCT | United States Of America | 24 Nov 2005 | 12/094867 | 27 Aug 2013 | 8519847 |
| 45630-US-PCT | United States Of America | 15 Dec 2005 | 12/097158 | | |
| 45621-US-NP | United States Of America | 30 Dec 2005 | 11/322124 | 13 Jul 2010 | 7756101 |

RECORDED: 05/05/2015

PATENT
REEL: 035581 FRAME: 0664