# EXHIBIT 7

Wade+Co

# Wade+Co

## About

01

Wade+Co is a family office investment firm and merchant bank.

We are a team of successful investors and established entrepreneurs with a breadth of experience across diverse sectors. Our team's long track record of success is a result of our unique culture which celebrates entrepreneurial spirit and fosters a collaborative approach to growth and value creation. We specialize in various lending products and direct investments, and manage portfolio investments in private equity, venture capital, and real estate. Overall,

Wade+Co

Wade+Co targets high-quality growth opportunities to maximize return.

**Our Approach.**

Wade+Co is organized around our passion for great results and the needs of our partners and investments.

Our dedicated management team offers a complete spectrum of first-in-class services.

Together, we build and grow best-in-class companies and assets.



# Team

02

# Portfolio

03

# Contact

Wade+Co

04