# EXHIBIT 11

## ASSIGNMENT OF PATENT PURCHASE AGREEMENT

WHEREAS, Wade and Company, on the one hand, and Alcatel Lucent, Nokia Solutions and Networks BV and Nokia Technologies Oy ("Nokia Parties"), on the other hand, entered into a Patent Purchase Agreement with an effective date as of July 22, 2017 ("Patent Purchase Agreement");

WHEREAS, Wade and Company and the Nokia Parties entered into an Amendment to the Patent Purchase Agreement with an effective date as of August 21, 2017 ("Amendment to Patent Purchase Agreement");

WHEREAS, the Amendment to the Patent Purchase Agreement permits Wade and Company to assign the whole of its interest in the Patent Purchase Agreement to WSOU Investments LLC, a company organized under the laws of Delaware;

NOW, THEREFORE, Wade and Company wishes to assign the whole of its interest in the Patent Purchase Agreement to WSOU Investments LLC

   Wade and Company hereby assigns to WSOU Investments LLC and WSOU Investments LLC hereby accepts the whole of the interest of Wade and Company in the Patent Purchase Agreement.

IN WITNESS WHEREOF, Wade and Company and WSOU Investments LLC, on behalf of themselves and their Affiliates, have caused this Agreement to be executed by their duly authorized representatives to become effective as of August 21, 2017.

| WADE AND COMPANY | WSOU INVESTMENTS LLC |
|---|---|
| Name: Stuart A. Shanus | Name: Craig Etchegoyen |
| Signature: | Signature: |
| Title: General Counsel, Managing Partner | Title: Member |
| Date: August 21, 2017 | Date: August 21, 2017 |

PATENT
REEL: 043953 FRAME: 0846