# EXHIBIT 13

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  EPAS ID: PAT4609926
Stylesheet Version v1.2

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| NOKIA TECHNOLOGIES OY | 07/22/2017 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | WSOU INVESTMENTS, LLC |
| Street Address: | 11150 SANTA MONICA BLVD. |
| Internal Address: | SUITE 1400 |
| City: | LOS ANGELES |
| State/Country: | CALIFORNIA |
| Postal Code: | 90025 |

### PROPERTY NUMBERS Total: 656

| Property Type | Number |
|---|---|
| Application Number: | 08888906 |
| Application Number: | 08905557 |
| Application Number: | 08906371 |
| Application Number: | 08920045 |
| Application Number: | 08931531 |
| Application Number: | 08940677 |
| Application Number: | 08940926 |
| Application Number: | 08942074 |
| Application Number: | 08955508 |
| Application Number: | 08968678 |
| Application Number: | 08991133 |
| Application Number: | 08991136 |
| Application Number: | 08992499 |
| Application Number: | 08995133 |
| Application Number: | 08995795 |
| Application Number: | 09004008 |
| Application Number: | 09010606 |
| Application Number: | 09015572 |
| Application Number: | 09016028 |

## ASSIGNEE RECORDATION COVER SHEET

The following four documents attached hereto present evidence of legal transfer of title to the patent properties listed in "Exhibit A of Amended Schedule B3" from

**Nokia Technologies Oy**

("Assignor")

to

**WSOU Investments, LLC**

("Assignee"):

1. "PATENT ASSIGNMENT" as set forth in "AMENDED SCHEDULE B3: ASSIGNMENT OF PATENT RIGHTS BY NOKIA TECHNOLOGIES OY" (3 pp) of that certain "Patent Purchase Agreement" effective July 22, 2017 between (a) Alcatel Lucent, (b) Nokia Solutions and Networks BV, and (c) Nokia Technologies Oy ("SELLERS"), and (d) Wade and Company ("PURCHASER"), as amended by "Amendment to Patent Purchase Agreement" between SELLERS and PURCHASER effective August 2, 2017.

2. "ASSIGNMENT OF PATENT PURCHASE AGREEMENT" between (d) Wade and Company ("ASSIGNEE") and WSOU Investments, LLC ("ASSIGNOR") effective August 21, 2017 (1 page).

3. "RELEASE AND RELINQUISHMENT OF INTEREST IN WSOU INVESTMENTS, LLC" by WCFT Cayman, Ltd. effective August 21, 2017 (1 page).

4. "Exhibit A of AMENDED SCHEDULE B3 – Assigned Patents (Tech Only Assets) of PPA" (59 pp).

1 of 1

**PATENT
REEL: 043953 FRAME: 0842**

## AMENDED SCHEDULE B3: ASSIGNMENT OF PATENT RIGHTS

## BY NOKIA TECHNOLOGIES OY

### PATENT ASSIGNMENT

This **PATENT ASSIGNMENT**, including without limitation Exhibit A of Amended Schedule B3 hereto, ("**Assignment**") is made by:

(1) **Nokia Technologies Oy**, a company validly organized and existing under the laws of Finland and having its principal address at Karaportti 3, 02610 Espoo, Finland ("**Assignor**"); to

(2) **Wade and Company**, a company validly organized and existing under the laws of Ontario, Canada, having its principal address at 17 Prince Arthur, Toronto, ON M5R 1G4 CANADA, (the "**Assignee**").

All references to the plural herein also mean the singular, and vice versa, unless the context otherwise requires.

**WHEREAS**, Assignor is the owner of certain patents and patent applications, as specified in Exhibit A hereto.

### DEFINITIONS

"**Assigned Patents**" means (a) patent applications listed in **Exhibit A** of Amended Schedule B3 hereto; (b) all reissues, reexaminations, continuations, continuations-in-part, divisionals, renewals and extensions of such patents and patent applications (whether pending, issued, abandoned or filed prior to, on or after the Effective Date); (c) all patents and patent applications (i) to which any or all of the foregoing directly or indirectly claims priority to, or the benefit of, the filing date, or (ii) for which any or all of the foregoing directly or indirectly forms a basis for priority or otherwise provides the benefit of an earlier filing date; and (d) all foreign counterparts to any or all of the foregoing, and all utility models, certificates of invention, patent registrations and equivalent rights worldwide.

"**Assignment Date**" means August 2, 2017.

### PATENT ASSIGNMENT

Assignor hereby assigns, transfers, and conveys unto Assignee, all of Assignor's right, title, and interest in and to each of the Assigned Patents.

The assignment, transfer, and conveyance to Assignee set forth above will become effective on the Assignment Date and is made subject to certain encumbrances and retained rights for the Assigned Patents in favor of Assignor and/or its assignees and licensees.

PATENT
REEL: 043953 FRAME: 0843

IN WITNESS WHEREOF, the Assignor has caused this Assignment to be signed by its duly authorized officers.

ASSIGNOR:

NOKIA TECHNOLOGIES OY

By: _____
Name: Aura Möttönen
Title: ~~Senior Manager, Patent Licensing~~
Date: _____

ASSIGNOR:

NOKIA TECHNOLOGIES OY

By: _____
Name: Susanna Marttikainen
Title: Director, Strategic Licensing
Date: _____

ACKNOWLEDGED BY ASSIGNEE

ASSIGNEE:

WADE AND COMPANY

By: _____
Name: _____
Title: _____
Date: Aug 2, 2017

Page - 12 - of 13

## EXHIBIT A of AMENDED SCHEDULE B3 – ASSIGNED PATENTS

**Embedded Electronic File (59 Pages):**



Exhibit A of
AMENDED SCHEDULE

**"Exhibit A of Amended Schedule B3 – Assigned Patents (Tech Only Assets) of PPA"**

PATENT
REEL: 043953 FRAME: 0845

## ASSIGNMENT OF PATENT PURCHASE AGREEMENT

WHEREAS, Wade and Company, on the one hand, and Alcatel Lucent, Nokia Solutions and Networks BV and Nokia Technologies Oy ("Nokia Parties"), on the other hand, entered into a Patent Purchase Agreement with an effective date as of July 22, 2017 ("Patent Purchase Agreement");

WHEREAS, Wade and Company and the Nokia Parties entered into an Amendment to the Patent Purchase Agreement with an effective date as of August 21, 2017 ("Amendment to Patent Purchase Agreement");

WHEREAS, the Amendment to the Patent Purchase Agreement permits Wade and Company to assign the whole of its interest in the Patent Purchase Agreement to WSOU Investments LLC, a company organized under the laws of Delaware;

NOW, THEREFORE, Wade and Company wishes to assign the whole of its interest in the Patent Purchase Agreement to WSOU Investments LLC

    Wade and Company hereby assigns to WSOU Investments LLC and WSOU Investments LLC hereby accepts the whole of the interest of Wade and Company in the Patent Purchase Agreement.

IN WITNESS WHEREOF, Wade and Company and WSOU Investments LLC, on behalf of themselves and their Affiliates, have caused this Agreement to be executed by their duly authorized representatives to become effective as of August 21, 2017.

WADE AND COMPANY

Name: Stuart A. Shanus

Signature: _____

Title: General Counsel, Managing Partner

Date: August 21, 2017

WSOU INVESTMENTS LLC

Name: Craig Etchegoyen

Signature: _____

Title: Member

Date: August 21, 2017

## RELEASE AND RELINQUISHMENT OF INTEREST IN WSOU INVESTMENTS, LLC

WHEREAS, WCFT Cayman, a Cayman Islands company ("WCFT Cayman"), on the one hand and Orange Holdings, a Nevada corporation, on the other hand, had preliminary discussions concerning forming and operating WSOU Investments, LLC, a to be formed Delaware limited liability company;

WHEREAS, WSOU Investments, LLC was subsequently formed to purchase intellectual property from Alcatel Lucent, Nokia Solutions and Networks BV, Nokia Technologies Oy; and

WHEREAS, WCFT Cayman and Orange Holding never agreed to form WSOU Investments, LLC;

NOW, THEREFORE, to avoid any controversy or dispute concerning the fact that WCFT Cayman does not own and has never owned an interest in WSOU Investments, LLC:

> WCFT Cayman hereby unequivocally avers that it owns no interest in WSOU Investments, LLC and to the extent it ever had any ownership stake, it hereby releases, relinquishes and disavows any ownership interest in WSOU Investments LLC it may have had.

IN WITNESS WHEREOF, WCFT Cayman itself and its Affiliates have caused this Release and Relinquishment of Interest to be executed by its duly authorized representative made effective as of August 21, 2017.

WCFT Cayman Ltd.

Name: Marc Wade

Signature: _____

Title: Director

Date: August 21, 2017