# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § | Case No. 6:20-cv-580-ADA |
| Plaintiff, | | |
| v. | | JURY TRIAL DEMANDED |
| GOOGLE LLC, | | |
| Defendant. | | |

## ORDER GRANTING MOTION TO DISMISS FOR
## LACK OF STANDING BY DEFENDANT GOOGLE LLC

Before the Court is the Motion to Dismiss for Lack of Standing by Defendant Google LLC, and Plaintiff WSOU Investments, LLC's opposition to the same. After consideration of said briefing and any oral argument, the Court finds that Defendant Google LLC's motion is granted in its entirety.

**SIGNED** on this _____ day of _____, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE