## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

WSOU Investments LLC d/b/a Brazos

vs.                                     Case No.:  20-cv-580
Google LLC


## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Aaron Weisman _____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  WSOU Investments LLC d/b/a Brazos _____ in this case, and

would respectfully show the Court as follows:


1.   Applicant is an attorney and a member of the law firm (or practices under the name of)

Folio Law Group PLLC _____ with offices at:

Mailing address:  1200 Westlake Ave. N., Ste. 809 _____

City, State, Zip Code:  Seattle, WA 98109 _____

Telephone:  206-880-1802 _____       Facsimile: _____


2.   Since  2020 _____, Applicant has been and presently is a

member of and in good standing with the Bar of the State of  Washington _____.

Applicant's bar license number is  56724 _____.


3.   Applicant has been admitted to practice before the following courts:

Court:                                  Admission date:

WDWA _____                       August 2022 _____

_____                           _____

_____                           _____

4.      Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5.      I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

3/23/2007 Arrested, Charged and Convicted for Theft <$250.00.
4/16/2007 Paid fine in full of $201.00.
**I have since received a Top Secret SCI clearance while in the military
(2012-2018), and spent two years as a county prosecutor prosecuting the same crime
(2019-2021)**

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel: ___Joseph M. Abraham_____

Mailing address: ___13492 Research Blvd., Ste. 120, No. 177_____

City, State, Zip Code: ___Austin, TX 78750_____

Telephone: ___737-234-0201_____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

___Aaron Weisman_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

___Aaron Weisman_____
[printed name of Applicant]

___(signature)_____
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the ___8th___ day of ___February_____, ___2023___.

___Aaron Weisman_____
[printed name of Applicant]

___(signature)_____
[signature of Applicant]

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### WACO DIVISION

WSOU Investments LLC d/b/a Brazos

vs.                                                    Case No.:  20-cv-580
Google LLC

### ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Aaron Weisman_____, counsel for

WSOU Investments LLC d/b/a Brazos_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Aaron Weisman_____ may appear on behalf of WSOU Investments LLC d/b/a

in the above case.

IT IS FURTHER ORDERED that Aaron Weisman_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of February_____, 20_____.

_____
Please Choose Judge