UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　　Plaintiff,<br><br>**v.**<br><br>**GOOGLE, LLC,**<br><br>　　　　　Defendant. | Civil Action No. 6:20-cv-00580-ADA |

### NOTICE OF ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

　　Please take notice that Scott Maynard of Rade, LLC hereby enters an appearance as additional counsel for the Plaintiff in the above captioned case.

　　All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Scott Maynard at Rade, LLC. Mr. Maynard's contact information is provided below:

Rade, LLC
30 N. Gould St. STE 2767
Sheridan, WY 82801
Telephone: (949) 885-6084
Email: scottm@rade.solutions.com

Respectfully submitted,

**RADE, LLC**
30 N. Gould St., STE 2767
Sheridan, WY 82801
Telephone: (949) 885-6084

BY:    /s/ *Scott R. Maynard*
       **SCOTT R. MAYNARD**
       CA Bar #224932
       Email: scottm@rade.solutions.com

**COUNSEL FOR PLAINTIFF WSOU INVESTMENTS, LLC**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 23nd day of February 2023.

\s\ *Scott R. Maynard*
SCOTT R. MAYNARD