**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC d/b/a** | § | |
| **BRAZOS LICENSING AND** | § | |
| **DEVELOPMENT,** | § | **Case No. 6:20-cv-572-ADA** |
| | § | **Case No. 6:20-cv-580-ADA** |
| *Plaintiff,* | § | **Case No. 6:20-cv-584-ADA** |
| | § | **Case No. 6:20-cv-585-ADA** |
| **v.** | § | |
| | § | |
| **GOOGLE LLC,** | § | |
| | § | |
| *Defendant.* | § | |

## JOINT NOTICE FOR EXTENSION OF TIME

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") and Defendant Google, LLC ("Defendant") file this Joint Notice for Extension of Time. The parties jointly agree to extend the following deadlines listed in the chart below:

| Event | Current Date | New Date |
|---|---|---|
| Close of Fact Discovery | Wednesday, March 1, 2023 | Wednesday, March 22, 2023 |
| Opening Expert Reports | Wednesday, March 8, 2023 | Wednesday, March 29, 2023 |
| Rebuttal Expert Reports | Wednesday, April 5, 2023 | Wednesday, April 26, 2023 |
| Close of Expert Discovery | Wednesday, April 26, 2023 | Friday, May 12, 2023 |
| Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | Wednesday, May 3, 2023 | Friday, May 12, 2023 |
| Dispositive motion deadline and Daubert motion deadline. See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). | Wednesday, May 10, 2023 | Friday, May 19, 2023 |
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | Wednesday, May 24, 2023 | n/a |
| Serve objections to pretrial disclosures/rebuttal disclosures. | Wednesday, June 7, 2023 | n/a |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and dates. | Wednesday, June 14, 2023 | n/a |
| Serve objections to rebuttal disclosures and file motions in limine. | Wednesday, June 14, 2023 | n/a |

| | | |
|---|---|---|
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine | Wednesday, June 21, 2023 | n/a |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | Wednesday, June 28, 2023 | n/a |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | Friday, July 7, 2023 | n/a |
| Final Pretrial Conference (subject to the Court's convenience). | Wednesday, July 12, 2023 | n/a |
| [Proposed] Jury Selection/Trial (subject to the Court's convenience). | Monday, July 31, 2023 | n/a |

This extension does not change the date of any hearing, trial, or other Court date and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: March 1, 2023

Respectfully submitted,

By:   /s/ Joseph M. Abraham
    Gregory P. Love
    Bar No.: 24013060
    Mark D. Siegmund
    Bar No.: 24117055
    Melissa S. Ruiz
    Bar No.: 24128097

By:   /s/ Tharan Gregory Lanier
    Tharan Gregory Lanier (pro hac vice)
    **JONES DAY**
    1755 Embarcadero Road
    Palo Alto, California, 94303
    +1 (650) 739-3939
    +1 (650) 739-3900 facsimile
    tglanier@jonesday.com

**STECKLER WAYNE CHERRY & LOVE, PLLC**
8416 Old McGregor Road
Waco, TX, 76712
Tel: (254) 651-3690
Fax: (254) 651-3689
greg@swclaw.com
mark@swclaw.com
melissa@swclaw.com

Joseph M. Abraham, TX Bar No. 24088879
Timothy Dewberry, TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750 T: 737-234-0201
joseph.abraham@foliolaw.com
timothy.dewberry@foliolaw.com

Cliff Win, Jr., CA Bar No. 270517
Alden Lee, CA Bar No. 257973
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Tel: (206) 880-1802
cliff.win@foliolaw.com

*ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT*

Michael E. Jones (Texas Bar No. 10929400) Shaun W. Hassett (Texas Bar No. 24074372) **Potter Minton, P.C.**
102 North College, Suite 900
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile
mikejones@potterminton.com
shaunhassett@potterminton.com

Matthew S. Warren (California Bar No. 230565)
Jen Kash (California Bar No. 203679) (pro hac vice)
Erika Warren (California Bar No. 295570) **Warren Lex LLP**
2261 Market Street, No. 606 San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-583@cases.warrenlex.com

Sasha Mayergoyz
**JONES DAY**
77 W. Wacker Drive
Chicago, IL 60601
+1 (312) 782-3939
smayergoyz@jonesday.com

*ATTORNEYS FOR DEFENDANT GOOGLE, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March, 2023, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system and served a copy via email to all counsel of

record.

*/s/ Joseph M. Abraham*
Joseph M. Abraham