# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>           Plaintiff,<br>**v.**<br><br>**GOOGLE, LLC,**<br><br>           Defendant. | Civil Action No. 6:20-cv-00580-ADA |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

**PLEASE TAKE NOTICE,** that effective March 1, 2023, attorney Mark D. Siegmund is moving from Steckler Wayne Cherry & Love PLLC to the law firm of Cherry Johnson Siegmund James PLLC.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Mark D. Siegmund at the law firm of Cherry Johnson Siegmund James, PLLC. Mr. Siegmund's contact information is provided below:

Cherry Johnson Siegmund James, PLLC
400 Austin Ave., 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: msiegmund@cjsjlaw.com
Email: jharing@cjsjlaw.com
Email: bperry@cjsjlaw.com

Respectfully submitted,

**CHERRY JOHNSON SIEGMUND JAMES, PLLC**
400 Austin Ave., 9th Floor
Waco, Texas   76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

BY:   /s/ *Mark D. Siegmund*
**MARK D. SIEGMUND**
State Bar No. 24117055
Email: msiegmund@cjsjlaw.com

**ATTORNEYS FOR PLAINTIFF**
**WSOU INVESTMENTS, LLC D/B/A**
**BRAZOS LICENSING AND DEVELOPMENT**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] – Document Filing System, to all counsel of record, on this the 2nd day of March 2023.

/s/ *Mark D. Siegmund*
MARK D. SIEGMUND