### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

WSOU Investments LLC

vs.                                            Case No.:  6:20-cv-00580-ADA

Google LLC

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Daniele San Román , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  Google LLC  in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

JONES DAY  with offices at:

Mailing address:  51 Louisiana Avenue, N.W.

City, State, Zip Code:  Washington, D.C.  20001

Telephone:  202-879-3939          Facsimile:  202-626-1700

2.  Since  2019 , Applicant has been and presently is a

member of and in good standing with the Bar of the State of  District of Columbia .

Applicant's bar license number is  1673021 .

3.  Applicant has been admitted to practice before the following courts:

Court:                                    Admission date:

Court of Appeals for the Federal Cir.      10/3/2022

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.  I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:20-cv-00894-ADA   on the 1 day of April , 2021 .

Number: 6:20-cv-01080-ADA   on the 1 day of April , 2021 .

Number: _____ on the ___ day of _____ , ___ .

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

In 2022, my D.C. bar membership was temporarily suspended due to an inadvertent failure to timely pay dues. The dues were promptly paid as soon as the oversight was discovered, and the D.C. bar membership was promptly reinstated. I have not otherwise been disbarred or suspended, and I am not the object of any pending disciplinary proceedings in any jurisdiction.

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  Michael E. Jones

Mailing address:  Potter Minton, 102 North College, Suite 900

City, State, Zip Code:  Tyler, TX 75702

Telephone:  (903) 597-8311

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Daniele San Román                                    to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Daniele San Román
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the 29 day of March                , 2023 .

Daniele San Román
[printed name of Applicant]

[signature of Applicant]

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

WSOU Investments LLC

vs.                                         Case No.: 6:20-cv-00580-ADA

Google LLC

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Daniele San Román _____, counsel for

Google LLC _____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Daniele San Román _____ may appear on behalf of Google LLC _____

in the above case.

IT IS FURTHER ORDERED that Daniele San Román _____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of March _____, 20_____.


_____

UNITED STATES DISTRICT JUDGE