# EXHIBIT 8



## WSOU Investments LLC v. Google LLC, No. 20-580 (W.D. Texas)

**Francesca Germinario** <@warrenlex.com>                                      Wed, Apr 5, 2023 at 2:02 PM
To: Joe Abraham <@foliolaw.com>, Greg Love <@cjsjlaw.com>, Mark Siegmund <@cjsjlaw.com>, Melissa Ruiz <@cjsjlaw.com>, Folio Law Group PLLC <@foliolaw.com>, Scott Maynard <@rade.solutions>
Cc: Greg Lanier <@jonesday.com>, Mike Jones <@potterminton.com>, WSOU-Google <@jonesday.com>, "WSOU Investments LLC v. Google LLC" <@cases.warrenlex.com>, Potter Minton WSOU Team <@potterminton.com>

Joe and WSOU Counsel:

As you know, WSOU no longer asserts infringement by Barhopper v1.  To resolve this issue, please confirm your agreement to the attached stipulation and proposed order, or let us know any edits you propose.

Thank you for your continued time and courtesy in this matter.

Thanks,
Francesca

--
Francesca Germinario          @warrenlex.com     +1 (415) 895-2942

**2 attachments**

📄 **Stipulation.docx**
15K

📄 **Proposed Order.docx**
13K