# EXHIBIT 9



## WSOU Investments LLC v. Google LLC, No. 20-580 (W.D. Texas)

**Francesca Germinario** <​@warrenlex.com> Thu, Apr 6, 2023 at 2:10 PM
To: Joe Abraham <​@foliolaw.com>, Greg Love <​@cjsjlaw.com>, Mark Siegmund <​@cjsjlaw.com>, Melissa Ruiz <​@cjsjlaw.com>, Folio Law Group PLLC <​@foliolaw.com>, Scott Maynard <​@rade.solutions>
Cc: Greg Lanier <​@jonesday.com>, Mike Jones <​@potterminton.com>, WSOU-Google <​@jonesday.com>, "WSOU Investments LLC v. Google LLC" <​0@cases.warrenlex.com>, Potter Minton WSOU Team <​@potterminton.com>

Joe and WSOU Counsel—I write to follow up on the email below, to which we have received no reply. Please let us know when you are available today or tomorrow to meet and confer regarding this matter. Thank you for your continued time and courtesy in this matter.

Thanks,
Francesca

[Quoted text hidden]

---

**2 attachments**

📄 **Stipulation.docx**
15K

📄 **Proposed Order.docx**
13K