# EXHIBIT 10



## WSOU Investments LLC v. Google LLC, No. 20-580 (W.D. Texas)

**Joseph Abraham** <@foliolaw.com>                                    Thu, Apr 6, 2023 at 3:12 PM
To: Francesca Germinario <@warrenlex.com>, Greg Love <@cjsjlaw.com>, Mark Siegmund <@cjsjlaw.com>, Melissa Ruiz <@cjsjlaw.com>, WSOU Google WDTX <@foliolaw.com>, Scott Maynard <@rade.solutions>
Cc: Greg Lanier <@jonesday.com>, Mike Jones <@potterminton.com>, WSOU-Google <@jonesday.com>, "WSOU Investments LLC v. Google LLC" <@cases.warrenlex.com>, Potter Minton WSOU Team <@potterminton.com>

Sorry, long week. I meant to say:

The scope of Brazos's infringement report is clear. What purpose does Google believe its proposed stipulation would serve?

Best,

Joe

[Quoted text hidden]
[Quoted text hidden]