# EXHIBIT 11



## WSOU Investments LLC v. Google LLC, No. 20-580 (W.D. Texas)

**Francesca Germinario** <​@warrenlex.com>                                                                Thu, Apr 6, 2023 at 7:43 PM
To: Joe Abraham <​@foliolaw.com>, Greg Love <​@cjsjlaw.com>, Mark Siegmund <​@cjsjlaw.com>, Melissa Ruiz <​@cjsjlaw.com>, Folio Law Group PLLC <​@foliolaw.com>, Scott Maynard <​@rade.solutions>
Cc: Greg Lanier <​@jonesday.com>, Mike Jones <​@potterminton.com>, WSOU-Google <​@jonesday.com>, "WSOU Investments LLC v. Google LLC" <​@cases.warrenlex.com>

Joe—I write in response to your email of earlier today, which responded to my email of yesterday enclosing a stipulation confirming non-infringement by Barhopper v1.  As you know, WSOU accused Barhopper v1 of infringement in its infringement contentions, putting the issue before the Court.  Google seeks resolution from the Court regarding infringement by Barhopper v1, just as WSOU seeks resolution from the Court regarding infringement by Barhopper v2.

Please let us know by Monday, April 10, whether WSOU will oppose Google's motion for summary judgment of non-infringement by Barhopper v1.  If you would like to meet and confer, we are available tomorrow at 11:00 a.m. CDT.

Thank you for your continued time and courtesy in this matter.

Thanks,
Francesca

--
Francesca Germinario          @warrenlex.com      +1 (415) 895-2942