# EXHIBIT 12



## WSOU Investments LLC v. Google LLC, No. 20-580 (W.D. Texas)

**Francesca Germinario** <​@warrenlex.com> Tue, Apr 11, 2023 at 7:44 AM
To: Joe Abraham <​@foliolaw.com>, Greg Love <​@cjsjlaw.com>, Mark Siegmund <​@cjsjlaw.com>, Melissa Ruiz <​@cjsjlaw.com>, Folio Law Group PLLC <​@foliolaw.com>, Scott Maynard <​@rade.solutions>
Cc: Greg Lanier <​@jonesday.com>, Mike Jones <​@potterminton.com>, WSOU-Google <​@jonesday.com>, WSOUPOTTER GROUP <​@potterminton.com>, "WSOU Investments LLC v. Google LLC" <​@cases.warrenlex.com>

Counsel—we received no response to the below email.  Please let us know when you are available to meet and confer today or tomorrow regarding this issue.

Thanks,
Francesca

[Quoted text hidden]