# EXHIBIT 13

**WARREN LEX** LLP

2261 MARKET STREET NO. 606  
SAN FRANCISCO CA 94114

TEL +1 (415) 895 2940  
FAX +1 (415) 895 2964

April 12, 2023

**By Electronic Mail**

Joseph Abraham  
Folio Law Group PLLC  
1200 Westlake Avenue North, Suite 809  
Seattle, Washington, 98109  
joseph.abraham@foliolaw.com

**Re:    WSOU Investments LLC v. Google LLC, No. 20-580 (W.D. Texas)**

Joe:

Thank you to you and Tim Dewberry for meeting and conferring with us today regarding Google's motion for summary judgment of non-infringement by Barhopper v1.

Our call was helpful in defining the dispute. We explained our view that, because WSOU's expert witnesses have now agreed with Google that Barhopper v1 does not infringe the '491 patent, partial summary judgment is appropriate on this issue. You confirmed that WSOU "is not presently contending that Barhopper v1 infringes," and that WSOU "does not contest that nothing in the record shows Barhopper v1 infringes," but was not convinced that summary judgment was appropriate.

As we explained on the call, summary judgment is appropriate here, not only because the Court should resolve all issues regarding potential infringement of the patent-in-suit, but also because WSOU placed Barhopper v1's infringement at issue and sought discovery regarding Barhopper v1, which Google provided, starting with its source code production and continuing through recent depositions.

You indicated that it would not be appropriate for WSOU to participate in a stipulated motion; we asked if WSOU would not oppose our motion. You indicated that you could not do so before reviewing the motion itself. We hope that when you see it, you will agree with us that summary judgment is appropriate, and decide not to oppose the motion. We remain available to meet and confer on this and any other issue. Thank you for your continued time and courtesy in this matter.

Very Truly Yours,

*Francesca Germinario*  
Francesca Germinario