IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>Defendant LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 6:20-cv-580-ADA<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING MOTION FOR
### PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT

Before the Court is the Motion for Partial Summary Judgment of Noninfringement (the "Motion") filed by Defendant Google LLC ("Google"). Google requested a partial summary judgment of non-infringement on all claims or issues asserted against Google's Barhopper v1 functionality.

In the Motion, Google informs the Court that plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development, LLC ("WSOU") previously accused Google's Barhopper v1 functionality of infringing the sole patent it asserts in this action, U.S. Patent No. 7,946,491, but that, after conducting discovery, WSOU no longer accuses Barhopper v1 of infringement, and WSOU's expert witnesses rely on Barhopper v1's non-infringement to form their opinions. Google therefore requests partial summary judgment that Google's Barhopper v1 functionality does not infringe any claim of U.S. Patent No. 7,946,491.

– 2 –

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that partial summary judgment is entered that Google's Barhopper v1 functionality does not infringe any claim of U.S. Patent No. 7,946,491.

**SIGNED** on this _____ day of _____, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE