IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE, LLC<br><br>    Defendant | Case No. 6:20-cv-00580-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER DENYING GOOGLE'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT

This matter came before the Court on Defendant Google, LLC's Motion for Partial Summary Judgment of Non-Infringement (Dkt. 160).

Having considered the Motion and supporting documents, this Court ORDERS that the Motion be denied.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE