# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a § <br> BRAZOS LICENSING AND § <br> DEVELOPMENT, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> Defendant. § | § <br> Case No. 6:20-cv-580-ADA <br> § <br> § JURY TRIAL DEMANDED <br> § <br> § <br> § |

### STIPULATION AND JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT

Under Federal Rule of Civil Procedure 56, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development, LLC ("Plaintiff") and Defendant Google LLC ("Defendant") respectfully submit this stipulation and joint motion for partial summary judgment of non-infringement on all claims asserted against Defendant's Barhopper v1 functionality.

WHEREAS, Plaintiff previously accused Defendant's Barhopper v1 functionality of infringing the sole patent it asserts in this action, U.S. Patent No. 7,946,491 (the "'491 patent");

WHEREAS, Defendants denied any infringement by Defendant's Barhopper v1 functionality;

WHEREAS, Plaintiff requested and Defendant provided discovery;

WHEREAS, following discovery, Plaintiff no longer asserts that Defendant's Barhopper v1 functionality infringes any claim of the '491 patent;

NOW, THEREFORE, Plaintiff and Defendant respectfully move the Court to enter partial summary judgment that Defendant's Barhopper v1 functionality does not infringe any claim of the patent asserted in this action. Good cause exists for this agreed motion, as set forth

above.  Plaintiff and Defendant respectfully request that the Court enter the proposed order submitted with this joint motion.

Date: April ___, 2023                                                        Respectfully submitted,

Mark D. Siegmund (State Bar No. 24117055)　　　　Michael E. Jones (State Bar No. 10929400)
MSiegmund@cjsjlaw.com　　　　　　　　　　　　mikejones@potterminton.com
Greg Love, (State Bar No. 24013060)　　　　　　　　Patrick C. Clutter (State Bar No. 24036374)
GLove@cjsjlaw.com　　　　　　　　　　　　　　　patrickclutter@potterminton.com
CHERRY JOHNSON SIEGMUND JAMES PLLC　　　POTTER MINTON, P.C.
The Roosevelt Tower　　　　　　　　　　　　　　　110 North College, Suite 500
400 Austin Avenue, Ninth Floor　　　　　　　　　　Tyler, Texas, 75702
Waco, Texas, 76701　　　　　　　　　　　　　　　+1 (903) 597-8311
　　　　　　　　　　　　　　　　　　　　　　　　+1 (903) 593-0846 facsimile
Joseph M. Abraham (State Bar No. 24088879)
joseph.abraham@foliolaw.com　　　　　　　　　　　Tharan Gregory Lanier
Timothy Dewberry (State Bar No. 24090074)　　　　　(California Bar No. 138784) (*pro hac vice*)
timothy.dewberry@foliolaw.com　　　　　　　　　　tglanier@jonesday.com
FOLIO LAW GROUP PLLC　　　　　　　　　　　　JONES DAY
13492 Research Blvd., Suite 120, No. 177　　　　　　1755 Embarcadero Road
Austin, Texas, 78750　　　　　　　　　　　　　　　Palo Alto, California, 94303
+1 (737) 234-0201　　　　　　　　　　　　　　　　+1 (650) 739-3939
　　　　　　　　　　　　　　　　　　　　　　　　+1 (650) 739-3900 facsimile
Cliff Win (California Bar No. 270517)
cliff.win@foliolaw.com　　　　　　　　　　　　　　Matthew S. Warren (California Bar No. 230565)
Steven Skelley (Washington Bar No. 53017)　　　　　Jennifer A. Kash (California Bar No. 203679)
steve.skelley@foliolaw.com　　　　　　　　　　　　Erika Warren (California Bar No. 295570)
FOLIO LAW GROUP PLLC　　　　　　　　　　　　Francesca Miki Shima Germinario
1200 Westlake Ave. N., Suite 809　　　　　　　　　(California Bar No. 326208)
Seattle, Washington, 98109　　　　　　　　　　　　WARREN LEX LLP
+1 (206) 880-1802　　　　　　　　　　　　　　　　2261 Market Street, No. 606
　　　　　　　　　　　　　　　　　　　　　　　　San Francisco, California, 94114
*Attorneys for Plaintiff WSOU Investments,*　　　　+1 (415) 895-2940
*LLC d/b/a Brazos Licensing & Development*　　　+1 (415) 895-2964 facsimile
　　　　　　　　　　　　　　　　　　　　　　　　20-580@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

– 3 –

## CERTIFICATE OF SERVICE

I certify that on ____, 2023, I filed the foregoing Stipulation and Joint Motion for Partial Summary Judgment under Local Rule CV-5 and served it on counsel of record through the Court's electronic filing system.

_____