IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a § <br> BRAZOS LICENSING AND § <br> DEVELOPMENT § <br> § <br> v. § <br> § <br> GOOGLE LLC § | § <br> § <br> CIVIL ACTION NO. 6:20-cv-580[ADA] <br> § <br> § <br> § <br> § |

## GOOGLE LLC'S NOTICE OF ATTORNEY APPEARANCE

Defendant Google LLC files this Notice of Appearance of Counsel and hereby notifies the Court that Sachli Balazadeh-Nayeri of the law firm Warren Lex LLP, 2261 Market Street, No. 606, San Francisco, California 94114 is appearing as counsel for Defendant. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: May 11, 2023

Respectfully submitted,

By */s/ Sachli Balazadeh-Nayeri*
Matthew S. Warren (CA Bar No. 230565)
Jen Kash (CA Bar No. 203679)
Erika Warren (CA Bar No. 295570)
Sachli Balazadeh-Nayeri
   (CA Bar No. 341885)
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-580@cases.warrenlex.com

ATTORNEYS FOR DEFENDANT
GOOGLE LLC