**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | ) ) ) | Case No. 6:20-cv-00572-ADA |
| *Plaintiff*, | ) ) ) | Case No. 6:20-cv-00580-ADA |
| v. | ) ) ) | Case No. 6:20-cv-00584-ADA |
| GOOGLE LLC, | ) ) ) | Case No. 6:20-cv-00585-ADA |
| *Defendant*. | ) ) ) ) | **JURY TRIAL DEMANDED** |

## JOINT MOTION TO ENTER AMENDED SCHEDULING ORDER

Following email correspondence with the Court concerning the Court's unavailability to conduct trial on the July 31, 2023, date previously scheduled in this matter, the parties file this Joint Motion to Enter an Amended Scheduling Order. The parties' agreed proposed amended case schedule is attached. Per related email correspondence with the Court, and in light of the volume of issues to be tried across these four subject litigations, the parties' proposal sets trial in the -580 and -585 Cases for the week of October 2, 2023, and trial in the -572 and -584 Cases for the week of November 27, 2023.

The parties further advise that in light of subsequent developments, their prior May 12, 2023, Joint Motion to Enter Amended Scheduling Order can be denied as moot. *See* Case No. 6:20-cv-00572-ADA, ECF No. 153; Case No. 6:20-cv-00580-ADA, ECF No. 168; Case No. 6:20-cv-00584-ADA, ECF No. 153; Case No. 6:20-cv-00585-ADA, ECF No. 158.

The parties stand ready to appear should that assist the Court.

1

Date: June 7, 2023

Respectfully submitted,

/s/ Joseph M. Abraham
Joseph M. Abraham, TX SB No. 24088879
Timothy Dewberry, TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: 737-234-0201
Email: joseph.abraham@foliolaw.com
        timothy.dewberry@foliolaw.com

Cliff Win, CA Bar No. 270517
Alexandra Fellowes, CA Bar. No. 261929
C. Maclain Wells, CA Bar No. 221609
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Tel: (206) 880-1802
Email: cliff.win@foliolaw.com
        alexandra.fellowes@foliolaw.com
        maclain@foliolaw.com

Gregory P. Love
State Bar No. 24013060
Mark D. Siegmund
State Bar No. 24117055
Melissa S. Ruiz
State Bar No. 24128097
**Cherry Johnson Siegmund James**
400 Austin Ave., Ste. 9th Floor
Waco, TX 76701
Tel: 254-732-2242
Email: glove@cjsjlaw.com
        msiegmund@cjsjlaw.com
        mruiz@cjsjlaw.com

*Attorneys for Plaintiff WSOU Investments, LLC
d/b/a Brazos Licensing & Development*

/s/ Michael E. Jones
Michael E. Jones (Texas Bar No.
10929400)
**Potter Minton, P.C.**
110 North College, Suite 500
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile
mikejones@potterminton.com

Tharan Gregory Lanier
(California Bar No. 138784) *(pro hac vice)*
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
tglanier@jonesday.com

Sasha Mayergoyz
**Jones Day**
77 W. Wacker Drive
Chicago, IL 60601
+1 (312) 782-3939
smayergoyz@jonesday.com

Tracy A. Stitt
Edwin O. Garcia
**Jones Day**
51 Louisiana Avenue NW
Washington, DC 20001
+1 (202) 879-3641
tastitt@jonesday.com
edwingarcia@jonesday.com

Michael A. Lavine
**Jones Day**
555 California Street
26th Floor
San Francisco, California 94104
+1 (415) 626-3939
mlavine@jonesday.com

2

Matthew S. Warren
Jennifer A. Kash
Erika H. Warren
Francesca M. S. Germinario
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-580@cases.warrenlex.com
20-585@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which served a copy via email to all counsel of record.

*/s/ Joseph M. Abraham*
Joseph M. Abraham

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rule CV-7(G), counsel for Brazos conferred with counsel for Google regarding the subject of this motion, and the parties are agreed.

*/s/ Joseph M. Abraham*
Joseph M. Abraham
