IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>  *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>  *Defendant*. | Case No. 6:20-cv-00572-ADA<br><br>Case No. 6:20-cv-00580-ADA<br><br>Case No. 6:20-cv-00584-ADA<br><br>Case No. 6:20-cv-00585-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT REGARDING CLAIM NARROWING**

  The parties write to advise the Court, pursuant to the Court's Order Governing Proceedings and the parties' proposed Amended Scheduling Order (submitted June 7) concerning the results of their "second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits." Counsel met and conferred by telephone June 14, and have continued to correspond concerning further narrowing by email in the days following.

  In the most recent round of discussions, Plaintiff Brazos agreed to drop 12 formerly asserted claims in the 580 Case.

1

The summary of asserted claims and prior art references is now as follows:

| **October 2 Trial:** | | |
|---|---|---|
| **580 Case** | 20 asserted claims[1] | 10 asserted prior art references |
| **585 Case** | 6 asserted claims | 6 asserted prior art references |

| **November 27 Trial:** | | |
|---|---|---|
| **572 Case** | 1 asserted claim | 4 asserted prior art references |
| **584 Case** | 11 asserted claims | 4 asserted prior art references |

The parties stand ready to appear should that assist the Court.

Date: June 22, 2023                                              Respectfully submitted,


/s/ Joseph M. Abraham                                   /s/ Michael E. Jones
Joseph M. Abraham, TX SB No. 24088879    Michael E. Jones (Texas Bar No. 10929400)
Timothy Dewberry, TX Bar No. 24090074     Shaun W. Hassett (Texas Bar No. 24074372)
**FOLIO LAW GROUP PLLC**                            **Potter Minton, P.C.**
13492 Research Blvd., Suite 120, No. 177       110 North College, Suite 500
Austin, TX 78750                                                Tyler, Texas, 75702
Tel: 737-234-0201                                               +1 (903) 597-8311
Email: joseph.abraham@foliolaw.com            +1 (903) 593-0846 facsimile
           timothy.dewberry@foliolaw.com       mikejones@potterminton.com

Cliff Win, CA Bar No. 270517                              Tharan Gregory Lanier
Alexandra Fellowes, CA Bar. No. 261929          (California Bar No. 138784) *(pro hac vice)*
C. Maclain Wells, CA Bar No. 221609                **Jones Day**
**FOLIO LAW GROUP PLLC**                            1755 Embarcadero Road
1200 Westlake Ave. N., Ste. 809                       Palo Alto, California, 94303
Seattle, WA 98109                                              +1 (650) 739-3939
Tel: (206) 880-1802                                            +1 (650) 739-3900 facsimile

---

[1] **Plaintiff's statement:**  Eighteen of the twenty claims asserted by Plaintiff Brazos in the 580 Case are effectively triple duplications of substantively identical limitations across three claim species (method, computer-program, system).
**Defendant's statement:**  Google disagrees regarding the represented overlap, particularly with respect to invalidity, and does not believe that 26 asserted claims is a reasonable number to be tried in a single trial.

Email: cliff.win@foliolaw.com
        alexandra.fellowes@foliolaw.com
        maclain@foliolaw.com

Gregory P. Love
State Bar No. 24013060
Mark D. Siegmund
State Bar No. 24117055
Melissa S. Ruiz
State Bar No. 24128097
**Cherry Johnson Siegmund James**
400 Austin Ave., Ste. 9th Floor
Waco, TX 76701
Tel: 254-732-2242
Email: glove@cjsjlaw.com
        msiegmund@cjsjlaw.com
        mruiz@cjsjlaw.com

*Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development*

tglanier@jonesday.com

Sasha Mayergoyz
**Jones Day**
77 W. Wacker Drive
Chicago, IL 60601
+1 (312) 782-3939
smayergoyz@jonesday.com

Tracy A. Stitt
Edwin O. Garcia
**Jones Day**
51 Louisiana Avenue NW
Washington, DC 20001
+1 (202) 879-3641
tastitt@jonesday.com
edwingarcia@jonesday.com

Michael A. Lavine
**Jones Day**
555 California Street
26th Floor
San Francisco, California 94104
+1 (415) 626-3939
mlavine@jonesday.com

Matthew S. Warren
Jennifer A. Kash
Erika H. Warren
Francesca M. S. Germinario
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-580@cases.warrenlex.com
20-585@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which served a copy via email to all counsel of record.

>  */s/ Joseph M. Abraham*
>  Joseph M. Abraham

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(G), counsel for Brazos conferred with counsel for Google regarding the subject of this filing, and the parties are agreed.

>  */s/ Joseph M. Abraham*
>  Joseph M. Abraham