IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC<br><br>Defendant | Case No. 6:20-cv-00580-ADA<br>Case No. 6:20-cv-00585-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING BRAZOS LICENSING & DEVELOPMENT'S
MOTION FOR SUMMARY JUDGMENT
CONCERNING GOOGLE'S AFFIRMATIVE DEFENSES**

This matter came before the Court on Plaintiff Brazos Licensing & Development's Motion for Summary Judgment Concerning Google's Affirmative Defenses.

Having considered the Motion and supporting documents, this Court ORDERS that the Motion be granted.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE