# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | Case No. 6:20-cv-00572-ADA |
| | Case No. 6:20-cv-00580-ADA |
| *Plaintiff*, | Case No. 6:20-cv-00584-ADA |
| v. | Case No. 6:20-cv-00585-ADA |
| GOOGLE LLC | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

## AMENDED SCHEDULING ORDER

The Court ORDERS that the following modified schedule will govern deadlines up to and including the trial of these matters and hereby vacates all prior scheduling orders and deadlines in this matter:

| Event | Proposed Date |
|---|---|
| Close of Expert Discovery. | Friday, June 9, 2023 |
| Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | Wednesday, June 14, 2023 |

| Event | Proposed Date |
|---|---|
| Dispositive motion deadline and Daubert motion deadline.<br><br>See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). | Wednesday, June 28, 2023 |
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | Wednesday, June 28, 2023 |
| Deadline for any oppositions to dispositive or Daubert motions | For motions filed on or before June 23: According to Local Rules, except that any deadline corresponding to a briefing period including any of July 1-4 shall be extended by three business days.<br><br>For motions filed on June 24-28, 2023: Wednesday, July 19, 2023 |
| Deadline for any replies in support of dispositive and Daubert motions | For motions filed on or before June 23: According to Local Rules, except that any deadline corresponding to a briefing period including any of July 1-4 shall be extended by three business days.<br><br>For motions filed on June 24-28, 2023: Friday, July 28, 2023 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | Wednesday, July 19, 2023 |
| Serve objections to rebuttal disclosures and file motions in limine. | Wednesday, July 26, 2023 |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and dates. | Wednesday, July 26, 2023 |

| Event | Proposed Date |
|---|---|
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions in limine | Wednesday, August 2, 2023 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | Wednesday, August 9, 2023 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | Wednesday, August 16, 2023 |
| Final Pretrial Conference (subject to the Court's convenience). | Monday, September 11, 2023 at 9:00 a.m. |
| Jury Selection/Trial #1 (subject to the Court's convenience) in -580 and -585 Cases | Monday, October 2, 2023 |
| Jury Selection/Trial #2 (subject to the Court's convenience) in -572 and -584 Cases | Monday, November 27, 2023 |

SIGNED this 30th day of June, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE