IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, ) ) ) | Case No. 6:20-cv-00572-ADA |
| ) | Case No. 6:20-cv-00580-ADA |
| *Plaintiff*, ) ) | Case No. 6:20-cv-00584-ADA |
| v. ) ) | Case No. 6:20-cv-00585-ADA |
| GOOGLE LLC, ) ) | **JURY TRIAL DEMANDED** |
| *Defendant*. ) ) | |

**UNOPPOSED MOTION TO ENTER AMENDED SCHEDULING ORDER**

Following the Court's postponement of the Final Pretrial Conference in this matter to September 11 (as compared to the parties' initial proposed date of the week of August 28; *see, e.g.*, Case No. 20-cv-572 ECF No. 154), and to accommodate recent scheduling disruptions caused by the earlier-than-anticipated birth of Plaintiff's co-lead counsel's child this morning, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development ("Brazos") hereby moves to extend all remaining pretrial deadlines by one week as to deadlines currently set for July 19, and by two weeks as to responsive deadlines following thereafter.

The parties have conferred, and Defendant Google does not oppose.

The parties' agreed proposed amended case schedule is attached.

1

Date: July 13, 2023

*/s/ Joseph M. Abraham*
Joseph M. Abraham, TX SB No. 24088879
Timothy Dewberry, TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: 737-234-0201
Email: joseph.abraham@foliolaw.com
       timothy.dewberry@foliolaw.com

Cliff Win, CA Bar No. 270517
Alexandra Fellowes, CA Bar. No. 261929
C. Maclain Wells, CA Bar No. 221609
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Tel: (206) 880-1802
Email: cliff.win@foliolaw.com
       alexandra.fellowes@foliolaw.com
       maclain@foliolaw.com

Gregory P. Love
State Bar No. 24013060
Mark D. Siegmund
State Bar No. 24117055
Melissa S. Ruiz
State Bar No. 24128097
**Cherry Johnson Siegmund James**
400 Austin Ave., Ste. 9th Floor
Waco, TX 76701
Tel: 254-732-2242
Email: glove@cjsjlaw.com
       msiegmund@cjsjlaw.com
       mruiz@cjsjlaw.com

*Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development*

Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones (Texas Bar No. 10929400)
**Potter Minton, P.C.**
110 North College, Suite 500
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile
mikejones@potterminton.com

Tharan Gregory Lanier
(California Bar No. 138784) *(pro hac vice)*
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
tglanier@jonesday.com

Sasha Mayergoyz
**Jones Day**
77 W. Wacker Drive
Chicago, IL 60601
+1 (312) 782-3939
smayergoyz@jonesday.com

Tracy A. Stitt
Edwin O. Garcia
**Jones Day**
51 Louisiana Avenue NW
Washington, DC 20001
+1 (202) 879-3641
tastitt@jonesday.com
edwingarcia@jonesday.com

Michael A. Lavine
**Jones Day**
555 California Street
26th Floor
San Francisco, California 94104
+1 (415) 626-3939
mlavine@jonesday.com

>Matthew S. Warren
>Jennifer A. Kash
>Erika H. Warren
>Francesca M. S. Germinario
>**Warren Lex LLP**
>2261 Market Street, No. 606
>San Francisco, California, 94114
>+1 (415) 895-2940
>+1 (415) 895-2964 facsimile
>20-580@cases.warrenlex.com
>20-585@cases.warrenlex.com
>
>*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which served a copy via email to all counsel of record.

>*/s/ Joseph M. Abraham*
>Joseph M. Abraham

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(G), counsel for Brazos conferred with counsel for Google regarding the subject of this motion, and the parties are agreed.

>*/s/ Joseph M. Abraham*
>Joseph M. Abraham