IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>    *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC<br><br>    *Defendant*. | Case No. 6:20-cv-00572-ADA<br><br>Case No. 6:20-cv-00580-ADA<br><br>Case No. 6:20-cv-00584-ADA<br><br>Case No. 6:20-cv-00585-ADA<br><br>**JURY TRIAL DEMANDED** |

## AMENDED SCHEDULING ORDER

The Court ORDERS that the following modified schedule will govern deadlines up to and including the trial of these matters and hereby vacates all prior scheduling orders and deadlines in this matter:

| Event | Proposed Date |
|---|---|
| Deadline for any oppositions to dispositive or Daubert motions | Wednesday, July 26, 2023 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | Wednesday, July 26, 2023 |
| Serve objections to rebuttal disclosures and file motions in limine. | Wednesday, August 9, 2023 |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and dates. | Wednesday, August 9, 2023 |
| Deadline for any replies in support of dispositive and Daubert motions | Friday, August 11, 2023 |

| Event | Proposed Date |
|---|---|
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions in limine | Wednesday, August 16, 2023 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | Wednesday, August 23, 2023 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | Wednesday, August 30, 2023 |
| Final Pretrial Conference | Monday, September 11, 2023 |
| Jury Selection/Trial #1 in -580 and -585 Cases | Monday, October 2, 2023 |
| Jury Selection/Trial #2 in -572 and -584 Cases | Monday, November 27, 2023 |

SIGNED this 14th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE