IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE, LLC<br><br>　　　　Defendant | Case No. 6:20-cv-00580-ADA<br><br>**JURY TRIAL DEMANDED** |

### ORDER DENYING GOOGLE'S MOTION FOR SUMMARY JUDGMENT OF PATENT INELIGIBILITY

This matter came before the Court on Defendant Google, LLC's Motion for Summary Judgment of Ineligibility. (Dkt. 174).

Having considered the Motion and supporting documents, this Court ORDERS that the Motion be denied.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE