IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 6:20-cv-00580-ADA<br><br>**JURY TRIAL DEMANDED** |

**CORRECTED CERTIFICATE OF SERVICE REGARDING
PLAINTIFF BRAZOS LICENSING & DEVELOPMENT'S
OPPOSITION TO GOOGLE'S MOTION FOR
<u>SUMMARY JUDGMENT OF INDEFINITENESS</u>**

I hereby certify that on the 26th day of July, 2023, I electronically filed Plaintiff Brazos Licensing & Development's Opposition to Google's Motion for Summary Judgment of Indefiniteness with the Clerk of Court using the CM/ECF system and served a copy to all counsel of record via email.

Dated: July 27, 2023

Respectfully submitted,

<u>/s/ Joseph M. Abraham</u>
Joseph M. Abraham, TX SB No. 24088879
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: 737-234-0201
Email: joseph.abraham@foliolaw.com

*Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development*