# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00580-ADA |
| | § | |
| GOOGLE LLC | § | |

## ORDER SETTING PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRETRIAL CONFERENCE** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, September 18, 2023 at 09:00 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 9th day of August, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE