**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a | § | |
| BRAZOS LICENSING AND | § | |
| DEVELOPMENT, | § | Case No. 6:20-cv-572-ADA |
| | § | Case No. 6:20-cv-580-ADA |
| Plaintiff, | § | Case No. 6:20-cv-584-ADA |
| | § | Case No. 6:20-cv-585-ADA |
| v. | § | |
| | § | |
| GOOGLE, LLC, | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL FROM CASE

**TO THE HONORABLE COURT:**

Counsel for WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") hereby moves to withdraw attorney Melissa Samano Ruiz as counsel of record for Plaintiff.

Attorneys with the law firm of Cherry Johnson Siegmund James PLLC and Folio Law Group PLLC will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice Defendant or any other party to this action.

Defense counsel is not opposed to this motion. Accordingly, Plaintiff requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

Dated: January 4, 2024                     Respectfully submitted,

                                           */s/ Mark D. Siegmund*_____
                                           Mark D. Siegmund
                                           TX Bar No. 24117055
                                           msiegmund@cjsjlaw.com
                                           Gregory P. Love
                                           TX Bar No. 24013060
                                           glove@cjsjlaw.com
                                           **CHERRY JOHNSON SIEGMUND JAMES PLLC**
                                           400 Austin Avenue, 9th Floor
                                           Waco, Texas 76701
                                           P: (254) 732-2242
                                           F: (866) 627-3509

                                           Joseph M. Abraham
                                           TX Bar No. 24088879
                                           Joseph.abraham@foliolaw.com
                                           Timothy Dewberry
                                           TX Bar No. 24090074
                                           **FOLIO LAW GROUP PLLC**
                                           13492 Research Blvd., Suite 120, No. 177
                                           Austin, TX 78750
                                           Tel: 737-234-0201

                                           Cliff Win
                                           CA Bar No. 270517
                                           Cliff.win@foliolaw.com
                                           Alexandra Fellowes
                                           CA Bar No. 261929
                                           Alexandra.fellowes@foliolaw.com
                                           C. Maclain Wells
                                           CA Bar No. 221609
                                           maclain@foliolaw.com
                                           Aaron Weisman
                                           WA Bar No. 56724
                                           Aaron.weisman@foliolaw.com
                                           Moses Xie
                                           CA Bar No. 343007
                                           Moses.xie@foliolaw.com
                                           Alden K. Lee
                                           CA Bar No. 257973
                                           Alden.lee@foliolaw.com
                                           **FOLIO LAW GROUP PLLC**
                                           1200 Westlake Ave. N., Ste. 809

2

Seattle, WA 98109
Tel: 206-880-1802
***Attorneys for Plaintiff WSOU Investments,***
***LLC d/b/a Brazos Licensing and Development***

## **CERTIFICATE OF CONFERENCE**

I hereby certify that Mark D. Siegmund conferred with Defendant regarding Melissa Samano Ruiz's withdrawal from the case. Defendant is unopposed to this motion.


*/s/ Mark D. Siegmund_____*
Mark D. Siegmund

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 4th day of January, 2024 via the Court's CM/ECF system.

/s/ Mark D. Siegmund_____
Mark D. Siegmund