IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 6:20-cv-00578-ADA<br>Case No. 6:20-cv-00580-ADA<br>Case No. 6:20-cv-00584-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO ENTER AGREED SCHEDULING ORDER

**TO THE HONORABLE COURT**

Currently pending before the Court are Case Nos. 6:20-cv-00578-ADA, 6:20-cv-00580-ADA, and 6:20-cv-00584-ADA. These cases were previously scheduled for a combined trial starting on June 23, 2025. *See* Dkt. 69-1 at 4. However, during a March 13, 2025, hearing for Case No. 6:20-cv-00578-ADA, the Court granted Plaintiff Brazos's motion for leave to amend its infringement contentions, removed the original trial dates and other case deadlines from the dockets, and ordered the parties to negotiate a new scheduling order.

The parties have agreed on a proposed new schedule for the cases referenced above, which is attached as Exhibit A. The parties accordingly respectfully request that the Court enter the attached proposed scheduling order.

Furthermore, Google hereby withdraws its opposition (Dkt. 252) to Brazos's pending motion for leave (Dkt. 249) filed in Case No. 6:20-cv-00584-ADA.

1

| | |
|---|---|
| Date: May 7, 2025 | Respectfully submitted, |

<div style="display: flex;">

<div>

*/s/ Joseph M. Abraham*
Joseph M. Abraham, TX Bar No. 24088879
Timothy Dewberry, TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: (737)-234-0201
Email: joseph.abraham@foliolaw.com
       timothy.dewberry@foliolaw.com

Ryan B. Meyer, WA Bar No. 37832
Cliff Win, CA Bar. No. 270517
Alexandra Fellowes, CA Bar No. 261929
C. Maclain Wells, CA Bar No. 221609
Moses Xie, CA Bar No. 343007
Katherine Bentfield, WA Bar No. 61548
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N. Ste. 809
Seattle, WA 98109
Tel: (206) 880-1802
Email: ryan.meyer@foliolaw.com
       cliff.win@foliolaw.com
       alexandra.fellowes@foliolaw.com
       maclain@foliolaw.com
       moses.xie@foliolaw.com
       katherine.bentfield@foliolaw.com

Mark D. Siegmund, TX Bar No. 24117055
Gregory P. Love, TX Bar No. 24013060
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
400 Austin Avenue, 9th Floor
Waco, TX 76701
Tel.: (254) 732-2242
Fax: (254) 627-3509
Email: msiegmund@cjsjlaw.com
       glove@cjsjlaw.com

*Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development*

</div>

<div>

*/s/ Tharan Gregory Lanier*
Michael E. Jones (TX Bar No. 10929400)
Shaun W. Hassett (TX Bar No. 24074372)
**Potter Minton, P.C.**
102 North College, Suite 900
Tyler, Texas, 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
Email: mikejones@potterminton.com
       shaunhassett@potterminton.com

Tharan Gregory Lanier
(CA Bar No. 138784) *(pro hac vice)*
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
Tel: (650) 739-3939
Fax: (650) 739-3900
Email: tglanier@jonesday.com

Sasha Mayergoyz
**Jones Day**
77 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 782-3939
Email: smayergoyz@jonesday.com

Tracy A. Stitt
**Jones Day**
51 Louisiana Avenue NW
Washington, DC 20001
Tel: (202) 879-3641
Email: tastitt@jonesday.com

*Attorneys for Defendant Google LLC*

</div>

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which served a copy via email to all counsel of record.

<div style="text-align:right">

*/s/ Joseph M. Abraham*
Joseph M. Abraham

</div>

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(G), counsel for Brazos conferred with counsel for Google regarding the subject of this motion, and the parties are agreed.

<div style="text-align:right">

*/s/ Joseph M. Abraham*
Joseph M. Abraham

</div>