# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC<br><br>*Defendant*. | Case No. 6:20-cv-00578-ADA<br>Case No. 6:20-cv-00580-ADA<br>Case No. 6:20-cv-00584-ADA<br><br>**JURY TRIAL DEMANDED** |

## **AMENDED SCHEDULING ORDER**

| Event | Parties' Agreed Proposed Date |
|---|---|
| Final Infringement Contentions | Thursday, March 13, 2025 |
| Defendant serves final invalidity contentions (-578 Case only) | Friday, April 18, 2025 |
| Parties exchange claim terms for construction. (-578 Case only) | Friday, April 25, 2025 |
| Parties exchange proposed claim constructions. (-578 Case only) | Friday, May 9, 2025 |

| Event | Parties' Agreed Proposed Date |
|---|---|
| Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. (-578 Case only) | Friday, May 16, 2025 |
| Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. (-578 Case only) | Tuesday, May 20, 2025 |
| Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. (-578 Case only) | Friday, May 23, 2025 |
| Plaintiff files Responsive claim construction brief. (-578 Case only) | Friday, May 30, 2025 |
| Defendant files Reply claim construction brief. (-578 Case only) | Friday, June 6, 2025 |
| Parties to jointly email the law clerks (see OGP at 1) to confirm their Markman date and to notify if any venue or jurisdictional motions remain unripe for resolution. | Friday, June 6, 2025 |
| Plaintiff files a Sur-Reply claim construction brief. (-578 Case only) | Friday, June 13, 2025 |

| Event | Parties' Agreed Proposed Date |
|---|---|
| Parties submit Joint Claim Construction Statement and email the law clerks an editable copy. See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). | Tuesday, June 17, 2025 |
| Markman Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the Markman hearing approaches. | Wednesday, June 25, 2025 |
| Deadline for first meet and confer to discuss narrowing number of claims asserted and prior art references at issue | Friday, June 27, 2025 |
| Serve opening expert reports (-578 and -584 Cases only) | Friday, August 8, 2025 |
| Serve rebuttal expert reports (-578 and -584 Cases only) | Friday, September 12, 2025 |
| Deadline for second meet and confer to discuss narrowing number of claims asserted and prior art references at issue | Wednesday, September 17, 2025 |
| Close of expert discovery (-578 Case only) | Friday, October 24, 2025 |
| File joint report regarding narrowing number of claims asserted and prior art references at issue | Wednesday, October 29, 2025 |
| Deadline for any dispositive motions and Daubert motions (-578 and -584 Cases only) | Friday, November 21, 2025 |
| Serve pretrial disclosures (jury instructions, exhibit lists, witness lists, deposition designations) | Wednesday, December 10, 2025 |
| Deadline for responses to any dispositive and Daubert motions (-578 and -584 Cases only) | Friday, December 12, 2025 |
| Deadline for replies in support of any dispositive and Daubert motions (-578 and -584 Cases only) | Tuesday, December 23, 2025 |

– 3 –

| Event | Parties' Agreed Proposed Date |
|---|---|
| Serve objections to pretrial disclosures/rebuttal disclosures (-578 Case only). | Friday, January 9, 2026 |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and dates. | Friday, January 9, 2026 |
| Serve objections to rebuttal disclosures and file motions in limine (-578 Case only). | Friday, January 23, 2026 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions in limine | Friday, February 6, 2026 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on Motions in Limine (-578 Case only) | Wednesday, February 11, 2026 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on Motions in Limine (-578 Case only) | Friday, February 13, 2026 |
| Final Pretrial Conference | Tuesday, February 24, 2026 |
| Jury Selection/Trial for -578, -580, and -584 Cases | Monday, March 16, 2026 |

SIGNED this _____ day of _____ 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE