IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT,<br><br>    *Plaintiff,*<br>v.<br><br>GOOGLE LLC,<br><br>    *Defendant.* | Civil Case No. 6:20-cv-580-ADA<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY DANIEL SAN ROMÁN

**TO THE HONORABLE COURT:**

  Counsel for Defendant Google LLC Daniele San Román hereby moves to withdraw as counsel of record for Defendant.

  Attorneys with the law firm of Jones Day will remain as counsel of record for Defendant.

  This withdrawal will not cause a continuance or delay and will not prejudice Google LLC or any other party to this action.

  Plaintiff counsel is not opposed to this motion. Accordingly, Defendant respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

DATED:  June 2, 2025                               Respectfully submitted,

/s/ *Shaun W. Hassett*
Michael E. Jones (Texas Bar No. 10929400)
Shaun W. Hassett(Texas Bar No. 24074372)
**Potter Minton, P.C.**
102 North College, Suite 900
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile
mikejones@potterminton.com
shaunhassett@potterminton.com

Tharan Gregory Lanier (pro hac vie)
**Jones Day**
1755 Embarcadero Road
Palo Alto, California 94303
+ 1 (650) 739-3939
+ 1 (650) 739-3900 facsimile
tglanier@jonesday.com

Sasha Mayergoyz
**Jones Day**
77 W. Wacker Drive
Chicago, IL 60601
+1 (312) 782-3939
smayergoyz@jonesday.com

Tracy A. Stitt
Edwin O. Garcia
**Jones Day**
51 Louisiana Avenue NW
Washington, DC 20001
+1 (202) 879-3641
tastitt@jonesday.com

ATTORNEYS FOR DEFENDANT
GOOGLE LLC