IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |  |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 6:20-cv-00578-ADA<br>Case No. 6:20-cv-00580-ADA<br>Case No. 6:20-cv-00584-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT REGARDING CLAIM NARROWING**

The parties write to advise the Court, pursuant to the Court's Order Governing Proceedings and the parties' agreed extension of time (Dkt. 120) concerning the results of their "second meet and confer to discuss narrowing number of claims asserted and prior art references at issue." Counsel met and conferred by telephone on October 3, 2025, and have continued to correspond concerning further narrowing by email in the days following.

In the most recent round of discussions, Plaintiff Brazos agreed to drop four formerly asserted claims in the 578 case.

The summary of asserted claims and prior art references is now as follows:

| **March 16, 2026 Trial** | | |
|---|---|---|
| **578 Case** | 10 asserted claims | 4 asserted prior art references |
| **580 Case** | 17 asserted claims | 10 asserted prior art references |
| **584 Case** | 11 asserted claims | 8 asserted prior art references |

The parties stand ready to appear should that assist the Court.

Dated: November 7, 2025

Respectfully submitted,

/s/ Ryan B. Meyer
Joseph M. Abraham, TX Bar No. 24088879
Timothy F. Dewberry, TX Bar No. 24090074
**Folio Law Group PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: (737) 234-0201
Email: joseph.abraham@foliolaw.com
           timothy.dewberry@foliolaw.com

Ryan B. Meyer, WA Bar No. 37832
Alexandra Fellowes, CA Bar No. 261929
Katherine Bentfield, WA Bar no. 61548
**Folio Law Group PLLC**
1200 Westlake Ave N., Suite 809
Seattle, WA 98109
Tel: (206) 880-1802
Email: ryan.meyer@foliolaw.com
           alexandra.fellowes@foliolaw.com
           katherine.bentfield@foliolaw.com

Mark D. Siegmund TX Bar No. 24117055
Gregory P. Love TX Bar No. 24013060
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
400 Austin Avenue, 9th Floor
Waco, TX 76701
Tel: (254) 732-2242
Fax: (254) 627-3509
Email: msiegmund@cjsjlaw.com
           glove@cjsjlaw.com

*Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos License and Development*

/s/ Sasha Mayergoyz
Michael E. Jones (Texas Bar No. 10929400)
Shaun W. Hassett (Texas Bar No. 24074372)
**Potter Minton, P.C.**
102 North College, Suite 900
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile
mikejones@potterminton.com
shaunhassett@potterminton.com

Tharan Gregory Lanier (pro hac vice)
**JONES DAY**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
tglanier@jonesday.com

Sasha Mayergoyz
**JONES DAY**
77 W. Wacker Drive
Chicago, IL 60601
+1 (312) 782-3939
smayergoyz@jonesday.com

Tracy A. Stitt
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
+1 (202) 879-3641
tastitt@jonesday.com

Marlee R. Hartenstein (pro hac vice)
**JONES DAY**
500 Grant Street, Suite 4500
Pittsburgh, PA 215219-2514
+1 (412) 394-7257
mhartenstein@jonesday.com

*Attorneys for Defendant Google, LLC*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th day of November, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                                      */s/ Ryan B. Meyer*
                                                                                       Ryan B. Meyer