IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 6:20-cv-00578-ADA<br>Case No. 6:20-cv-00580-ADA<br>Case No. 6:20-cv-00584-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF AGREED EXTENSION OF TIME

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development files this Notice of Agreed Extension of Time. The parties have agreed to extend the deadline to serve objections to pretrial disclosures and rebuttal disclosures from January 9, 2026, to January 13, 2026.

The above extension does not change the date of any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Date: December 17, 2025

Respectfully submitted,

*/s/ Ryan B. Meyer*
Joseph M. Abraham, TX Bar No. 24088879
Timothy Dewberry, TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**

1

13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: (737)-234-0201
Email: joseph.abraham@foliolaw.com
         timothy.dewberry@foliolaw.com

Ryan B. Meyer, WA Bar No. 37832
Cliff Win, CA Bar. No. 270517
Alexandra Fellowes, CA Bar No. 261929
C. Maclain Wells, CA Bar No. 221609
Katherine Bentfield, WA Bar No. 61548
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N. Ste. 809
Seattle, WA 98109
Tel: (206) 880-1802
Email: ryan.meyer@foliolaw.com
         cliff.win@foliolaw.com
         alexandra.fellowes@foliolaw.com
         maclain@foliolaw.com
         katherine.bentfield@foliolaw.com

Mark D. Siegmund, TX Bar No. 24117055
Gregory P. Love, TX Bar No. 24013060
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
400 Austin Avenue, 9th Floor
Waco, TX 76701
Tel.: (254) 732-2242
Fax: (254) 627-3509
Email:  msiegmund@cjsjlaw.com
         glove@cjsjlaw.com

*Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which served a copy via email to all counsel of record.

*/s/ Ryan B. Meyer*
Ryan B. Meyer

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(G), counsel for Brazos conferred with counsel for Google regarding the subject of this notice, and the parties are agreed.

*/s/ Ryan B. Meyer*
Ryan B. Meyer
